| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Better Nutritionals LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA-RIV |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | 800-867-0904 | Trade Debt | | | | $6,617,428.99 |
| Caliber Construction Inc 240 North Orange Ave Brea, CA 92821 | Anna M. Carno Esq. acarno@carnolaw.com 949-540-0320 | Services | Unliquidated Disputed | | | $6,030,025.50 |
| Shri Kartikeya Pharma H No 5536/15/A Opp NCS Complex Prashanti Nagar IDA Kukatpally Hyderabad 500072 Telengana INDIA | Tara L. Blake Esq. tara.blake@butlersnow.com 212-222-2101 | Trade Debt | Unliquidated Disputed | | | $4,217,108.00 |
| LS Link Co Ltd Unit 208A 25/F Bnk of America Twr 12 Harcourt Road Central Hong Kong | 852-3921-6080 | Trade Debt | | | | $3,127,713.89 |
| Amtech Ingredients 517 Adams Avenue Albert Lea, MN 56007 | 715-381-5746 | Trade Debt | | | | $2,279,458.37 |
| AGPE Corp 21715 The Trails Circle Murrieta, CA 92562 | 562-426-9787 | | | | | $2,261,282.33 |
| Saddle Ranch APG LLC PO Box 51930 Los Angeles, CA 90051 | 714-990-2100 | Trade Debt | Disputed | | | $2,156,240.15 |

Debtor  **Better Nutritionals LLC**    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BRS Beyond Resource Solutions, Inc<br>1475 South State College Blvd<br>Suite 116<br>Anaheim, CA 92806 | Clayton J. Hix Esq.<br>chix@hillfarrer.com<br>213-620-0460 | Trade Debt | Unliquidated Disputed | | | $1,709,426.29 |
| SouthWest ToyotaLift<br>PO Box 1070<br>3725 Nobel Ct<br>Mira Loma, CA 91752 | 951-727-0477 | Trade Debt | | | | $1,196,661.13 |
| J. Rettenmaier USA LP<br>16369 US 131 Highway<br>Schoolcraft, MI 49087 | Richard O Cherry, Esq.<br>cherryr@millerjohnson.com<br>269-226-2987 | Trade Debt | Unliquidated Disputed | | | $1,059,137.45 |
| Mold Rite Plastics<br>PO Box 160<br>100 North Field Drive<br>Lake Forest, IL 60045 | 518-324-4874 | Trade Debt | | | | $1,010,691.32 |
| Capitol Food Company<br>12836 Alondra Blvd<br>Cerritos, CA 90703 | info@capitolfoodco.com | Trade Debt | | | | $996,446.58 |
| Gadot America Inc.<br>One International Blvd  Suite 407<br>Manwah, NJ 07495 | 714-612-1656 | Trade Debt | | | | $993,760.39 |
| Allied Universal Security Services<br>1551 N. Tustin Avenue<br>Suite 560<br>Santa Ana, CA 92705 | 866-877-1965 | Trade Debt | | | | $936,262.26 |
| Stratum HR LLC<br>23052 Alicia Parkway<br>Suite H533<br>Mission Viejo, CA 92692 | 858-298-1968 | Trade Debt | | | | $849,210.13 |

Debtor  **Better Nutritionals LLC**  Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Citistaff Solutions, Inc. Attn Legal Dept/Slater & Assoc 1111 W. Town & Country Rd Suite 30 Orange, CA 92868 | Charles S. Slater Esq. cslater@citistaffsolutions.com 657-333-8090 | Trade Debt | Unliquidated Disputed | | | $794,274.01 |
| Tay Ninh Tapioca Joint Stock Company Tan Binh Hamlet Tay Ninh Province Vietnam | (84) 276-3821545 | Trade Debt | | | | $697,043.83 |
| Southern California Edison PO Box 300 Rosemead, CA 91772 | 800-655-4555 | Utilities | | | | $697,043.83 |
| Servicon Systems, Inc. 3965 Landmark Street Culver City, CA 90232 | Nick Iezza Esq. niezza@sai-legal.com 805-777-1175 | Trade Debt | Unliquidated Disputed | | | $665,696.56 |
| Custom Ingredients Inc 160 Calle Iglesia San Clemente, CA 92672 | Robert J. Danko Esq. rjdanko@verizon.net 951-303-1200 | Trade Debt | Unliquidated Disputed | | | $614,138.24 |