

**FILED & ENTERED**

**DEC 20 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** cargill    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re: | Case No.: 6:22-bk-14723-RB |
| Better Nutritionals, LLC, | CHAPTER 11 |
| | **ORDER OF RECUSAL** <br> **RE: BANKRUPTCY CASE** |
| Debtor(s). | [No Hearing Required] |

On December 20, 2022, the above-captioned bankruptcy case, *In re Better Nutritionals, LLC*, case number 6:22-bk-14723-RB, was assigned to this Court. It has been determined that Judge Magdalena Reyes Bordeaux cannot preside over this bankruptcy case due to a potential conflict of interest pursuant to Federal Rule of Bankruptcy Procedure 5004.

**IT IS HEREBY ORDERED** that this Court recuses itself from the above-captioned bankruptcy case. This case will be randomly reassigned by the Clerk's Office.

###

Date: December 20, 2022

Magdalena Reyes Bordeaux
United States Bankruptcy Judge