PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
CAMERON RIDLEY, SBN 324514
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Cameron.Ridley@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BETTER NUTRITIONALS, LLC,<br><br>　　　　Debtor &<br>　　　　Debtor-In-Possession. | Case No. 6:22-bk-14723-MH<br><br>CHAPTER 11<br><br>**NOTICE OF TELEPHONIC MEETING OF CREDITORS PURSUANT TO 11 U.S.C. § 341(a) & FEDERAL RULES OF BANKRUPTCY PROCEDURE 2003**<br><br>**Meeting Information:**<br>Date:　　January 23, 2023<br>Time:　　10:00 a.m.<br>Call Info.: Tel. No. (866) 822-7121<br>　　　　　　Code: 6203551 |

-1-

**TO THE DEBTOR AND ALL PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that the meeting of creditors pursuant to 11 U.S.C. § 341(a) and Federal Rules of Bankruptcy Procedure 2003 scheduled for *January 23, 2023 at 10:00 a.m.* will be conducted telephonically.

**PLEASE TAKE NOTICE** that the debtor, creditors, and any party-in-interest who wishes to participate should call:

Conference No.:     (866) 822-7121

Participant No.      6203551

**PLEASE TAKE FURTHER NOTICE** that parties who wish to participate should email Adela Salgado at Adela.M.Salgado@usdoj.gov prior to the meeting with the following information:

- Case name and number;
- Date and time of § 341(a) meeting; and
- Your name and the party that you represent.

DATED: December 27, 2022                    PETER C. ANDERSON
                                            UNITED STATES TRUSTEE


                                            By:    /s/ Cameron Ridley
                                                   Cameron Ridley
                                                   Trial Attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**3801 University Avenue, Suite 720,**
**Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Telephonic Meeting of Creditors Pursuant to 11 U.S.C. § 341(a) & Federal Rule of Bankruptcy Procedure 2003** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 27, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**See Attached Electronic Mail Notice List**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 27, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Better Nutritionals, LLC
3390 Horseless Carriage Drive
Norco, CA 92860

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 27, 2022 | Adela Salgado | */s/ Adela Salgado* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 6:22-bk-14723-MH

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Marshall J August**  maugust@frandzel.com, rsantamaria@frandzel.com
- **Anthony Bisconti**  tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
- **Aaron E. DE Leest**  adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Abram Feuerstein**  abram.s.feuerstein@usdoj.gov
- **Everett L Green**  everett.l.green@usdoj.gov
- **Eve H. Karasik**  ehk@lnbyg.com
- **Michael S Myers**  myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;PHXLitLAAs@ballardspahr.com
- **Cameron C Ridley**  Cameron.Ridley@usdoj.gov
- **John N Tedford**  jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **Thomas Tysowsky**  thomas.tysowsky@bakermckenzie.com, carmen.ayala@bakermckenzie.com
- **United States Trustee (RS)**  ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.