1  JOHN N. TEDFORD, IV (State Bar No. 205537)
   *jtedford@DanningGill.com*
2  AARON E. DE LEEST (State Bar No. 216832)
   *adeleest@DanningGill.com*
3  DANNING, GILL, ISRAEL & KRASNOFF, LLP
   1901 Avenue of the Stars, Suite 450
4  Los Angeles, California 90067-6006
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  Proposed Attorneys for Better Nutritionals, LLC,
   Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>BETTER NUTRITIONALS, LLC,<br><br>       Debtor and Debtor in Possession. | Case No. 6:22-bk-14723-RB<br><br>Chapter 11<br><br>**NOTICE RE PREPETITION WAGES PAID PURSUANT TO ORDER RE: DEBTOR'S MOTION FOR ENTRY OF ORDER AUTHORIZING THE DEBTOR TO PAY PREPETITION WAGES AND COMPENSATION, AUTHORIZING THE DEBTOR TO HONOR AND CONTINUE PREPETITION EMPLOYEE BENEFIT PROGRAMS, AUTHORIZING THE DEBTOR TO PAY STAFFING AGENCIES FOR CURRENT EMPLOYEES AND CURRENT PERIOD, AND WAIVING 14-DAY STAY**<br><br>Date:    January 31, 2023<br>Time:   2:00 p.m.<br>Place:   Courtroom 301<br>           3420 Twelfth Street<br>           Riverside, California |

1702601.1  27122                                 1

On December 23, 2022, the Court entered its *Order Re: Debtor's Motion for Entry of Order Authorizing the Debtor to Pay Prepetition Wages and Compensation, Authorizing the Debtor to Honor and Continue Prepetition Employee Benefit Programs, Authorizing the Debtor to Pay Staffing Agencies for Current Employees and Current Period, and Waiving 14-Day Stay* (the "**Order**") (*docket no. 61*). Paragraphs 2 and 4 of the Order provided as follows:

> 2. The Debtor is authorized, but not directed, to honor and pay, in the ordinary course of business, in accordance with the Debtor's prepetition policies and practices and in the Debtor's sole discretion, wages, salaries and commissions, earned by employees prior to the date on which the Debtor commenced this chapter 11 case.
>
> 4. Together with its amended budget to be filed on or before January 10, 2023, in connection with the Debtor's request for authority to use cash collateral, the Debtor shall file an accounting identifying the amount paid to each employee pursuant to paragraph 2 of this order.

Payroll for the period from December 11, 2022, through December 24, 2022, was distributed to non-Insider employees on December 30, 2022. An accounting of the amounts paid for the entire pay period (not just the prepetition portion of the pay period) is attached as Exhibit "A" hereto. As reflected in the exhibit, the amount paid to each employee was substantially less than $15,150 (i.e., the amount entitled to priority pursuant to section 507(a)(4) of the Bankruptcy Code).

DATED: January 10, 2023          DANNING, GILL, ISRAEL & KRASNOFF, LLP


By:  */s/ John N. Tedford, IV*
     JOHN N. TEDFORD, IV
     Proposed Attorneys for Better Nutritionals, LLC.
     Debtor and Debtor in Possession

1702601.1  27122                              2

# EXHIBIT A

**Better Nutritionals, LLC**
**Payroll Register Actual**
**Pay Date:** 12/30/2022
**Pay Period:** 12/11/22 - 12/24/22

| eecode | Department | Pre Petition: 12/11/22 - 12/19/22 | Post Petition: 12/20/22 - 12/24/22 | Gross Pay Total (12.30.22 Actual) |
|---|---|---|---|---|
| 0012 | Finance | $ 1,684.61 | $ 1,123.07 | $ 2,807.68 |
| 0155 | Finance | $ 2,653.85 | $ 1,769.23 | $ 4,423.08 |
| 0160 | Finance | $ 2,653.85 | $ 1,769.23 | $ 4,423.08 |
| 0206 | Finance | $ 1,446.57 | $ 964.38 | $ 2,410.95 |
| 0236 | Finance | $ 2,907.70 | $ 1,938.46 | $ 4,846.16 |
| 0311 | Finance | $ 1,903.84 | $ 1,269.23 | $ 3,173.07 |
| 0312 | Finance | $ 1,961.54 | $ 1,307.69 | $ 3,269.23 |
| 0317 | Finance | $ 2,076.92 | $ 1,384.62 | $ 3,461.54 |
| 0319 | Human Resources | $ 3,461.54 | $ 2,307.69 | $ 5,769.23 |
| 0328 | Human Resources | $ 1,375.83 | $ 917.22 | $ 2,293.05 |
| 0329 | Human Resources | $ 1,687.06 | $ 1,124.71 | $ 2,811.77 |
| 0010 | Maintenance | $ 1,777.06 | $ 1,184.71 | $ 2,961.77 |
| 0025 | Maintenance | $ 1,280.76 | $ 853.84 | $ 2,134.60 |
| 0052 | Maintenance | $ 2,211.92 | $ 1,474.62 | $ 3,686.54 |
| 0054 | Maintenance | $ 1,848.24 | $ 1,232.16 | $ 3,080.40 |
| 0057 | Maintenance | $ 1,501.47 | $ 1,000.98 | $ 2,502.45 |
| 0066 | Maintenance | $ 2,307.70 | $ 1,538.46 | $ 3,846.16 |
| 0133 | Maintenance | $ 2,006.24 | $ 1,337.49 | $ 3,343.73 |
| 0171 | Maintenance | $ 1,889.24 | $ 1,259.50 | $ 3,148.74 |
| 0197 | Maintenance | $ 1,787.53 | $ 1,191.68 | $ 2,979.21 |
| 0203 | Maintenance | $ 1,747.98 | $ 1,165.32 | $ 2,913.30 |
| 0204 | Maintenance | $ 1,716.35 | $ 1,144.24 | $ 2,860.59 |
| 0007 | Marketing | $ 2,307.69 | $ 1,538.46 | $ 3,846.15 |
| 0062 | Office/Administrative | $ 911.25 | $ 607.50 | $ 1,518.75 |
| 0112 | Office/Administrative | $ 2,746.15 | $ 1,830.77 | $ 4,576.92 |
| 0283 | Office/Administrative | $ 2,584.62 | $ 1,723.08 | $ 4,307.70 |
| 0296 | Office/Administrative | $ 1,846.15 | $ 1,230.76 | $ 3,076.91 |
| 0024 | Operations | $ 1,931.54 | $ 1,287.69 | $ 3,219.23 |
| 0323 | Operations | $ 794.92 | $ 529.95 | $ 1,324.87 |
| 0013 | Production Leadership | $ 1,031.87 | $ 687.92 | $ 1,719.79 |
| 0022 | Production Leadership | $ 1,027.43 | $ 684.95 | $ 1,712.38 |
| 0028 | Production Leadership | $ 2,192.31 | $ 1,461.54 | $ 3,653.85 |
| 0038 | Production Leadership | $ 1,064.88 | $ 709.92 | $ 1,774.80 |
| 0040 | Production Leadership | $ 1,730.77 | $ 1,153.85 | $ 2,884.62 |
| 0045 | Production Leadership | $ 1,730.77 | $ 1,153.85 | $ 2,884.62 |
| 0070 | Production Leadership | $ 697.84 | $ 465.23 | $ 1,163.07 |
| 0153 | Production Leadership | $ 2,423.08 | $ 1,615.38 | $ 4,038.46 |
| 0161 | Production Leadership | $ 1,103.95 | $ 735.97 | $ 1,839.92 |
| 0199 | Production Leadership | $ 404.17 | $ 269.44 | $ 673.61 |
| 0222 | Production Leadership | $ 929.46 | $ 619.64 | $ 1,549.10 |
| 0225 | Production Leadership | $ 800.57 | $ 533.71 | $ 1,334.28 |
| 0229 | Production Leadership | $ 988.04 | $ 658.69 | $ 1,646.73 |
| 0249 | Production Leadership | $ 904.81 | $ 603.21 | $ 1,508.02 |
| 0257 | Production Leadership | $ 893.01 | $ 595.34 | $ 1,488.35 |
| 0261 | Production Leadership | $ 648.40 | $ 432.27 | $ 1,080.67 |

**Better Nutritionals, LLC**
**Payroll Register Actual**
**Pay Date:** 12/30/2022
**Pay Period:** 12/11/22 - 12/24/22

| eecode | Department | Pre Petition: 12/11/22 - 12/19/22 | Post Petition: 12/20/22 - 12/24/22 | Gross Pay Total (12.30.22 Actual) |
|---|---|---|---|---|
| 0263 | Production Leadership | $ 926.20 | $ 617.46 | $ 1,543.66 |
| 0268 | Production Leadership | $ 839.37 | $ 559.58 | $ 1,398.95 |
| 0269 | Production Leadership | $ 877.00 | $ 584.66 | $ 1,461.66 |
| 0284 | Production Leadership | $ 666.13 | $ 444.08 | $ 1,110.21 |
| 0286 | Production Leadership | $ 1,673.07 | $ 1,115.38 | $ 2,788.45 |
| 0299 | Production Leadership | $ 914.33 | $ 609.55 | $ 1,523.88 |
| 0305 | Production Leadership | $ 836.66 | $ 557.77 | $ 1,394.43 |
| 0306 | Production Leadership | $ 943.67 | $ 629.11 | $ 1,572.78 |
| 0327 | Production Leadership | $ 795.37 | $ 530.25 | $ 1,325.62 |
| 0030 | Purchasing | $ 2,123.07 | $ 1,415.38 | $ 3,538.45 |
| 0181 | Purchasing | $ 2,769.23 | $ 1,846.15 | $ 4,615.38 |
| 0213 | Purchasing | $ 1,846.16 | $ 1,230.77 | $ 3,076.93 |
| 0293 | Purchasing | $ 1,730.77 | $ 1,153.84 | $ 2,884.61 |
| 0173 | Quality Control | $ 976.42 | $ 650.95 | $ 1,627.37 |
| 0200 | Quality Control | $ 1,500.00 | $ 1,000.00 | $ 2,500.00 |
| 0004 | Quality Assurance & Regulatory | $ 1,440.00 | $ 960.00 | $ 2,400.00 |
| 0005 | Quality Assurance & Regulatory | $ 1,033.34 | $ 688.90 | $ 1,722.24 |
| 0014 | Quality Assurance & Regulatory | $ 873.41 | $ 582.28 | $ 1,455.69 |
| 0037 | Quality Assurance & Regulatory | $ 1,500.00 | $ 1,000.00 | $ 2,500.00 |
| 0059 | Quality Assurance & Regulatory | $ 1,085.00 | $ 723.33 | $ 1,808.33 |
| 0064 | Quality Assurance & Regulatory | $ 1,557.68 | $ 1,038.46 | $ 2,596.14 |
| 0094 | Quality Assurance & Regulatory | $ 922.60 | $ 615.07 | $ 1,537.67 |
| 0100 | Quality Assurance & Regulatory | $ 969.10 | $ 646.06 | $ 1,615.16 |
| 0114 | Quality Assurance & Regulatory | $ 2,307.68 | $ 1,538.46 | $ 3,846.14 |
| 0117 | Quality Assurance & Regulatory | $ 2,353.85 | $ 1,569.23 | $ 3,923.08 |
| 0131 | Quality Assurance & Regulatory | $ 448.56 | $ 299.04 | $ 747.60 |
| 0145 | Quality Assurance & Regulatory | $ 1,061.40 | $ 707.60 | $ 1,769.00 |
| 0156 | Quality Assurance & Regulatory | $ 1,061.22 | $ 707.48 | $ 1,768.70 |
| 0163 | Quality Assurance & Regulatory | $ 1,730.77 | $ 1,153.85 | $ 2,884.62 |
| 0177 | Quality Assurance & Regulatory | $ 1,261.73 | $ 841.15 | $ 2,102.88 |
| 0240 | Quality Assurance & Regulatory | $ 695.35 | $ 463.56 | $ 1,158.91 |
| 0255 | Quality Assurance & Regulatory | $ 804.82 | $ 536.54 | $ 1,341.36 |
| 0290 | Quality Assurance & Regulatory | $ 923.69 | $ 615.79 | $ 1,539.48 |
| 0294 | Quality Assurance & Regulatory | $ 908.98 | $ 605.99 | $ 1,514.97 |
| 0023 | Research & Development | $ 1,373.08 | $ 915.38 | $ 2,288.46 |
| 0060 | Research & Development | $ 1,433.65 | $ 955.77 | $ 2,389.42 |
| 0101 | Research & Development | $ 2,538.46 | $ 1,692.31 | $ 4,230.77 |
| 0139 | Research & Development | $ 1,032.15 | $ 688.10 | $ 1,720.25 |
| 0310 | Research & Development | $ 2,423.07 | $ 1,615.38 | $ 4,038.45 |
| 0313 | Research & Development | $ 849.86 | $ 566.57 | $ 1,416.43 |
| 0314 | Research & Development | $ 2,769.22 | $ 1,846.15 | $ 4,615.37 |
| 0018 | Sanitation | $ 1,469.03 | $ 979.35 | $ 2,448.38 |
| 0097 | Sanitation | $ 1,869.23 | $ 1,246.15 | $ 3,115.38 |
| 0162 | Sanitation | $ 1,615.39 | $ 1,076.92 | $ 2,692.31 |
| 0265 | Sanitation | $ 654.14 | $ 436.10 | $ 1,090.24 |

**Better Nutritionals, LLC**
**Payroll Register Actual**
　　　　**Pay Date:** 12/30/2022
　　　**Pay Period:** 12/11/22 - 12/24/22

| eecode | Department | Pre Petition: 12/11/22 - 12/19/22 | Post Petition: 12/20/22 - 12/24/22 | Gross Pay Total (12.30.22 Actual) |
|---|---|---:|---:|---:|
| 0291 | Sanitation | $ 42.57 | $ 28.38 | $ 70.95 |
| 0322 | Sanitation | $ 312.49 | $ 208.33 | $ 520.82 |
| 0046 | Warehouse | $ 852.38 | $ 568.25 | $ 1,420.63 |
| 0119 | Warehouse | $ 1,661.54 | $ 1,107.69 | $ 2,769.23 |
| 0132 | Warehouse | $ 1,147.10 | $ 764.74 | $ 1,911.84 |
| 0178 | Warehouse | $ 1,218.75 | $ 812.50 | $ 2,031.25 |
| 0188 | Warehouse | $ 1,122.62 | $ 748.41 | $ 1,871.03 |
| 0192 | Warehouse | $ 1,290.68 | $ 860.45 | $ 2,151.13 |
| 0212 | Warehouse | $ 1,446.30 | $ 964.20 | $ 2,410.50 |
| 0216 | Warehouse | $ 1,615.39 | $ 1,076.92 | $ 2,692.31 |
| 0230 | Warehouse | $ 962.33 | $ 641.55 | $ 1,603.88 |
| 0237 | Warehouse | $ 968.10 | $ 645.40 | $ 1,613.50 |
| 0242 | Warehouse | $ 794.81 | $ 529.87 | $ 1,324.68 |
| 0244 | Warehouse | $ 1,615.39 | $ 1,076.92 | $ 2,692.31 |
| 0289 | Warehouse | $ 1,615.38 | $ 1,076.92 | $ 2,692.30 |
| 0300 | Warehouse | $ 1,441.88 | $ 961.25 | $ 2,403.13 |
| 0303 | Warehouse | $ 1,163.08 | $ 775.38 | $ 1,938.46 |
| 0166 | RTE | $ 1,073.22 | $ 715.48 | $ 1,788.70 |
| 0169 | RTE | $ 1,211.23 | $ 807.49 | $ 2,018.72 |
| 0307 | RTE | $ 722.26 | $ 481.50 | $ 1,203.76 |
| 0308 | RTE | $ 939.49 | $ 626.33 | $ 1,565.82 |
| 0234 | Safety | $ 1,846.15 | $ 1,230.77 | $ 3,076.92 |
| 0315 | Safety | $ 1,615.39 | $ 1,076.92 | $ 2,692.31 |
| | | $ **162,643.87** | $ **108,429.25** | $ **271,073.12** |
| | Employer Taxes | $ 11,809.85 | $ 7,873.23 | $ 19,683.08 |
| | Payroll Cost (Paycom) | $ 1,369.58 | $ 913.05 | $ 2,282.63 |
| | Expense Reimbursement | $ 2.76 | $ 1.84 | $ 4.60 |
| | Transportation & Parking | $ 444.65 | $ 296.43 | $ 741.08 |
| | Employer Health Insurance | $ 8,172.95 | $ 5,448.64 | $ 13,621.59 |
| | EE Pd Benefits | $ (14,968.94) | $ (9,979.30) | $ (24,948.24) |
| | Manual Check | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total Benefits/Taxes/etc. | 6,830.84 | 4,553.90 | 11,384.74 |
| | **Total Cash Requirements** | **169,474.72** | **112,983.14** | **282,457.86** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE RE PREPETITION WAGES PAID PURSUANT TO ORDER RE:  DEBTOR'S MOTION FOR ENTRY OF ORDER AUTHORIZING THE DEBTOR TO PAY PREPETITION WAGES AND COMPENSATION, AUTHORIZING THE DEBTOR TO HONOR AND CONTINUE PREPETITION EMPLOYEE BENEFIT PROGRAMS, AUTHORIZING THE DEBTOR TO PAY STAFFING AGENCIES FOR CURRENT EMPLOYEES AND CURRENT PERIOD, AND WAIVING 14-DAY STAY  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 10, 2023  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 10, 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 10, 2023 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE
1703056.1  27122

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Marshall J August**  maugust@frandzel.com, rsantamaria@frandzel.com
- **Reem J Bello**  rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Anthony Bisconti**  tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
- **Richard D Buckley**  richard.buckley@arentfox.com
- **Aaron E. DE Leest**  adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Abram Feuerstein**  abram.s.feuerstein@usdoj.gov
- **Adam R. Fracht**  afracht@stibbsco.com
- **Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Michael J Gomez**  mgomez@frandzel.com, dmoore@frandzel.com
- **Everett L Green**  everett.l.green@usdoj.gov
- **Garrick A Hollander**  ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Eve H. Karasik**  ehk@lnbyg.com
- **Michael S Myers**  myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;PHXLitLAAs@ballardspahr.com
- **Daniel H Reiss**  dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- **Cameron C Ridley**  Cameron.Ridley@usdoj.gov
- **Joseph M Rothberg**  jmr@lnbyg.com
- **Matthew J Stockl**  mstockl@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **John N Tedford**  jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- **Thomas Tysowsky**  thomas.tysowsky@bakermckenzie.com, carmen.ayala@bakermckenzie.com
- **United States Trustee (RS)**  ustpregion16.rs.ecf@usdoj.gov
- **Christopher K.S. Wong**  christopher.wong@afslaw.com, yvonne.li@arentfox.com

2. **SERVED BY U. S. MAIL**

Debtor
Better Nutritionals, LLC
3390 Horseless Carriage Drive
Norco, CA 92860

Hon. Mark Houle
U. S. Bankruptcy Court
3420 Twelfth Street, Suite 325
Riverside, CA 92501-3819

**20 LARGEST UNSECURED CREDITORS**

| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Financial Corp<br>c/o Officer, Managing or General Agent<br>1680 Capital One Drive<br>McLean, VA 22102-3491 | Caliber Construction Inc<br>240 N. Orange Avenue<br>Brea, CA 92821 |
|---|---|---|
| Caliber Construction Inc<br>c/o Anna M. Carno, Esq.<br>Carno Law Group<br>24031 El Toro Rd., Suite 260<br>Laguna Hills, CA 92653 | Southern California Edison<br>P. O. Box 300<br>Rosemead, CA 91772 | Shri Kartikeya Pharma<br>c/o Tara L. Blake, Esq.<br>Butler Snow, LLP<br>150 3rd Avenue South, Suite 1600<br>Nashville, TN 37201 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**
1703056.1  27122

| | | |
|---|---|---|
| Citistaff Solutions, Inc.<br>Attn: Legal Dept./Slater & Assoc.<br>c/o Charles C. Slater, Esq.<br>1111 W. Town & Country Rd., Suite 30<br>Orange, CA 92868 | Amtech Ingredients<br>517 Adams Avenue<br>Albert Lea, MN 56007 | AGPE Corp.<br>21715 The Trails Circle<br>Murrieta, CA 92562 |
| AGPE Corp.<br>c/o Ariel Guizar, Agent for Service of Process<br>21715 The Trails Circle<br>Murrieta, CA 92562 | Saddle Ranch APG LLC<br>PO Box 51930<br>Los Angeles, CA 90051 | Saddle Ranch APG LLC<br>c/o Daniel L. Webb, Agent for Service of Process<br>100 Bayview Circle, Suite 310<br>Newport Beach, CA 92660 |
| BRS Beyond Resource Solutions, Inc<br>1475 South State College Blvd Suite 116<br>Anaheim, CA 92806 | BRS Beyond Resource Solutions, Inc.<br>c/o Clayton J. Hix, Esq.<br>Hill, Farrer & Burrill LLP<br>300 S. Grand Avenue, 37th Floor<br>Los Angeles, CA 90071 | SouthWest ToyotaLift<br>~~PO Box 1070~~<br>~~3725 Nobel Ct.~~<br>~~Mira Loma, CA 91752~~<br><br>SERVED VIA NEF ON:<br>Garrick A Hollander on behalf of Creditor Southwest Material Handling, Inc. dba Southwest Toyota Lift<br>ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| J. Rettenmaier USA LP<br>16369 US 131 Highway<br>Schoolcraft, MI 49087 | J. Rettenmaier USA LP<br>c/o Richard O. Cherry, Esq.<br>Miller Johnson<br>100 W. Michigan Ave., Suite 200<br>Kalamazoo, MI 49007 | Mold Rite Plastics<br>PO Box 160<br>100 N. Field Drive<br>Lake Forest, IL 60045 |
| Capitol Food Company<br>12836 Alondra Blvd<br>Cerritos, CA 90703 | Gadot America Inc.<br>1 Meadow Road, Suite 205<br>Florida, NY 10921-1140 | Allied Universal Security Services<br>(Corporate Headquarters West)<br>450 Exchange<br>Irvine, CA 92602 |
| Stratum HR LLC<br>23052 Alicia Parkway, Suite H533<br>Mission Viejo, CA 92692 | Stratum HR LLC<br>c/o 1505 Corporation 1108<br>Pacific Registered Agents, Inc.<br>Four Embarcadero Center, Ste. 1400 #85<br>San Francisco, CA 94111 | Southern California Edison<br>c/o Cristina Limon, Agent for Service of Process<br>2244 Walnut Grove Ave.<br>Rosemead, CA 91770 |
| Servicon Systems, Inc.<br>3965 Landmark Street<br>Culver City, CA 90232 | Servicon Systems, Inc.<br>c/o Nick Iezza, Esq.<br>Spiwak & Iezza<br>555 Marin St., Suite 140<br>Thousand Oaks, CA 91360 | Custom Ingredients Inc<br>160 Calle Iglesia<br>San Clemente, CA 92672 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
1703056.1  27122

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Custom Ingredients Inc.<br>c/o Robert J. Danko, Esq.<br>Law Office of Robert J. Danko<br>31805 Temecula Parkway, #623<br>Temecula, CA  92592 | Shri Kartikeya Pharma<br>H. no. 5-5-36/15/A, Opp NCS complex<br>Prashanti Nagar, IDA kukatpally<br>Hyderabad, Telangana 500072<br>INDIA | LS Link Co Ltd<br>Unit 208A 25/F Bank of America Twr<br>12 Harcourt Road<br>Central, Hong Kong |
| Tay Ninh Tapioca Joint Stock Company<br>Tan Binh Hamlet<br>Tay Ninh Province, VIETNAM | Tay Ninh Tapioca JSC<br>c/o Officer, Managing or General Agent<br>CH1, Sky Center 5B Pho Quang Street,<br>Ward 2, Tan Binh District, Ho Chi Minh City, VIETNAM | |

**SECURED CREDITORS** .

| | | |
|---|---|---|
| Aramark Services, Inc.<br>ATTN: James Tarangelo, CEO<br>2400 Market St.<br>Philadelphia, PA  19103 | Suitable Staffing Solutions, Inc.<br>ATTN: Ramon Gonzalez, Agent for Service<br>801 W. Victoria St., Suite A-1<br>Compton, CA  90220 | Suitable Staffing Solutions, Inc.<br>c/o Marshall J. August<br>Frandzel Robins Bloom & Csato, L.C.<br>1000 Wilshire Blvd., 19th Floor<br>Los Angeles, CA  90017 |
| Atos IT Solutions and Services, Inc.<br>ATTN: Dave Seybold, CEO<br>4851 Regent Blvd.<br>Irving, TX  75063 | Atos IT Solutions and Services, Inc.<br>c/o Paul J. Keenan Jr.<br>Baker & McKenzie LLP<br>1111 Brickell Avenue, Suite 1700<br>Miami, FL 33131 | Sharon and Odelya Hoffman<br>c/o Better Nutritionals, LLC<br>3390 Horseless Carriage Dr.<br>Norco, CA 92860 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    F 9013-3.1.PROOF.SERVICE
1703056.1  27122