JOHN N. TEDFORD, IV (State Bar No. 205537)
*jtedford@DanningGill.com*
AARON E. DE LEEST (State Bar No. 216832)
*adeleest@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Proposed attorneys for Debtor and Debtor in
Possession Better Nutritionals, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re<br><br>BETTER NUTRITIONALS, LLC,<br><br>　　　　Debtor. | Case No. 6:22-bk-14723-MH<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF SHARON HOFFMAN RE DEBTOR'S REQUEST FOR FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL THROUGH MARCH 31, 2023, AND GRANTING RELATED RELIEF**<br><br>Date:　　January 31, 2023<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 301<br>　　　　　3420 Twelfth Street<br>　　　　　Riverside, California |

I, Sharon Hoffman, declare and state as follows:

1.　　I am a co-founder of, and am the Manager and Chief Executive Officer of, Better Nutritionals, LLC (the "**Debtor**").

2.　　On December 20, 2022 (the "**Petition Date**"), the Company filed my "first day declaration" in this case. Exhibit "1" to my declaration contained interim operating projections for the first thirteen weeks after the case was filed. The interim operating projections were prepared by

1702982.1  27122                                    1

1  the Debtor's professionals at Force Ten Partners, LLC ("**Force 10**"), and CSA Partners, LLC
2  ("**CSA**"), based on information available from the Debtor.  In my declaration I stated that "Force
3  10 and CSA will continue to refine the projections in the coming weeks, and I anticipate that the
4  Company will file updated projections prior to a final hearing on the Company's motion for
5  authority to use cash collateral."

6      3.    Force 10 and CSA have continued to refine the projections since the Petition Date,
7  based on information available from the Debtor and certain customers and vendors.  Exhibit "12"
8  hereto contains revised operating projections through March 31, 2022, and a variance report for the
9  first two weeks of the case (through December 30, 2022).

11      I declare under penalty of perjury under the laws of the United States of America that the
12  foregoing is true and correct.
13      Executed on January 10, 2023, at Norco, California.

                                                                                         _____
                                                                                        Sharon Hoffman

# EXHIBIT 12

**Better Nutritionals, LLC**
**Weekly Cash Flow Projections**

| Week Ending | 1<br>Proj<br>6-Jan | 2<br>Proj<br>13-Jan | 3<br>Proj<br>20-Jan | 4<br>Proj<br>27-Jan | 5<br>Proj<br>3-Feb | 6<br>Proj<br>10-Feb | 7<br>Proj<br>17-Feb | 8<br>Proj<br>24-Feb | 9<br>Proj<br>3-Mar |
|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | | | |
| Collections | 38,749 | 554,760 | 130,000 | 550,000 | 1,317,096 | 837,096 | 837,096 | 1,022,096 | 817,096 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Receipts** | 38,749 | 554,760 | 130,000 | 550,000 | 1,317,096 | 837,096 | 837,096 | 1,022,096 | 817,096 |
| **Disbursements** | | | | | | | | | |
| Raw Materials & Other COGS | 0 | (100,000) | 0 | (89,159) | (349,516) | (349,516) | 0 | (191,879) | 0 |
| Corporate Payroll | 0 | (282,458) | 0 | (282,458) | 0 | (282,458) | 0 | (277,968) | 0 |
| Health & WC Insurance | (49,654) | (66,616) | 0 | (12,418) | (72,698) | (17,418) | 0 | (12,418) | (50,598) |
| Commercial Insurance | 0 | 0 | 0 | 0 | (107,937) | 0 | 0 | 0 | (80,029) |
| External Staffing | (13,400) | (9,406) | (16,750) | (75,950) | (90,750) | (90,750) | (90,750) | (90,750) | (90,750) |
| Rent & CAM | 0 | 0 | 0 | 0 | (75,395) | 0 | (75,395) | 0 | (527,866) |
| Utilities | 0 | (40,130) | (93,907) | (12,764) | (22,369) | (8,901) | (102,714) | (12,764) | (22,369) |
| Other General & Administrative | (11,677) | (12,482) | (70,321) | (43,677) | (97,154) | (49,561) | (69,561) | (42,561) | (100,307) |
| **Total Operating Disbursements** | (74,731) | (511,093) | (180,978) | (516,426) | (815,819) | (798,604) | (338,421) | (628,341) | (871,919) |
| **Operating Cash Flows** | (35,982) | 43,667 | (50,978) | 33,574 | 501,277 | 38,492 | 498,676 | 393,755 | (54,823) |
| Utility Deposits | 0 | 0 | 0 | 0 | (148,294) | 0 | 0 | 0 | 0 |
| Ch 11 Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 | (350,000) | 0 | 0 |
| U.S. Trustee Fees | 0 | 0 | 0 | (2,521) | 0 | 0 | 0 | 0 | 0 |
| **Restructuring Disbursements** | 0 | 0 | 0 | (2,521) | (148,294) | 0 | (350,000) | 0 | 0 |
| **DIP Loan Draws (Payments)** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Net Cash Flows** | (35,982) | 43,667 | (50,978) | 31,053 | 352,983 | 38,492 | 148,676 | 393,755 | (54,823) |
| **Beginning Cash** | 60,565 | 24,583 | 68,250 | 17,273 | 48,326 | 401,309 | 439,801 | 588,477 | 982,232 |
| **Ending Cash** | 24,583 | 68,250 | 17,273 | 48,326 | 401,309 | 439,801 | 588,477 | 982,232 | 927,408 |
| **Cash Higher (Lower) than Petiton Date** | (298,652) | (254,985) | (305,963) | (274,909) | 78,074 | 116,566 | 265,241 | 658,996 | 604,173 |

**Better Nutritionals, LLC**
**Weekly Cash Flow Projections**

| Week Ending | 10<br>Proj<br>10-Mar | 11<br>Proj<br>17-Mar | 12<br>Proj<br>24-Mar | 13<br>Proj<br>31-Mar | 13 Week<br>Total |
|---|---:|---:|---:|---:|---:|
| **Cash Receipts** | | | | | |
| Collections | 367,096 | 467,096 | 407,096 | 342,096 | 7,687,374 |
| Other | 0 | 0 | 0 | 0 | 0 |
| **Total Receipts** | 367,096 | 467,096 | 407,096 | 342,096 | 7,687,374 |
| | | | | | |
| **Disbursements** | | | | | |
| Raw Materials & Other COGS | 0 | 0 | (172,300) | 0 | (1,252,369) |
| Corporate Payroll | (277,968) | 0 | (277,968) | 0 | (1,681,278) |
| Health & WC Insurance | (12,418) | 0 | (12,418) | (50,598) | (357,255) |
| Commercial Insurance | 0 | 0 | 0 | 0 | (187,966) |
| External Staffing | (90,750) | (90,750) | (90,750) | (90,750) | (932,256) |
| Rent & CAM | 0 | 0 | 0 | 0 | (678,656) |
| Utilities | (1,724) | (102,352) | (20,304) | 0 | (440,300) |
| Other General & Administrative | (49,561) | (71,247) | (33,561) | (42,061) | (693,730) |
| **Total Operating Disbursements** | (432,421) | (264,348) | (607,302) | (183,409) | (6,223,811) |
| | | | | | |
| **Operating Cash Flows** | (65,325) | 202,748 | (200,206) | 158,687 | 1,463,563 |
| | | | | | |
| Utility Deposits | 0 | 0 | 0 | 0 | (148,294) |
| Ch 11 Professional Fees | 0 | 0 | 0 | (650,000) | (1,000,000) |
| U.S. Trustee Fees | 0 | 0 | 0 | 0 | (2,521) |
| **Restructuring Disbursements** | 0 | 0 | 0 | (650,000) | (1,150,816) |
| | | | | | |
| **DIP Loan Draws (Payments)** | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **Net Cash Flows** | (65,325) | 202,748 | (200,206) | (491,313) | 312,747 |
| **Beginning Cash** | 927,408 | 862,083 | 1,064,831 | 864,626 | 60,565 |
| **Ending Cash** | 862,083 | 1,064,831 | 864,626 | 373,312 | 373,312 |
| | | | | | |
| **Cash Higher (Lower) than Petiton Date** | 538,848 | 741,596 | 541,390 | 50,077 | |

Printed on 1/9/2023

Page 2 of 3

**Better Nutritionals, LLC**
**Weekly Cash Flow Projections**

Key Assumptions:
 - Collections are projected by customer and are based on management estimates and recent discussions with customers, including a potential bulk sale from existing inventory.  To be conservative, no collections have been assumed from Goli during this timeframe.
 - Raw Materials are projected based on anticipated costs to complete current orders, as well as Raw Materials required for forecasted orders.
 - Corporate Payroll is based on most recent payroll run, less identified cost reductions to be implemented.
 - Health, WC, and Commercial Insurance is based on recent payment amounts and include a catch-up of previously outstanding amounts.
 - External Staffing is based on updated projections and anticipated production levels.
 - Rent, CAM & Utilities are based on recent payment amounts.
 - Projected three months of Rent payments in the Gardena facility but only one month in the Norco facility. Management is engaging in discussions with the Norco landlord on how to appropriately satisfy any potential arrearages.
 - Other G&A includes items such as Bank Fees, Computer Software & Networking Services, Tools & Supplies, Repairs & Maintenance, Outside Services, and Marketing, and is based on recent expense trends since July.

 - Utility Deposits are based on the recent 3-month average of current actual monthly charges.
 - Ch 11 Professional Fees are estimated, inclusive of time to obtain court approval and an assumed 20% holdback.
 - U.S. Trustee Fees are based on projected disbursements and the current UST Fee structure.

 - No DIP Loan Draws are projected. The Debtor is in the process of determining if DIP financing is required; an update will be provided if and when appropriate.

**Better Nutritionals, LLC**
**Consolidated Variance Analysis**

|  | Actual | Proj | Variance | |
|---|---:|---:|---:|---|
|  | \multicolumn{3}{c}{Two Weeks Ending 12/30/22} | |

| | Actual | Proj | Variance | |
|---|---:|---:|---:|---|
| **Cash Receipts** | | | | |
| Collections | 52,491 | 1,400,000 | (1,347,509) | Lower Collections due to delay in anticipated bulk inventory sale ($1.2mm), plus other amounts came in earlier than expected (see Beginning Cash comment below) |
| Other | 0 | 0 | 0 | |
| **Total Receipts** | 52,491 | 1,400,000 | (1,347,509) | |
| | | | | |
| **Disbursements** | | | | |
| Raw Materials & Other COGS | 0 | (408,655) | 408,655 | |
| Corporate Payroll | (282,458) | (350,000) | 67,542 | |
| Health & WC Insurance | (12,526) | (205,816) | 193,290 | |
| Commercial Insurance | 0 | (49,600) | 49,600 | |
| External Staffing | (20,177) | (272,000) | 251,823 | |
| Rent & CAM | 0 | 0 | 0 | |
| Utilities | 0 | 0 | 0 | |
| Other General & Administrative | 0 | 0 | 0 | |
| **Total Operating Disbursements** | (315,161) | (1,286,071) | 970,910 | Lower Total Operating Disbursements due to lower Collections, plan to catch up in coming weeks (i.e., any needed catch-up amounts included in updated forecast) |
| | | | | |
| **Operating Cash Flows** | (262,670) | 113,929 | (376,600) | |
| | | | | |
| Utility Deposits | 0 | 0 | 0 | |
| Ch 11 Professional Fees | 0 | 0 | 0 | |
| U.S. Trustee Fees | 0 | 0 | 0 | |
| **Restructuring Disbursements** | 0 | 0 | 0 | |
| | | | | |
| **DIP Loan Draws (Payments)** | 0 | 0 | 0 | |
| | | | | |
| **Net Cash Flows** | (262,670) | 113,929 | (376,600) | |
| **Beginning Cash** | 323,235 | 126,536 | 196,700 | Higher Beginning Cash because some projected Collections came in earlier than expected |
| **Ending Cash** | 60,565 | 240,465 | (179,900) | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  SUPPLEMENTAL DECLARATION OF SHARON HOFFMAN RE DEBTOR'S REQUEST FOR FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL THROUGH MARCH 31, 2023, AND GRANTING RELATED RELIEF  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  January 10, 2023  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  January 10, 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 10, 2023 | Patricia Morris | /s/ Patricia Morris |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE
1703054.1  27122

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u>

  - **Marshall J August**    maugust@frandzel.com, rsantamaria@frandzel.com
  - **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
  - **Anthony Bisconti**    tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
  - **Richard D Buckley**    richard.buckley@arentfox.com
  - **Aaron E. DE Leest**    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
  - **Abram Feuerstein**    abram.s.feuerstein@usdoj.gov
  - **Adam R. Fracht**    afracht@stibbsco.com
  - **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
  - **Michael J Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
  - **Everett L Green**    everett.l.green@usdoj.gov
  - **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
  - **Eve H. Karasik**    ehk@lnbyg.com
  - **Michael S Myers**    myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;PHXLitLAAs@ballardspahr.com
  - **Daniel H Reiss**    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
  - **Cameron C Ridley**    Cameron.Ridley@usdoj.gov
  - **Joseph M Rothberg**    jmr@lnbyg.com
  - **Matthew J Stockl**    mstockl@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
  - **John N Tedford**    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
  - **Thomas Tysowsky**    thomas.tysowsky@bakermckenzie.com, carmen.ayala@bakermckenzie.com
  - **United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
  - **Christopher K.S. Wong**    christopher.wong@afslaw.com, yvonne.li@arentfox.com

2. <u>**SERVED BY U. S. MAIL**</u>

Debtor  
Better Nutritionals, LLC  
3390 Horseless Carriage Drive  
Norco, CA 92860

Hon. Mark Houle  
U. S. Bankruptcy Court  
3420 Twelfth Street, Suite 325  
Riverside, CA 92501-3819

**20 LARGEST UNSECURED CREDITORS**

| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Financial Corp<br>c/o Officer, Managing or General Agent<br>1680 Capital One Drive<br>McLean, VA 22102-3491 | Caliber Construction Inc<br>240 N. Orange Avenue<br>Brea, CA 92821 |
|---|---|---|
| Caliber Construction Inc<br>c/o Anna M. Carno, Esq.<br>Carno Law Group<br>24031 El Toro Rd., Suite 260<br>Laguna Hills, CA 92653 | Southern California Edison<br>P. O. Box 300<br>Rosemead, CA 91772 | Shri Kartikeya Pharma<br>c/o Tara L. Blake, Esq.<br>Butler Snow, LLP<br>150 3rd Avenue South, Suite 1600<br>Nashville, TN 37201 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
1703054.1  27122

| | | |
|---|---|---|
| Citistaff Solutions, Inc.<br>Attn: Legal Dept./Slater & Assoc.<br>c/o Charles C. Slater, Esq.<br>1111 W. Town & Country Rd., Suite 30<br>Orange, CA  92868 | Amtech Ingredients<br>517 Adams Avenue<br>Albert Lea, MN 56007 | AGPE Corp.<br>21715 The Trails Circle<br>Murrieta, CA 92562 |
| AGPE Corp.<br>c/o Ariel Guizar, Agent for Service of Process<br>21715 The Trails Circle<br>Murrieta, CA 92562 | Saddle Ranch APG LLC<br>PO Box 51930<br>Los Angeles, CA  90051 | Saddle Ranch APG LLC<br>c/o Daniel L. Webb, Agent for Service of Process<br>100 Bayview Circle, Suite 310<br>Newport Beach, CA  92660 |
| BRS Beyond Resource Solutions, Inc<br>1475 South State College Blvd  Suite 116<br>Anaheim, CA 92806 | BRS Beyond Resource Solutions, Inc.<br>c/o Clayton J. Hix, Esq.<br>Hill, Farrer & Burrill LLP<br>300 S. Grand Avenue, 37th Floor<br>Los Angeles, CA  90071 | SouthWest ToyotaLift<br>~~PO Box 1070~~<br>~~3725 Nobel Ct.~~<br>~~Mira Loma, CA 91752~~<br><br>SERVED VIA NEF ON:<br>Garrick A Hollander on behalf of Creditor Southwest Material Handling, Inc. dba Southwest Toyota Lift<br>ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com |
| J. Rettenmaier USA LP<br>16369 US 131 Highway<br>Schoolcraft, MI 49087 | J. Rettenmaier USA LP<br>c/o Richard O. Cherry, Esq.<br>Miller Johnson<br>100 W. Michigan Ave., Suite 200<br>Kalamazoo, MI  49007 | Mold Rite Plastics<br>PO Box 160<br>100 N. Field Drive<br>Lake Forest, IL  60045 |
| Capitol Food Company<br>12836 Alondra Blvd<br>Cerritos, CA 90703 | Gadot America Inc.<br>1 Meadow Road, Suite 205<br>Florida, NY 10921-1140 | Allied Universal Security Services<br>(Corporate Headquarters West)<br>450 Exchange<br>Irvine, CA  92602 |
| Stratum HR LLC<br>23052 Alicia Parkway, Suite H533<br>Mission Viejo, CA  92692 | Stratum HR LLC<br>c/o 1505 Corporation 1108<br>Pacific Registered Agents, Inc.<br>Four Embarcadero Center, Ste. 1400 #85<br>San Francisco, CA  94111 | Southern California Edison<br>c/o Cristina Limon, Agent for Service of Process<br>2244 Walnut Grove Ave.<br>Rosemead, CA 91770 |
| Servicon Systems, Inc.<br>3965 Landmark Street<br>Culver City, CA 90232 | Servicon Systems, Inc.<br>c/o Nick Iezza, Esq.<br>Spiwak & Iezza<br>555 Marin St., Suite 140<br>Thousand Oaks, CA  91360 | Custom Ingredients Inc<br>160 Calle Iglesia<br>San Clemente, CA 92672 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

1703054.1  27122

**F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Custom Ingredients Inc.<br>c/o Robert J. Danko, Esq.<br>Law Office of Robert J. Danko<br>31805 Temecula Parkway, #623<br>Temecula, CA 92592 | Shri Kartikeya Pharma<br>H. no. 5-5-36/15/A, Opp NCS complex<br>Prashanti Nagar, IDA kukatpally<br>Hyderabad, Telangana 500072<br>INDIA | LS Link Co Ltd<br>Unit 208A 25/F Bank of America Twr<br>12 Harcourt Road<br>Central, Hong Kong |
| Tay Ninh Tapioca Joint Stock Company<br>Tan Binh Hamlet<br>Tay Ninh Province, VIETNAM | Tay Ninh Tapioca JSC<br>c/o Officer, Managing or General Agent<br>CH1, Sky Center 5B Pho Quang Street,<br>Ward 2, Tan Binh District, Ho Chi Minh<br>City, VIETNAM | |

**SECURED CREDITORS** .

| | | |
|---|---|---|
| Aramark Services, Inc.<br>ATTN: James Tarangelo, CEO<br>2400 Market St.<br>Philadelphia, PA 19103 | Suitable Staffing Solutions, Inc.<br>ATTN: Ramon Gonzalez, Agent for Service<br>801 W. Victoria St., Suite A-1<br>Compton, CA 90220 | Suitable Staffing Solutions, Inc.<br>c/o Marshall J. August<br>Frandzel Robins Bloom & Csato, L.C.<br>1000 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90017 |
| Atos IT Solutions and Services, Inc.<br>ATTN: Dave Seybold, CEO<br>4851 Regent Blvd.<br>Irving, TX 75063 | Atos IT Solutions and Services, Inc.<br>c/o Paul J. Keenan Jr.<br>Baker & McKenzie LLP<br>1111 Brickell Avenue, Suite 1700<br>Miami, FL 33131 | Sharon and Odelya Hoffman<br>c/o Better Nutritionals, LLC<br>3390 Horseless Carriage Dr.<br>Norco, CA 92860 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**
1703054.1  27122