**Fill in this information to identify the case:**

Debtor name     **Better Nutritionals LLC**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA-RIV

Case number (if known)     **6:22-bk-14723-MH**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■  Other document that requires a declaration     **Statement of Related Cases**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     January 20, 2023             x _____
                                             Signature of individual signing on behalf of debtor

                                             **Sharon Hoffman**
                                             Printed name

                                             **Manager**
                                             Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**United States Bankruptcy Court**
**Central District of California-RIV**

In re   Better Nutritionals LLC
                                                   Debtor(s)

Case No.   6:22-bk-14723-MH
Chapter   11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Goli Nutrition Inc<br>1 Westmount Square<br>Suite 1500<br>H3Z 2P9<br>Westmont QC | Class A<br>Common Units | 250 | Membership Units |
| RGL Holdings LLC<br>17120 S Figueroa St<br>Gardena, CA 90248 | Class A<br>Common Units | 750 | Membership Units |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   January 20, 2023                    Signature _____
                                                             Sharon Hoffman

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Norco                                    , California.

Date:         January 20, 2023

Sharon Hoffman
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                Page 1                   **F 1015-2.1.STMT.RELATED.CASES**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Better Nutritionals LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA-RIV |
| Case number (if known) | **6:22-bk-14723-MH** |

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

<table>
<tr><td><strong>Part 1:</strong></td><td><strong>Summary of Assets</strong></td></tr>
</table>

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................    $        0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................    $    1,024,925,932.55

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................    $    1,024,925,932.55

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Summary of Liabilities</strong></td></tr>
</table>

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    3,597,012.76

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $    2,740,884.03

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    61,542,919.49

4. **Total liabilities** ...................................................................
    Lines 2 + 3a + 3b                                                                                   $    67,880,816.28

**Fill in this information to identify the case:**

Debtor name      **Better Nutritionals LLC**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA-RIV

Case number (if known)      **6:22-bk-14723-MH**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.      **Cash on hand**                                                                                    **$0.00**

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Bank of America** | **Checking Account** | **6489** | **$323,235.36** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                        **$323,235.36**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1.  **See attached** | **$3,123,338.33** |
|---|---|

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

| Debtor | **Better Nutritionals LLC** | Case number *(If known)* | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 8.1. | **see attached** | **$742,948.40** |

| 9. | **Total of Part 2.** | **$3,866,286.73** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.    Accounts receivable**

| 11a. 90 days old or less: | **95,674.22** | - | **0.00** | = .... | **$95,674.22** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **55,165.01** | - | **0.00** | =.... | **$55,165.01** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$150,839.23** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Raw Materials** | 12/31/2022 | $20,876,216.60 | Recent cost | $20,876,216.60 |
| 20. | **Work in progress** **Work in Progress** | 12/31/2022 | $4,398,512.14 | Recent cost | $4,398,512.14 |
| 21. | **Finished goods, including goods held for resale** **Finished Goods** | 12/31/2022 | $4,610,103.27 | Recent cost | $4,610,103.27 |
| 22. | **Other inventory or supplies** | | | | |

| Debtor | Better Nutritionals LLC | | | Case number *(If known)* 6:22-bk-14723-MH | |
|--------|-------------------------|---|---|---|---|
| | Name | | | | |

| Packaging Materials and raw material inventory in transit | 12/31/2022 | $6,770,068.57 | Recent cost | $6,770,068.57 |
|---|---|---|---|---|

**23.** **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| $36,654,900.58 |
|---|

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
■ Yes. Book value    246,977.59    Valuation method    **Net Book Value**    Current Value    246,977.59

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>See attached | $597,209.51 | Recent cost | $597,209.51 |
| 40. | Office fixtures<br>See attached | $240,798.54 | Recent cost | $240,798.54 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>See attached | $290,605.19 | Recent cost | $290,605.19 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| $1,128,613.24 |
|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

| Debtor | **Better Nutritionals LLC** | Case number *(If known)* **6:22-bk-14723-MH** |
|---|---|---|
| | Name | |

■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  Used Box Truck | $49,310.63 | Recent cost | $49,310.63 |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>See attached | $74,745,803.52 | | $74,745,803.52 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.                     | $74,795,114.15 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| Debtor | **Better Nutritionals LLC** | | Case number *(If known)*  **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

| 55.1. | **3300, 3350, 3380, 3390 Horseless Carriage Drive, Norco, California 92860** | Lease | Unknown | N/A | Unknown |
|---|---|---|---|---|---|
| 55.2. | **17120, 17202, 17208, 17210 South Figueroa Street, Gardena, CA 90248** | Lease | Unknown | N/A | Unknown |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | **$0.00** |
|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Gummy Manufacturing Process and Certain Formulations** | Unknown | N/A | Unknown |
| | **Better Nutritionals Name** | Unknown | N/A | Unknown |
| | **Better Nutritionals Logo** | Unknown | N/A | Unknown |
| 61. | **Internet domain names and websites** betternutritionals.com | Unknown | N/A | Unknown |
| 62. | **Licenses, franchises, and royalties** **see attached** | $23,563.26 | Recent cost | $23,563.26 |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer List** | $0.00 | N/A | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |

| Debtor | **Better Nutritionals LLC** | | Case number *(If known)* **6:22-bk-14723-MH** | |
|--------|------------------------------|--|--|--|
| | Name | | | |

Facebook(facebook.com/betternutritionals/)

LinkedIn
(www.linkedin.com/company/better-nutritional
s)

Youtube
(www.youtube.com/channel/UCWfBTKncYV9D
bQXDODnl1jA)

| Twitter (@best_gummies) | Unknown | N/A | Unknown |
|--------------------------|---------|-----|---------|

| 65. | Goodwill **None** | $0.00 | N/A | $0.00 |
|-----|-------------------|-------|-----|-------|

| 66. | **Total of Part 10.** | | $23,563.26 |
|-----|----------------------|--|-----------|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

Current value of
debtor's interest

| 71. | Notes receivable Description (include name of obligor) | | | |
|-----|--------------------------------------------------------|--|--|--|
| | **Gadot America Inc. Refund (VRMA0007) $6820** | 20,020.00 – | 0.00 = | |
| | | Total face amount | doubtful or uncollectible amount | |
| | **Gadot America Inc. Refund (VRMA0010) $13,200** | | | $20,020.00 |

| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | | |
|-----|--|--|--|--|
| | **None** | Tax year **None** | | $0.00 |

73. **Interests in insurance policies or annuities**

| Debtor | Better Nutritionals LLC | Case number (If known) | 6:22-bk-14723-MH |
|---|---|---|---|
| | Name | | |

| None | $0.00 |
|---|---|

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

| WS Capital Advisors | | $1,480,000.00 |
|---|---|---|
| Nature of claim | Various | |
| Amount requested | $1,480,000.00 | |

| Better Nutritionals, LLC vs. Goli Nutrition, Inc., 12416913 Canada Inc., Deepak Agarwal, Michael Bitensky, VMG Partners, VMG Partners V, LP, VMG Partners IV, LP, Merical Inc., DLA Piper, LLP | | $900,000,000.00 |
|---|---|---|
| Nature of claim | various | |
| Amount requested | $900,000,000.00 | |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| Atos IT Solutions and Services | | Unknown |
|---|---|---|
| Nature of claim | Various | |
| Amount requested | $0.00 | |

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
Outstanding Goli Purchase Orders UNKNOWN
Outstanding Customer Purchase Orders - $6,483,360.00     $6,483,360.00

**78.** **Total of Part 11.** | $907,983,380.00 |
|---|---|

Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Better Nutritionals LLC**                                    Case number *(if known)*  **6:22-bk-14723-MH**
         Name

**Part 12:**     Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $323,235.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,866,286.73 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $150,839.23 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $36,654,900.58 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,128,613.24 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $74,795,114.15 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $23,563.26 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $907,983,380.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,024,925,932.55 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92
                                                                          $1,024,925,932.55

**SCHEDULE AB7 ATTACHMENT**
Deposits, including security deposits and utility deposits

**Schedule A/B 7**

*Deposits, including security deposits and utility deposits*

| Description, including name of holder of deposit | Current Value |
|---|---|
| Utility Deposit - SoCalGas | 1,865.00 |
| Rent Deposit - CRPF IV HCD, LLC | 3,000,000.00 |
| Rent Deposit - Gardena WH 17208 | 5,999.00 |
| Rent Deposit - Gardena unit 17202 | 6,357.00 |
| Rent Deposit - Gardena 17210 Figueroa St | 6,130.00 |
| Aramark Services Inc. (vendor with AP balance) | 100,000.00 |
| Sigma Equipment (refundable dep for Loma Metal Detector) | 2,987.33 |
| | **3,123,338.33** |

In re: Better Nutritionals LLC
Case No. 6:22-bk-14723-MH

**SCHEDULE A/B ATTACHMENT**
Prepayments, including prepayments on executory contracts, leases, insurance, taxes and rent

**Schedule A/B 8**
*Prepayments, including prepayments on executory contracts, leases, insurance, taxes and rent*

| Description, including name of holder of prepayment | Current Value |
|---|---|
| Nationwide/ EPIC Insurance | 243,951.86 |
| 1124 Easy HERS Raters | 4,545.00 |
| 1136 Carlson, Gaskey and Olds, P.C. | 8,748.50 |
| 1145 Coastal Pallet Solutions | 5,520.00 |
| 137 Impact LA, LLC | 53,749.22 |
| 167 Alpha Packaging Inc | 5,578.85 |
| 285 Eurofins Botanical Testing Inc. | 663.50 |
| 285 Eurofins Botanical Testing Inc. | 395.31 |
| 307 Glanbia Nutritionals | 652.30 |
| 307 Glanbia Nutritionals | 17,705.00 |
| 575 Paradigm Packaging West LLC | 9,716.00 |
| 575 Paradigm Packaging West LLC | 548.99 |
| 575 Paradigm Packaging West LLC | 5,252.14 |
| 586 MDM Packaging | 2,181.20 |
| 937 Saigao Group Limited | 195,300.00 |
| Information and Computing Services | 36,186.03 |
| LA County Tax  (property tax) | 7,589.16 |
| CA Dept of Public Health (hemp cert) | 14,106.58 |
| Orthodox Union | 10,638.76 |
| 1133 MKPC | 50,000.00 |
| 1206 Stursberg & Associates | 69,920.00 |
| Harvey Tanton | 9,933.00 |
| Force 10 Partners | 100,000.00 |
| CSA Partners, LLC | 54,882.00 |
| 1157 Danning, Gill, Israel & Krasnoff, LLP | 141,491.00 |
| 1207 Folkenflik & Mcgerity, LLP | 24,019.00 |
|  | **742,948.40** |

SCHEDULE A/B 39 ATTACHMENT
Office Furniture

## Schedule A/B 39
*Office Furniture*

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Display for Show (10' Flare Backlit Display with Single-Sided Graphic) | $0.05 | Net Book Value | $0.05 |
| Furniture | $505.19 | Net Book Value | $505.19 |
| Prime Scales (Floor Scale PS-SSF 48"x48"; Floor Scale PS-F 60"x60"; Steel Ramp 60"x48"; S S 4'x4' Ramp) | $0.00 | Net Book Value | $0.00 |
| Work Tables 30"x60" (Qty=4); 30"x96" (Qty=4); 30"x72" (Qty=2) | $0.16 | Net Book Value | $0.16 |
| 60' Stainless Steel Platform Truck (Qty=3) | - | Net Book Value | - |
| 24 Lexi Soft Pad Office Chair & Hardwood Safe Rolling Casters (Wheels for Chairs) | $4,309.50 | Net Book Value | $4,309.50 |
| Office Furniture | $1,192.32 | Net Book Value | $1,192.32 |
| Heavy Duty Steel Dumping Hopper (5 Cubic Yard) & Metal Picnic Table - 6' Rectangle, Green | $1,541.85 | Net Book Value | $1,541.85 |
| Design Services / Add Proposal Seating Area and Training Room | $1,624.93 | Net Book Value | $1,624.93 |
| Design Services / Add Proposal Seating Area and Training Room | $1,624.93 | Net Book Value | $1,624.93 |
| FF&E Purchasing | $11,181.88 | Net Book Value | $11,181.88 |
| Reception Desk Purchasing | $6,382.93 | Net Book Value | $6,382.93 |
| Reception Desk Purchasing | $6,918.02 | Net Book Value | $6,918.02 |
| Norco Patio Furnishings - Invoice #11253, #11257, #11260 | $95,171.12 | Net Book Value | $95,171.12 |
| Norco Patio Furnishings (Invoice #11252, #11254, #11256, #11259) | $56,876.23 | Net Book Value | $56,876.23 |
| FireKing 4 Drawer 38" Width Lateral UL Class 350 1-Hour File (Qty=15) | $31,144.90 | Net Book Value | $31,144.90 |
| FireKing 4 Drawer 38" Width Lateral UL Class 350 1-Hour File (Qty=2) | $4,458.95 | Net Book Value | $4,458.95 |
| Benching, Monitor Arms, Chairs, Mobile Pedestals | $7,244.57 | Net Book Value | $7,244.57 |
| Broken Table Credit | -$2,799.94 | Net Book Value | -$2,799.94 |
| Supply Chain Office #116 (Office Furniture) | $4,243.56 | Net Book Value | $4,243.56 |
| Benching, Monitor Arms, Chairs, Mobile Pedestals | $7,697.21 | Net Book Value | $7,697.21 |
| Freight | $183.80 | Net Book Value | $183.80 |
| Open Area Task Chairs (Qty=200) | $28,014.90 | Net Book Value | $28,014.90 |
| Norco Furniture (Invoice #6538-40518-0 & #6633-2-42659-42908) | $208,336.92 | Net Book Value | $208,336.92 |
| Sales Tax | $1,872.78 | Net Book Value | $1,872.78 |
| 3 Lift Tables @ $1,800/unit | $4,680.00 | Net Book Value | $4,680.00 |
| Sales Tax | $409.46 | Net Book Value | $409.46 |
| 10076 - Controller and Other Office Furniture | $7,041.65 | Net Book Value | $7,041.65 |
| 10076 - Controller and Other Office Furniture | $2,908.61 | Net Book Value | $2,908.61 |
| Trade Show Booth | $88,160.02 | Net Book Value | $88,160.02 |
| Office Chairs | $11,313.78 | Net Book Value | $11,313.78 |
| Office Chairs | $4,969.23 | Net Book Value | $4,969.23 |
| | | | $597,209.51 |

**Schedule A/B 40**

*Office Fixtures*

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Office Manual Shades for Corporate Offices | $5,571.44 | Net Book Value | $5,571.44 |
| Furnish & Install (2) 10'x8' Double Swing Gates and (1) 3'x8' Swing Gate | $9,395.68 | Net Book Value | $9,395.68 |
| Freight | $1,073.14 | Net Book Value | $1,073.14 |
| Precast Emerald Glass Round Concrete Waste Trashcans for Norco Headquarter (Qty=9) | $4,054.05 | Net Book Value | $4,054.05 |
| Sales Tax 8.75% | $354.63 | Net Book Value | $354.63 |
| Millwork Purchasing | $13,595.40 | Net Book Value | $13,595.40 |
| FF&E Purchasing | $27,954.62 | Net Book Value | $27,954.62 |
| 3rd party Cabinets & Counters | $14,536.67 | Net Book Value | $14,536.67 |
| Millwork Installation | $13,595.40 | Net Book Value | $13,595.40 |
| FF&E Purchasing Installation | $11,181.88 | Net Book Value | $11,181.88 |
| Patio Furnishings | $1,748.57 | Net Book Value | $1,748.57 |
| 3rd party Cabinets & Counters (Final Payment) | $13,082.55 | Net Book Value | $13,082.55 |
| Stainless Steel Sink, 3 Station w/ Electronic Faucets | $2,088.80 | Net Book Value | $2,088.80 |
| Illuminated Building Logos; Address Numbers; Vehicle Directionals; Building ID's | $64,121.20 | Net Book Value | $64,121.20 |
| Executive Office Lobby Logo & Café Phrases / Installations | $25,822.51 | Net Book Value | $25,822.51 |
| Vehicle Directional Signs and Installation | $2,695.39 | Net Book Value | $2,695.39 |
| Sales Tax 8.75% | $1,449.41 | Net Book Value | $1,449.41 |
| Sign Installations | $5,688.52 | Net Book Value | $5,688.52 |
| Signs (eg. Exit, Enter, Pack Out, Emergency, Employee Entrance) | $16,564.48 | Net Book Value | $16,564.48 |
| Signs | $6,224.20 | Net Book Value | $6,224.20 |
| | | | $240,798.54 |

SCHEDULE A/B 41 ATTACHMENT
Office equipment, including all computer equipment and communication systems equipment and software

**Schedule A/B 41**

*Office equipment, including all computer equipment and communication systems equipment and software*

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 4 Doors Access Pro Control W/ TCP/Ip Reader Int For Time And Attendance Programming included w/ 50 Key Fobs | $0.06 | Net Book Value | $0.06 |
| Facility Security and Time Clock System | $0.11 | Net Book Value | $0.11 |
| Facility Security and Time Clock System | $0.08 | Net Book Value | $0.08 |
| Facility Security and Time Clock System | -$0.15 | Net Book Value | -$0.15 |
| Facility Security System | -$0.16 | Net Book Value | -$0.16 |
| Sales Tax for Lenovo Thinkpad X390 (13.3" / 8GB RAM / 512GB SSD) - Qty=20 | $534.68 | Net Book Value | $534.68 |
| Ricoh IM C4500 All-In-One Copier | $3,059.39 | Net Book Value | $3,059.39 |
| Ricoh IM C4500 All-In-One Copier (Impact Tag #55714) | $3,418.27 | Net Book Value | $3,418.27 |
| HP ProBook 450 G7 - 15.6" / 16GB RAM / 256GB SSD (Qty=20); HP ZFireFly 15 G7 - 15.6"; Cisco Meraki MS120-24P Ethernet Switch | $6,059.58 | Net Book Value | $6,059.58 |
| Lenovo Thinkbook 15-IIL (15.6" / 8GB RAM / 512GB SSD) - Qty=10  (Invoice Dated 07/29 but Received 11/03) | $3,264.42 | Net Book Value | $3,264.42 |
| Cisco Meraki Cloud Managed MS355-24X Switch; Dell Latitude 7410 - 14" (Qty=10); Lenovo ThinkCentre M710E | $7,454.27 | Net Book Value | $7,454.27 |
| Dell Latitude 5400 14" (Qty=10); HP EliteDesk 800 G5 Mini Desktop (Qty=4); Cisco Meraki MR56 Wireless Access Point (Qty=2) | $7,437.35 | Net Book Value | $7,437.35 |
| Microsoft Surface Book 2 13.5" Touchscreen (3000x2000) 2-in-1 Laptop (Qty=3) | $1,348.95 | Net Book Value | $1,348.95 |
| Sales Tax | $117.99 | Net Book Value | $117.99 |
| Sales Tax | $109.98 | Net Book Value | $109.98 |
| SentinelOne, Proofpoint, Office 365 Install | $2,850.00 | Net Book Value | $2,850.00 |
| Startech.com 2U Vertical Wall Mount Server Rack for Cabinet Switch | $94.62 | Net Book Value | $94.62 |
| Z Firefly 15 G7 I7/1.8 15 16GB 512GB | $1,063.54 | Net Book Value | $1,063.54 |
| Ricoh IM C4500 / SN: 3129M140212 | $5,238.75 | Net Book Value | $5,238.75 |
| Sales Tax | $458.38 | Net Book Value | $458.38 |
| 3 Year Extended Service Agreement | $2,790.18 | Net Book Value | $2,790.18 |
| Dell Latitude 5411 - 14" I5 8GB 256GB SSD (Qty=30) | $27,537.66 | Net Book Value | $27,537.66 |
| Managed IT Complete Care Onboarding | $6,624.93 | Net Book Value | $6,624.93 |
| Sales Tax | $2,881.08 | Net Book Value | $2,881.08 |
| Ricoh IM C4500 Copier | $5,238.75 | Net Book Value | $5,238.75 |
| Sales Tax | $458.38 | Net Book Value | $458.38 |

SCHEDULE AB 41 ATTACHMENT

Office equipment, including all computer equipment and communication systems equipment and software

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Freight | $99.58 | Net Book Value | $99.58 |
| HP Workstation Z4 G4 - Core I7 9800X X-Series 3.8Ghz 32GB RAM, 512GB SSD | $1,433.58 | Net Book Value | $1,433.58 |
| Managed IT Install Workstation Deployment | $233.26 | Net Book Value | $233.26 |
| Sales Tax | $145.73 | Net Book Value | $145.73 |
| Freight | $109.74 | Net Book Value | $109.74 |
| Microsoft Windows Server 2019 Licenses (Qty=100) | $1,851.84 | Net Book Value | $1,851.84 |
| Network Upgrade: Meraki MS225-48LP Ethernet Switch (Qty=2); CISCO - SFP+ Transceiver Module (Qty=4) | $10,886.08 | Net Book Value | $10,886.08 |
| Sales Tax | $1,043.30 | Net Book Value | $1,043.30 |
| Freight | $34.56 | Net Book Value | $34.56 |
| Sales Tax | $85.71 | Net Book Value | $85.71 |
| Zebra Direct Thermal Transfer Printer w/ Internal Rewind - 203 DPI | $979.12 | Net Book Value | $979.12 |
| 55' Vibe Electronic Board (Qty=2) | $2,717.84 | Net Book Value | $2,717.84 |
| 10082 - Laptops October 2021 | $37,297.62 | Net Book Value | $37,297.62 |
| 10044 - B1 Camera Upgrade | $1,552.47 | Net Book Value | $1,552.47 |
| 10044 - B1 Camera Upgrade | $2,156.82 | Net Book Value | $2,156.82 |
| 10064 - B4 Maintenance Area Cameras | $5,893.16 | Net Book Value | $5,893.16 |
| 10081 - B1 Main Lobby Door Release | $2,153.62 | Net Book Value | $2,153.62 |
| 10075 - CBORD Cafeteria Pay System | $16,837.98 | Net Book Value | $16,837.98 |
| 10001 - WMS RF-SMART Implementation (Warehouse Management System) | $34,296.23 | Net Book Value | $34,296.23 |
| 10001 - WMS RF-SMART Implementation (Warehouse Management System) | $4,442.44 | Net Book Value | $4,442.44 |
| 10001 - WMS RF-SMART Implementation (Warehouse Management System) | $5,091.45 | Net Book Value | $5,091.45 |
| 10001 - WMS RF-SMART Implementation (Warehouse Management System) | $1,002.94 | Net Book Value | $1,002.94 |
| 10001 - WMS RF-SMART Implementation (Warehouse Management System) | $20,881.32 | Net Book Value | $20,881.32 |
| 10001 - WMS RF-SMART Implementation (Warehouse Management System) | $4,188.27 | Net Book Value | $4,188.27 |
| 10001 - WMS RF-SMART Implementation (Warehouse Management System) | $750.42 | Net Book Value | $750.42 |
| 10001 - WMS RF-SMART Implementation (Warehouse Management System) | $11,083.54 | Net Book Value | $11,083.54 |
| 10001 - WMS RF-SMART Implementation (Warehouse Management System) | $3,024.61 | Net Book Value | $3,024.61 |

SCHEDULE AB 41 ATTACHMENT

Office equipment, including all computer equipment and communication systems equipment and software

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 10001 - WMS RF-SMART Implementation (Warehouse Management System) | $17,060.14 | Net Book Value | $17,060.14 |
| 10001 - WMS RF-SMART Implementation (Warehouse Management System) | $7,666.71 | Net Book Value | $7,666.71 |
| TSC-5010-22 22" | $2,892.52 | Net Book Value | $2,892.52 |
| Upgrade TS/TP - XX 10-22" to PCAP - P-Cap Touch Screen Upgrade | $38.88 | Net Book Value | $38.88 |
| RAM, 8GB, DDR4 | $105.00 | Net Book Value | $105.00 |
| 4771-00 ---SSD | $56.76 | Net Book Value | $56.76 |
| Windows 10 Pro | $151.64 | Net Book Value | $151.64 |
| Power Supply | $120.52 | Net Book Value | $120.52 |
| Supply Chain Surcharge | $49.46 | Net Book Value | $49.46 |
| Sales Tax | $298.87 | Net Book Value | $298.87 |
| FREIGHT | $42.76 | Net Book Value | $42.76 |
| TSC-5010-22 22" | $2,892.52 | Net Book Value | $2,892.52 |
| Upgrade TS/TP - XX 10-22" to PCAP - P-Cap Touch Screen Upgrade | $38.88 | Net Book Value | $38.88 |
| RAM, 8GB, DDR4 | $105.00 | Net Book Value | $105.00 |
| 4771-00 ---SSD | $56.76 | Net Book Value | $56.76 |
| Windows 10 Pro | $151.64 | Net Book Value | $151.64 |
| Power Supply | $120.52 | Net Book Value | $120.52 |
| Supply Chain Surcharge | $49.46 | Net Book Value | $49.46 |
| Sales Tax | $350.07 | Net Book Value | $350.07 |
| FREIGHT | $42.76 | Net Book Value | $42.76 |
| | | | $290,605.19 |

SCHEDULE A/B ATTACHMENT
Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\**

**Schedule A/B 50**
*Other machinery, fixtures, and equipment (excluding farm machinery and equipment)*

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| ATOS Capital Lease Amortization Tranch#1 (Capitalized Interests) | $89,379.89 | Net Book Value | $89,379.89 |
| ATOS Capital Lease Amortization Tranch#1 (Capitalized Interests) | $95,818.55 | Net Book Value | $95,818.55 |
| ATOS Capital Lease Amortization Tranch#2 (Capitalized Interests) | $27,201.47 | Net Book Value | $27,201.47 |
| ATOS Capital Lease Amortization Tranch#2 (Capitalized Interests) | $27,209.91 | Net Book Value | $27,209.91 |
| ATOS Capital Lease Amortization Tranch#2 (Capitalized Interests) | $26,840.79 | Net Book Value | $26,840.79 |
| ATOS Capital Lease Amortization Tranch#1 (Capitalized Interests) | $94,604.48 | Net Book Value | $94,604.48 |
| ATOS Capital Lease Amortization Tranch#1 (Capitalized Interests) | $93,378.55 | Net Book Value | $93,378.55 |
| ATOS Capital Lease Amortization Tranch#1 (Capitalized Interests) | $92,141.16 | Net Book Value | $92,141.16 |
| ATOS Capital Lease Amortization Tranch#1 (Capitalized Interests) | $90,891.86 | Net Book Value | $90,891.86 |
| ATOS Financing Equipment Purchase & Installation | $6,082,747.64 | Net Book Value | $6,082,747.64 |
| Sales Tax for ATOS Equipment | $310,324.72 | Net Book Value | $310,324.72 |
| Automate Model AM-250 Heat Induction Foil Sealer | $7,160.03 | Net Book Value | $7,160.03 |
| Refrigerated Container (8' x 20' x 8'6"H) | $24,526.20 | Net Book Value | $24,526.20 |
| Forklift - Pallet Truck w/ 27"X48" Forks - Caster & Backrest (4,000 lbs Capacity) | $1,021.58 | Net Book Value | $1,021.58 |
| Powered Pallet Truck w/ 4,000lbs Capacity | $1,517.22 | Net Book Value | $1,517.22 |
| Nobleift  - 3 Wheel Electric Rider Forklift, 3500lbs Capacity | $10,213.38 | Net Book Value | $10,213.38 |
| Munters Dehumidifier ICA-1500 w/ Software (Used) | $13,327.13 | Net Book Value | $13,327.13 |
| 2014 Crown Encore C51000-50 Forklift Vehicle | $17,748.09 | Net Book Value | $17,748.09 |
| WP 3035-45 Electric Pallet Jack 4500 lbs (Qty=2) | $6,686.60 | Net Book Value | $6,686.60 |
| Marburg Auto Cap Sealer (133141798600), Sales Tax Charged Separately | $7,071.54 | Net Book Value | $7,071.54 |
| KBF-S 1020 Humidity Test Chamber | $11,730.38 | Net Book Value | $11,730.38 |
| Thermo Scientific™ TSX Series Ultra-Low Temperature Storage Freezer | $10,521.54 | Net Book Value | $10,521.54 |
| Thermo Scientific™ Sorvall™ ST 8 Small Benchtop Centrifuge and Rotor Package | $5,478.75 | Net Book Value | $5,478.75 |
| Freezer | $3,214.23 | Net Book Value | $3,214.23 |
| 24 Channel Tablet Counter (Qty=2) | $133,473.23 | Net Book Value | $133,473.23 |
| 24 Channel Tablet Counter (Qty=2) - Final Payment | $12,857.08 | Net Book Value | $12,857.08 |
| Rotary Screw-On Bottle Chuck Capper: Main Machine | $49,607.42 | Net Book Value | $49,607.42 |
| Snorkel 19' Electric Scissor Lift S-1903 | $1,086.61 | Net Book Value | $1,086.61 |
| Construction Supplies & Materials (Construction Norco) | $2,623.80 | Net Book Value | $2,623.80 |
| Installation of Building #1 Boiler (1st Payment) | $83,036.83 | Net Book Value | $83,036.83 |
| Installation of Boiler (1st Payment) | $15,428.70 | Net Book Value | $15,428.70 |
| Installation of Boiler (Final Payment) | $15,428.70 | Net Book Value | $15,428.70 |
| AquaLab 4 TDL Tunable Diode Laser Water Activity Meter | $11,851.31 | Net Book Value | $11,851.31 |

**SCHEDULE AB 50 ATTACHMENT**

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

***CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW***

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| SevenExcellence pH Meter S400 (Qty=2) & pH Electrode InLab viscous Pro-ISM (Qty=2) | $4,341.39 | Net Book Value | $4,341.39 |
| Installation of 3 Units, Duct Work in Gardena & Norco installation - Condensing Units and Custom Coils | $285,220.21 | Net Book Value | $285,220.21 |
| Building A/C, Electrical, and Improvements | $1,347,912.77 | Net Book Value | $1,347,912.77 |
| Petra Polymers Plyurea Joint Filler | $7,431.28 | Net Book Value | $7,431.28 |
| HC2-AW-USB Water Activity Set for R&D Use Only | $5,071.60 | Net Book Value | $5,071.60 |
| Sanitech Mark-IV Sanitation System | $8,064.13 | Net Book Value | $8,064.13 |
| Cooking Kettle | $104,403.25 | Net Book Value | $104,403.25 |
| Production Equipment - Shanghai Fude | $6,291.76 | Net Book Value | $6,291.76 |
| Sigma I NEO Induction Cap Sealer | $2,526.87 | Net Book Value | $2,526.87 |
| Marburg M-6-GT Shrink Sleeve Applicator and Tunnel | $6,890.38 | Net Book Value | $6,890.38 |
| #18409 Kaps All AU6 C Bottle Unsrambler with Air | $11,253.88 | Net Book Value | $11,253.88 |
| Loma Metal Detector Checkweigher Combination Unit | $7,235.14 | Net Book Value | $7,235.14 |
| Warehouse Racking Installation - Overtime | $11,512.46 | Net Book Value | $11,512.46 |
| Warehouse Racking Installation | $689,391.31 | Net Book Value | $689,391.31 |
| Torits Donaldson Installation of Duct Work - BLDG 1 (labor and materials) | $180,122.06 | Net Book Value | $180,122.06 |
| Portacool Evaporative Cooler - 36" Fan (Qty=2) | $4,885.58 | Net Book Value | $4,885.58 |
| Kew Model 107146806 Poseidon 7-67FA, High Presure Cleaning System 5.5 GPM @2750PSI Variable | $782.40 | Net Book Value | $782.40 |
| MK-U6000PY - Industrial Inkjet Printer Yellow Ink Model | $5,474.99 | Net Book Value | $5,474.99 |
| 15 Foot Conveyor by 6" wide Plastic Belt (variable speed), Transfer Plate, RT-36A 36" Accumulation Turntable | $4,344.33 | Net Book Value | $4,344.33 |
| Push Back Rack Bldg 1 | $14,309.23 | Net Book Value | $14,309.23 |
| Evolution Machine, Film HP Palletwrap 18x6000 3"Core WXP31 | $5,541.50 | Net Book Value | $5,541.50 |
| Preowned Crown Standup Rider Reach Truck, Serial Number: 1A365556 | $10,711.50 | Net Book Value | $10,711.50 |
| Truck, Model: MV607 SBA, VIN: 1HTEUMML7LH108680 | $9,748.17 | Net Book Value | $9,748.17 |
| Truck, Model: MV607 SBA, VIN: 1HTEUMML7LH108680 | $48,489.54 | Net Book Value | $48,489.54 |
| Dispensing system(1st & 2nd Line), VMB-10L Vaccuum Emulsifying Mixer | $141,293.10 | Net Book Value | $141,293.10 |
| Modula Vertical Lift MI50D, Free Standing Structural Platform | $82,953.77 | Net Book Value | $82,953.77 |
| ZT90VSD STD□P-8.6-60-460 | $19,399.78 | Net Book Value | $19,399.78 |
| FREIGHT - COMPRESSOR | $646.84 | Net Book Value | $646.84 |
| Modula Vertical Lift MI50D, Free Standing Structural Platform | $82,953.77 | Net Book Value | $82,953.77 |
| Modula Vertical Lift MI50D, Free Standing Structural Platform | $35,968.36 | Net Book Value | $35,968.36 |
| Weighers, Check Weighers | $16,808.00 | Net Book Value | $16,808.00 |
| PACE MODEL 300CE UNSCRAMBLER #1-3, BELTORQUE CAPPER BT-IC #2-4 | $81,847.43 | Net Book Value | $81,847.43 |
| Conveyors | $172,264.44 | Net Book Value | $172,264.44 |

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\*\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Boot sole cleaning machine | $24,567.50 | Net Book Value | $24,567.50 |
| NEO2 W/SGL TP FLTR MONO | $42,723.83 | Net Book Value | $42,723.83 |
| Sales Tax | $3,689.00 | Net Book Value | $3,689.00 |
| Freight | $186.73 | Net Book Value | $186.73 |
| Eyewash, elix advantage, digital penetrometer | $79,068.37 | Net Book Value | $79,068.37 |
| Sales Tax | $6,918.42 | Net Book Value | $6,918.42 |
| Q Exactive Mass Spectrometer | $316,323.92 | Net Book Value | $316,323.92 |
| Sales Tax | $29,719.88 | Net Book Value | $29,719.88 |
| Freight | $2,520.00 | Net Book Value | $2,520.00 |
| Pumps, dual split sampler, diode array detector | $160,614.22 | Net Book Value | $160,614.22 |
| Sales Tax | $13,707.14 | Net Book Value | $13,707.14 |
| FIXED PRICE PARTS LABOR AND EXPENSE | $2,265.05 | Net Book Value | $2,265.05 |
| SevenExcellence pH meter S400 | $3,942.94 | Net Book Value | $3,942.94 |
| Sales Tax | $374.50 | Net Book Value | $374.50 |
| Freight | $63.87 | Net Book Value | $63.87 |
| DFE Collectors | $190,927.13 | Net Book Value | $190,927.13 |
| Sales Tax | $15,945.77 | Net Book Value | $15,945.77 |
| pH electrode InLab Viscous Pro-ISM | $1,155.07 | Net Book Value | $1,155.07 |
| Sales Tax | $109.76 | Net Book Value | $109.76 |
| Freight | $17.22 | Net Book Value | $17.22 |
| Air Piping | $3,060.08 | Net Book Value | $3,060.08 |
| Refrigerator, Freezer | $7,833.07 | Net Book Value | $7,833.07 |
| Sales Tax | $756.32 | Net Book Value | $756.32 |
| Freight | $127.57 | Net Book Value | $127.57 |
| Dummywest Compressor, parts and labor | $23,803.51 | Net Book Value | $23,803.51 |
| Freight | $498.50 | Net Book Value | $498.50 |
| Sales Tax | $2,296.76 | Net Book Value | $2,296.76 |
| Compressors | $53,558.48 | Net Book Value | $53,558.48 |
| Sales Tax | $4,640.74 | Net Book Value | $4,640.74 |
| Compressors | $107,117.17 | Net Book Value | $107,117.17 |
| Sales Tax | $9,281.48 | Net Book Value | $9,281.48 |
| Freight | $931.92 | Net Book Value | $931.92 |
| 6th Month Lease Dry Ice Machine | $2,661.69 | Net Book Value | $2,661.69 |
| 7th Month Lease Dry Ice Machine | $2,699.72 | Net Book Value | $2,699.72 |
| AC 4-7 Unit Replacement | $29,440.20 | Net Book Value | $29,440.20 |
| Sales Tax | $7,830.57 | Net Book Value | $7,830.57 |
| Shipping | $809.60 | Net Book Value | $809.60 |
| Transfer Conveyor A | $15,259.60 | Net Book Value | $15,259.60 |

**SCHEDULE AB 50 ATTACHMENT**
Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\*\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Transfer Conveyor B | $15,259.60 | Net Book Value | $15,259.60 |
| Transfer Conveyor C | $8,702.32 | Net Book Value | $8,702.32 |
| Transfer Conveyor D | $13,640.40 | Net Book Value | $13,640.40 |
| Transfer Conveyor E | $15,259.60 | Net Book Value | $15,259.60 |
| Transfer Conveyor F | $7,730.96 | Net Book Value | $7,730.96 |
| Transfer Conveyor G | $13,640.40 | Net Book Value | $13,640.40 |
| Installation - Change of Scope for Steam and Condensate Piping | $15,515.62 | Net Book Value | $15,515.62 |
| Sales Tax | $134.23 | Net Book Value | $134.23 |
| Frame PF_Ss 60x60 3.25H QPF | $1,160.66 | Net Book Value | $1,160.66 |
| Freight | $655.81 | Net Book Value | $655.81 |
| Ramp PF_Ss 60W 36L 3.12H (Qty=5) | $5,505.37 | Net Book Value | $5,505.37 |
| Sales Tax | $633.92 | Net Book Value | $633.92 |
| Frame PF_Ss 60x60 3.25H QPF (Qty=4) | $4,642.64 | Net Book Value | $4,642.64 |
| Freight | $318.61 | Net Book Value | $318.61 |
| Sales Tax | $441.61 | Net Book Value | $441.61 |
| Furnish & Install - Double Swing Gate | $4,271.20 | Net Book Value | $4,271.20 |
| Fabricated Aluminum Bracket for Mixer | $2,805.08 | Net Book Value | $2,805.08 |
| Sales Tax | $267.45 | Net Book Value | $267.45 |
| Fabricated Lengths of Eco Trim Stainless Steel 8 Footer; Electrical Enclosures | $5,439.09 | Net Book Value | $5,439.09 |
| Sales Tax | $557.51 | Net Book Value | $557.51 |
| Fabricated Electric Boxes (Qty=3) and Electric Cover Enclosures (Qty=20) | $5,704.35 | Net Book Value | $5,704.35 |
| Fabricated Platform & Stairs - Kitchen Area | $16,443.79 | Net Book Value | $16,443.79 |
| Sales Tax 10.25% | $1,685.56 | Net Book Value | $1,685.56 |
| Installed Electrical Conduit, Stainless Steel Bracket, and Sheet Metal & Plates | $1,965.01 | Net Book Value | $1,965.01 |
| Fabricated Stainless Steel Transition Electric Conduit & Installation | $3,382.51 | Net Book Value | $3,382.51 |
| Sales Tax | $346.78 | Net Book Value | $346.78 |
| Fabrications - Production Department's Platform | $7,314.20 | Net Book Value | $7,314.20 |
| Sales Tax | $749.80 | Net Book Value | $749.80 |
| Fabricated Stainless Steel Shaft & Gear Box | $2,404.50 | Net Book Value | $2,404.50 |
| Fabricated Platform - Change of Design | $15,728.93 | Net Book Value | $15,728.93 |
| Sales Tax 10.25% | $1,612.24 | Net Book Value | $1,612.24 |
| Sanitech MK-IV Propane Pressure Steam Cleaning Machine (Qty=3) | $21,363.69 | Net Book Value | $21,363.69 |
| (Qty: 1) Item: IC-SP10NK --- 10-gal Portable Red Spray Unit,Natural,Kalrez | $880.58 | Net Book Value | $880.58 |
| (Qty: 1) Item: LE985100 --- 1-way Ball Valve Mixing Station | $124.63 | Net Book Value | $124.63 |
| (Qty: 1) Item: LE-985300 --- 3-way Ball Valve Mixing Station | $281.32 | Net Book Value | $281.32 |
| (Qty: 2) Item: KRC-FP57202 --- Back up pumps for foamers/sprayer ($250.00 ea) | $416.70 | Net Book Value | $416.70 |

## SCHEDULE AB 50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\*\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Item: IC-FI20NK --- 20-Gallon Portable Foamer, Natural, Kalrez (one will be color coded red for acid) (Qty: 2) | $2,061.22 | Net Book Value | $2,061.22 |
| SALES TAX / PO 23060 (TAXABLE ITEMS) | $413.21 | Net Book Value | $413.21 |
| Deputy Inspection, Platform Submittals, and Submittals | $3,726.59 | Net Book Value | $3,726.59 |
| Deputy Inspection, Platform Submittals, and Submittals - Invoice Credit | -$275.94 | Net Book Value | -$275.94 |
| Generator Duct Installation | $2,864.92 | Net Book Value | $2,864.92 |
| Installed (2) 50 HP Steam Boilers and Feedwater Pump (Boiler #3 & #4) | $52,437.08 | Net Book Value | $52,437.08 |
| Installed (4) Durabala Check Valves & DFT Stainless Steel Check Valve | $2,849.66 | Net Book Value | $2,849.66 |
| Final Payment for Installation Before Permit & Plan Check Fees | $22,874.90 | Net Book Value | $22,874.90 |
| Freight | $356.35 | Net Book Value | $356.35 |
| Installation of 3 Additional Kettles w/ Piping and Pressure Reducing Station, Condensate Pump, Etc. | $51,071.79 | Net Book Value | $51,071.79 |
| Installed (2) Condensate Pumps for Production Area | $3,225.80 | Net Book Value | $3,225.80 |
| Installed Coil on Tunnel, Installing Compressor, Rewiring the System, and Repairing Leak | $27,037.48 | Net Book Value | $27,037.48 |
| Torits Donaldson Installation (Dust Collector) | $17,806.56 | Net Book Value | $17,806.56 |
| Bank Fee 3% (Credit Card Fee for the 40% Balance Due) | $2,276.24 | Net Book Value | $2,276.24 |
| Custom Built Tables & Carts (Quote QT40356) | $148,223.69 | Net Book Value | $148,223.69 |
| Freight | $11,166.61 | Net Book Value | $11,166.61 |
| Sales Tax | $12,318.34 | Net Book Value | $12,318.34 |
| Weighing Terminal IND570 (Qty=4) | $6,473.12 | Net Book Value | $6,473.12 |
| Freight | $377.81 | Net Book Value | $377.81 |
| Vesa Mount & Stand Access | $847.84 | Net Book Value | $847.84 |
| Weighing Terminal (Qty=4) and Weighing Platform (Qty=4) | $10,990.10 | Net Book Value | $10,990.10 |
| HC2-AW-USB Probe Set w/ Accessories (Qty=6) | $9,675.00 | Net Book Value | $9,675.00 |
| Freight | $56.31 | Net Book Value | $56.31 |
| L-Rix 5100 Sensor Varivent N Inline Refractometer | $6,365.66 | Net Book Value | $6,365.66 |
| Pico 3000 Analog/Digital High-Performance Transmitter for Real-Time Measurements w/ Accessories | $2,446.68 | Net Book Value | $2,446.68 |
| Sales Tax | $771.06 | Net Book Value | $771.06 |
| 48" Wide Bifilo Table w/ Local Frequency Inverter (Final Payment) | $15,117.17 | Net Book Value | $15,117.17 |
| Freight | $3,070.96 | Net Book Value | $3,070.96 |
| Sales Tax | $1,212.60 | Net Book Value | $1,212.60 |
| 48" Wide Bifilo Table w/ Local Frequency Inverter | $10,078.05 | Net Book Value | $10,078.05 |
| 8' Stainless Conveyor (220V Single Phase) | $2,692.83 | Net Book Value | $2,692.83 |
| Freight | $309.56 | Net Book Value | $309.56 |
| Sales Tax | $170.70 | Net Book Value | $170.70 |

SCHEDULE AB 50 ATTACHMENT
Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*_*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW*_*

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Credit Memo for Reinforcing the Roof Incorrectlry for the Weight of the 2 Condensing Units. | -$19,526.00 | Net Book Value | -$19,526.00 |
| ICA-2500-090-DG Dehumidifiers (Qty=2) | $188,239.08 | Net Book Value | $188,239.08 |
| Sales Tax | $16,732.44 | Net Book Value | $16,732.44 |
| ICA-2500-090-DG Dehumidifiers (Qty=2) | $50,252.18 | Net Book Value | $50,252.18 |
| Sales Tax | $4,397.18 | Net Book Value | $4,397.18 |
| ICA-2500-090-DG Dehumidifiers (Qty=2) | $109,252.54 | Net Book Value | $109,252.54 |
| ICA-2500-090-DG Dehumidifiers (Qty=2) | $100,271.04 | Net Book Value | $100,271.04 |
| Sales Tax | $8,773.62 | Net Book Value | $8,773.62 |
| Time & Materials for Project: B3380 & B3390 for Kettle Panels | $8,904.80 | Net Book Value | $8,904.80 |
| Time & Materials for Project: B3380 & B3390 for Kettle Panels | $10,119.04 | Net Book Value | $10,119.04 |
| Time & Materials for Project: B3380 & B3390 for Kitchen Main Panel; Remote Panel; Pneumatic Panel; Label | $18,541.94 | Net Book Value | $18,541.94 |
| Freight | $9,137.16 | Net Book Value | $9,137.16 |
| Stainless Steel Straight Bed Conveyor w/ Accessories | $38,402.50 | Net Book Value | $38,402.50 |
| Freight | $18,777.00 | Net Book Value | $18,777.00 |
| Stainless Steel Straight Raised-Bed Conveyor w/ Accessories | $23,370.58 | Net Book Value | $23,370.58 |
| Temperature Server | $1,962.92 | Net Book Value | $1,962.92 |
| 40GPM Distribution Skid, Install, Start Up & Training | $30,789.77 | Net Book Value | $30,789.77 |
| Freight | $785.76 | Net Book Value | $785.76 |
| Sales Tax | $2,599.91 | Net Book Value | $2,599.91 |
| Fabricated Stainless Mounting Plate w/ Pins for Easy Slider Assembly | $1,968.02 | Net Book Value | $1,968.02 |
| Sales Tax | $201.65 | Net Book Value | $201.65 |
| Fabricated Electric Boxes and Enclosures | $11,956.56 | Net Book Value | $11,956.56 |
| Fabricated L Brackets, Tube Spacer, Steel Brackets, and Sensor Brackets | $2,337.86 | Net Book Value | $2,337.86 |
| Fabricated Adaptor Gear Box and Stainless Steel Shaft | $2,705.73 | Net Book Value | $2,705.73 |
| Fabricated Electric Post | $7,478.34 | Net Book Value | $7,478.34 |
| Fabricated Electric Enclosure, Steel Electric Box, and Electric Box enclousure | $7,242.43 | Net Book Value | $7,242.43 |
| Fabricated Pump Frames and Stands | $14,101.57 | Net Book Value | $14,101.57 |
| Sales Tax Paid 10.25% | $1,445.47 | Net Book Value | $1,445.47 |
| Fabricated and Welded Brackets | $1,993.61 | Net Book Value | $1,993.61 |
| Fabricated Stainless Steel Plates, Covers, Electric Enclosures, Steel Supports | $6,209.81 | Net Book Value | $6,209.81 |
| Fabricated Stainless Steel Square Base | $5,263.07 | Net Book Value | $5,263.07 |
| Fabricated Conveyor Frames | $4,775.20 | Net Book Value | $4,775.20 |
| Sales Tax | $489.45 | Net Book Value | $489.45 |
| Fabricated Stainless Electric Box | $1,893.47 | Net Book Value | $1,893.47 |
| Fabricated Electric Adaptors and Stainless Steel Strips | $3,007.25 | Net Book Value | $3,007.25 |

SCHEDULE AB 50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Fabricated Stainless Steel Mounting Plates, Steel Spacers Extension for Conveyor | $2,726.27 | Net Book Value | $2,726.27 |
| Fabricated Stainless Steel Stand & End Cover | $1,936.01 | Net Book Value | $1,936.01 |
| Fabricated Stainless Steel Electric Cable Cases | $3,847.53 | Net Book Value | $3,847.53 |
| Sales Tax | $394.37 | Net Book Value | $394.37 |
| Fabricated Stainless Steel Support, Cat Wheels for Printer Machine, and Laser Brackets | $3,702.83 | Net Book Value | $3,702.83 |
| Sales Tax | $379.62 | Net Book Value | $379.62 |
| Fabricated Bracket for Robot Eye, Fiber Optic, Aluminum Manifold, and Air Cylinder Bracket | $4,919.90 | Net Book Value | $4,919.90 |
| Sales Tax | $504.40 | Net Book Value | $504.40 |
| Fabricated R. H. Platform with Stairs | $10,819.00 | Net Book Value | $10,819.00 |
| Sales Tax (LA County effective July 1, 2020 10.25%) | $1,108.90 | Net Book Value | $1,108.90 |
| Fabricated Platform L Shape for Kitchen | $9,638.00 | Net Book Value | $9,638.00 |
| Sales Tax (LA County effective July 1, 2020 10.25%) | $987.83 | Net Book Value | $987.83 |
| Fabricated Platform L Shape for Kitchen | $35,472.99 | Net Book Value | $35,472.99 |
| Dry Ice Machine | $2,585.63 | Net Book Value | $2,585.63 |
| Kitchen Equipment (10% Deposit) | $27,288.06 | Net Book Value | $27,288.06 |
| Kitchen Equipment (25% Progression Payment) | $68,219.94 | Net Book Value | $68,219.94 |
| Kitchen Equipment (10% Per Delivery & Start of Installation) | $27,288.06 | Net Book Value | $27,288.06 |
| Blodgett Oven (50% of Total $13,077.52) | $4,903.57 | Net Book Value | $4,903.57 |
| Kitchen Equipment for Café (Proposed $363,842.79) - Invoice #11258 & #11251 | $122,796.06 | Net Book Value | $122,796.06 |
| Freight | $526.10 | Net Book Value | $526.10 |
| Hand Sanitizer and Boot Sole Cleaning Machine | $9,873.90 | Net Book Value | $9,873.90 |
| Fabricated Stainless Steel Platform for Kitchen | $9,372.83 | Net Book Value | $9,372.83 |
| Sales Tax | $960.69 | Net Book Value | $960.69 |
| Hugger Belt Conveyor w/ Arm for Bottom Coding (Qty=2) | $6,780.99 | Net Book Value | $6,780.99 |
| Freight | $555.82 | Net Book Value | $555.82 |
| Handling Fee (Crate Included) | $717.93 | Net Book Value | $717.93 |
| Label Cover Gate Combo & Rejecting Tray on Both Sides | $30,548.85 | Net Book Value | $30,548.85 |
| Mdl-5-839H177711H - Product Guide (Infeed) | $789.57 | Net Book Value | $789.57 |
| Mdl-5-84Y204604C - USB Memory 2GB for Data Storage | $79.77 | Net Book Value | $79.77 |
| Mdl-5-84Y211494K - Reject Tray on Both Sides | $789.57 | Net Book Value | $789.57 |
| Mdl-KW4132APBC - Dual Flipper Rejector (IP30 SUS) | $3,988.16 | Net Book Value | $3,988.16 |
| Mdl-KWU2565A - RJ-I/F unit to connect to rejector | $398.85 | Net Book Value | $398.85 |
| Sales Tax | $3,202.07 | Net Book Value | $3,202.07 |
| Walchem 600 pH Controller (Building pH Monitoring & Control System) | $4,835.69 | Net Book Value | $4,835.69 |

SCHEDULE AB 50 ATTACHMENT
Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| New 7 Kitchen Systems w/ Circulation Pumps, Wearing Parts, and Double Flow Filters | $1,239,992.18 | Net Book Value | $1,239,992.18 |
| ATOS Equipment (Tranche #3) | $18,859,714.45 | Net Book Value | $18,859,714.45 |
| ATOS Smartline Equipment (Tranche #4) | $2,249,128.99 | Net Book Value | $2,249,128.99 |
| 5th Month Lease Dry Ice Machine | $2,623.66 | Net Book Value | $2,623.66 |
| Freight | $60.20 | Net Book Value | $60.20 |
| Manual Lift Truck w/ Platform, Closed Base (Qty=2) | $1,726.08 | Net Book Value | $1,726.08 |
| Sales Tax | $150.98 | Net Book Value | $150.98 |
| Fabricated Pallet Racks | $10,237.50 | Net Book Value | $10,237.50 |
| Sales Tax | $1,049.27 | Net Book Value | $1,049.27 |
| Secondary invoice credit | -$292.90 | Net Book Value | -$292.90 |
| Pallet Truck Scale (Qty=2) | $2,520.00 | Net Book Value | $2,520.00 |
| Platform Scales (Qty=6) | $3,919.59 | Net Book Value | $3,919.59 |
| Sales Tax | $774.73 | Net Book Value | $774.73 |
| Stainless Steel Lift (Qty=2) | $2,415.07 | Net Book Value | $2,415.07 |
| Pallet Trucks Scales (Qty=7) | $8,820.00 | Net Book Value | $8,820.00 |
| Sales Tax | $771.75 | Net Book Value | $771.75 |
| Cross Stack Tubs | $264.01 | Net Book Value | $264.01 |
| Sales Tax | $340.03 | Net Book Value | $340.03 |
| Steel Lift Table (Qty=3) | $3,622.50 | Net Book Value | $3,622.50 |
| Sales Tax | $317.00 | Net Book Value | $317.00 |
| Steel Lift Tables (Qty=3) | $3,622.50 | Net Book Value | $3,622.50 |
| Conveyors, separating starwheels, conduits | $51,503.53 | Net Book Value | $51,503.53 |
| Conveyors, separating starwheels, conduits | $51,503.52 | Net Book Value | $51,503.52 |
| Conveyors, separating starwheels, conduits | $51,503.51 | Net Book Value | $51,503.51 |
| Conveyors, separating starwheels, conduits | $51,503.37 | Net Book Value | $51,503.37 |
| Unscrambler, capper | $51,154.66 | Net Book Value | $51,154.66 |
| Unscrambler, capper | $51,154.68 | Net Book Value | $51,154.68 |
| Mil-work Lab | $18,341.17 | Net Book Value | $18,341.17 |
| 21-3178 8oz Jar 70mm Neck Tool Cost | $61,250.00 | Net Book Value | $61,250.00 |
| Air Freight Cost | $6,249.94 | Net Book Value | $6,249.94 |
| 21-3178 8oz Jar 70mm Neck Tool Cost | $49,000.00 | Net Book Value | $49,000.00 |
| Air Freight Cost | $4,999.98 | Net Book Value | $4,999.98 |
| 21-3178 8oz Jar 70mm Neck Tool Cost | $12,425.00 | Net Book Value | $12,425.00 |
| Air Freight Cost | $1,267.82 | Net Book Value | $1,267.82 |
| HP E57540dn / 4 Printers NORCO | $6,305.00 | Net Book Value | $6,305.00 |
| SALES TAX | $551.69 | Net Book Value | $551.69 |
| Freight, Gummy Counter | $8,577.30 | Net Book Value | $8,577.30 |

SCHEDULE AB 50 ATTACHMENT
Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\*\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Freight, Gummy Counter | $8,577.30 | Net Book Value | $8,577.30 |
| Freight, Gummy Counter | $8,577.30 | Net Book Value | $8,577.30 |
| Modula Vertical Lift MI50D, Free Standing Structural Platform | -$127,239.45 | Net Book Value | -$127,239.45 |
| Sales tax, property tax, and freight on assets for Smartline 2 (Atos) | $1,381,675.16 | Net Book Value | $1,381,675.16 |
| 10007 - Single Gummy Bear Machine | $18,393.16 | Net Book Value | $18,393.16 |
| 10009 - Gardena Clarifier Modifications | $35,132.42 | Net Book Value | $35,132.42 |
| 10013 - B1 Craig Mechanical Work | $16,327.24 | Net Book Value | $16,327.24 |
| 10013 - B1 Craig Mechanical Work | $2,824.36 | Net Book Value | $2,824.36 |
| 10030 - B1 Kitchen Project | $44,728.14 | Net Book Value | $44,728.14 |
| 10030 - B1 Kitchen Project | $51,940.92 | Net Book Value | $51,940.92 |
| 10030 - B1 Kitchen Project | $38,686.20 | Net Book Value | $38,686.20 |
| 10030 - B1 Kitchen Project | $45,376.58 | Net Book Value | $45,376.58 |
| 10030 - B1 Kitchen Project | $23,252.98 | Net Book Value | $23,252.98 |
| 10030 - B1 Kitchen Project | $22,442.68 | Net Book Value | $22,442.68 |
| 10030 - B1 Kitchen Project | $2,803.55 | Net Book Value | $2,803.55 |
| 10030 - B1 Kitchen Project | $31,765.13 | Net Book Value | $31,765.13 |
| 10030 - B1 Kitchen Project | $35,311.32 | Net Book Value | $35,311.32 |
| 10031 - B4 Kitchen GMP Project | $5,510.06 | Net Book Value | $5,510.06 |
| 10031 - B4 Kitchen GMP Project | $2,550.46 | Net Book Value | $2,550.46 |
| 10031 - B4 Kitchen GMP Project | $13,675.82 | Net Book Value | $13,675.82 |
| 10031 - B4 Kitchen GMP Project | $138.91 | Net Book Value | $138.91 |
| 10031 - B4 Kitchen GMP Project | $8,178.71 | Net Book Value | $8,178.71 |
| 10031 - B4 Kitchen GMP Project | $2,268.11 | Net Book Value | $2,268.11 |
| 10031 - B4 Kitchen GMP Project | $4,290.19 | Net Book Value | $4,290.19 |
| 10031 - B4 Kitchen GMP Project | $338.71 | Net Book Value | $338.71 |
| 10031 - B4 Kitchen GMP Project | $48.62 | Net Book Value | $48.62 |
| 10031 - B4 Kitchen GMP Project | $5,580.06 | Net Book Value | $5,580.06 |
| 10031 - B4 Kitchen GMP Project | $156.77 | Net Book Value | $156.77 |
| 10031 - B4 Kitchen GMP Project | $1,832.48 | Net Book Value | $1,832.48 |
| 10031 - B4 Kitchen GMP Project | $859.25 | Net Book Value | $859.25 |
| 10031 - B4 Kitchen GMP Project | $230.66 | Net Book Value | $230.66 |
| 10031 - B4 Kitchen GMP Project | $81.50 | Net Book Value | $81.50 |
| 10031 - B4 Kitchen GMP Project | $1,037.49 | Net Book Value | $1,037.49 |
| 10031 - B4 Kitchen GMP Project | $260.98 | Net Book Value | $260.98 |
| 10031 - B4 Kitchen GMP Project | $2,137.03 | Net Book Value | $2,137.03 |
| 10031 - B4 Kitchen GMP Project | $959.53 | Net Book Value | $959.53 |
| 10031 - B4 Kitchen GMP Project | $5,076.74 | Net Book Value | $5,076.74 |
| 10031 - B4 Kitchen GMP Project | $8,101.02 | Net Book Value | $8,101.02 |

SCHEDULE AB 50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 10031 - B4 Kitchen GMP Project | $4,553.41 | Net Book Value | $4,553.41 |
| 10031 - B4 Kitchen GMP Project | $2,231.07 | Net Book Value | $2,231.07 |
| 10031 - B4 Kitchen GMP Project | $2,059.05 | Net Book Value | $2,059.05 |
| 10031 - B4 Kitchen GMP Project | $7,067.69 | Net Book Value | $7,067.69 |
| 10031 - B4 Kitchen GMP Project | $14,812.46 | Net Book Value | $14,812.46 |
| 10031 - B4 Kitchen GMP Project | $6,945.87 | Net Book Value | $6,945.87 |
| 10031 - B4 Kitchen GMP Project | $9,697.44 | Net Book Value | $9,697.44 |
| 10031 - B4 Kitchen GMP Project | $2,690.80 | Net Book Value | $2,690.80 |
| 10031 - B4 Kitchen GMP Project | $7,901.68 | Net Book Value | $7,901.68 |
| 10031 - B4 Kitchen GMP Project | $37,870.00 | Net Book Value | $37,870.00 |
| 10031 - B4 Kitchen GMP Project | $31,855.02 | Net Book Value | $31,855.02 |
| 10031 - B4 Kitchen GMP Project | $3,308.36 | Net Book Value | $3,308.36 |
| 10031 - B4 Kitchen GMP Project | $841.38 | Net Book Value | $841.38 |
| 10032 - B1 Fencing | $1,690.92 | Net Book Value | $1,690.92 |
| 10033 - B4 Fencing | $22,834.23 | Net Book Value | $22,834.23 |
| 10037 - B1 Boot Scrubber Hardware | $2,671.36 | Net Book Value | $2,671.36 |
| 10038 - Gardena Water System Upgrade | $24,219.53 | Net Book Value | $24,219.53 |
| 10039 - B4 Water System Upgrade | $24,219.52 | Net Book Value | $24,219.52 |
| 10039 - B4 Water System Upgrade | $1,050.90 | Net Book Value | $1,050.90 |
| 10046 - B1 Scales for Batching | $3,441.34 | Net Book Value | $3,441.34 |
| 10046 - B1 Scales for Batching | $6,864.09 | Net Book Value | $6,864.09 |
| 10046 - B1 Scales for Batching | $24,197.09 | Net Book Value | $24,197.09 |
| 10046 - B1 Scales for Batching | $3,432.26 | Net Book Value | $3,432.26 |
| 10046 - B1 Scales for Batching | $3,441.69 | Net Book Value | $3,441.69 |
| 10046 - B1 Scales for Batching | $3,828.00 | Net Book Value | $3,828.00 |
| 10046 - B1 Scales for Batching | $1,816.07 | Net Book Value | $1,816.07 |
| 10046 - B1 Scales for Batching | $7,682.01 | Net Book Value | $7,682.01 |
| 10047 - B1 New Sugar Hopper | $2,793.15 | Net Book Value | $2,793.15 |
| 10055 - B1 Kettle Process Improvements | $24,012.00 | Net Book Value | $24,012.00 |
| 10065 - Gardena Shutdown Project | $49,784.53 | Net Book Value | $49,784.53 |
| 10065 - Gardena Shutdown Project | $30,441.25 | Net Book Value | $30,441.25 |
| 10065 - Gardena Shutdown Project | $40,753.13 | Net Book Value | $40,753.13 |
| 10065 - Gardena Shutdown Project | $3,031.88 | Net Book Value | $3,031.88 |
| 10065 - Gardena Shutdown Project | $5,964.00 | Net Book Value | $5,964.00 |
| 10065 - Gardena Shutdown Project | $10,567.95 | Net Book Value | $10,567.95 |
| 10065 - Gardena Shutdown Project | $2,827.17 | Net Book Value | $2,827.17 |
| 10065 - Gardena Shutdown Project | $281.69 | Net Book Value | $281.69 |
| 10065 - Gardena Shutdown Project | $4,853.90 | Net Book Value | $4,853.90 |

SCHEDULE AB 50 ATTACHMENT
Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\*\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 10065 - Gardena Shutdown Project | $4,364.75 | Net Book Value | $4,364.75 |
| 10065 - Gardena Shutdown Project | $223.42 | Net Book Value | $223.42 |
| 10065 - Gardena Shutdown Project | $26,790.71 | Net Book Value | $26,790.71 |
| 10065 - Gardena Shutdown Project | $264,254.48 | Net Book Value | $264,254.48 |
| 10065 - Gardena Shutdown Project | $10,895.15 | Net Book Value | $10,895.15 |
| 10065 - Gardena Shutdown Project | $3,930.32 | Net Book Value | $3,930.32 |
| 10065 - Gardena Shutdown Project | $30,441.25 | Net Book Value | $30,441.25 |
| 10065 - Gardena Shutdown Project | $17,395.00 | Net Book Value | $17,395.00 |
| 10065 - Gardena Shutdown Project | $8,697.50 | Net Book Value | $8,697.50 |
| 10065 - Gardena Shutdown Project | $380.32 | Net Book Value | $380.32 |
| 10065 - Gardena Shutdown Project | $7,576.77 | Net Book Value | $7,576.77 |
| 10065 - Gardena Shutdown Project | $4,728.60 | Net Book Value | $4,728.60 |
| 10065 - Gardena Shutdown Project | $2,183.25 | Net Book Value | $2,183.25 |
| 10066 - Norco B4 Shutdown Project | $58,333.38 | Net Book Value | $58,333.38 |
| 10066 - Norco B4 Shutdown Project | $30,887.50 | Net Book Value | $30,887.50 |
| 10066 - Norco B4 Shutdown Project | $3,821.63 | Net Book Value | $3,821.63 |
| 10066 - Norco B4 Shutdown Project | $10,922.44 | Net Book Value | $10,922.44 |
| 10066 - Norco B4 Shutdown Project | $75,298.34 | Net Book Value | $75,298.34 |
| 10066 - Norco B4 Shutdown Project | $216,750.84 | Net Book Value | $216,750.84 |
| 10066 - Norco B4 Shutdown Project | $2,558.30 | Net Book Value | $2,558.30 |
| 10066 - Norco B4 Shutdown Project | $5,880.00 | Net Book Value | $5,880.00 |
| 10066 - Norco B4 Shutdown Project | $4,574.96 | Net Book Value | $4,574.96 |
| 10066 - Norco B4 Shutdown Project | $10,638.28 | Net Book Value | $10,638.28 |
| 10070 - Norco GMP Temperature Monitoring | $19,055.45 | Net Book Value | $19,055.45 |
| 10070 - Norco GMP Temperature Monitoring | $26,819.65 | Net Book Value | $26,819.65 |
| 10077 - Gardena Kitchen Lift | $3,831.81 | Net Book Value | $3,831.81 |
| 10084 - New Work Platforms | $4,466.55 | Net Book Value | $4,466.55 |
| 10085 - Autocapsealer and Heat Shrink Tunnel | $27,256.41 | Net Book Value | $27,256.41 |
| Air system piping - Building 4 | $12,587.51 | Net Book Value | $12,587.51 |
| Controller | $5,221.86 | Net Book Value | $5,221.86 |
| Dehumidifiers | $57,728.03 | Net Book Value | $57,728.03 |
| Equipment Install | $52,218.63 | Net Book Value | $52,218.63 |
| Equipment Install | $3,540.26 | Net Book Value | $3,540.26 |
| Equipment Install | $6,312.34 | Net Book Value | $6,312.34 |
| Flow sensors | $11,424.98 | Net Book Value | $11,424.98 |
| Kitchen to depositor transfer (tank to fillers) 1-4 | $29,532.35 | Net Book Value | $29,532.35 |
| Pan Brake | $3,574.04 | Net Book Value | $3,574.04 |
| Racking | $47,962.49 | Net Book Value | $47,962.49 |

SCHEDULE AB 50 ATTACHMENT
Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Rail bender | $3,847.12 | Net Book Value | $3,847.12 |
| Ramp bay operator install: building 1-4 | $15,765.68 | Net Book Value | $15,765.68 |
| Sensor/Transmitter | $25,547.42 | Net Book Value | $25,547.42 |
| Thermal Insulation - Expense | $3,381.84 | Net Book Value | $3,381.84 |
| Thermal Insulation Labor | $9,764.42 | Net Book Value | $9,764.42 |
| Shanghai Fude credits from returned deposits | -$519,709.25 | Net Book Value | -$519,709.25 |
| Shanghai Fude credits from returned deposits | -$410,013.95 | Net Book Value | -$410,013.95 |
| Sales Tax | $67,252.31 | Net Book Value | $67,252.31 |
| Sales Tax | $550.97 | Net Book Value | $550.97 |
| Sales Tax | $546.70 | Net Book Value | $546.70 |
| Sales Tax | $1,554.51 | Net Book Value | $1,554.51 |
| Sales Tax | $989.29 | Net Book Value | $989.29 |
| Sales Tax | $715.24 | Net Book Value | $715.24 |
| Depositor platforms, in service - no entry necessary | $23,071.44 | Net Book Value | $23,071.44 |
| Bill credit - no entry necessary | -$1,027.92 | Net Book Value | -$1,027.92 |
| Assembly Timing Screw 400MM | $4,727.40 | Net Book Value | $4,727.40 |
| Timing Screw 400MM Irregular | $2,239.32 | Net Book Value | $2,239.32 |
| Mandrel LX 150250350 | $4,478.56 | Net Book Value | $4,478.56 |
| Freight | $103.14 | Net Book Value | $103.14 |
| Timing Screw Set | $2,940.48 | Net Book Value | $2,940.48 |
| 14 STAINLESS STEEL COVERS ($ 2,321.43 ea) | $29,404.80 | Net Book Value | $29,404.80 |
| 4 rider pallets | $33,758.80 | Net Book Value | $33,758.80 |
| 4 batteries | $10,302.16 | Net Book Value | $10,302.16 |
| 4 chargers | $10,253.96 | Net Book Value | $10,253.96 |
| Sales Tax | $4,752.59 | Net Book Value | $4,752.59 |
| Gardena, new disconnects for three kettles (Job# T1918) | $8,991.47 | Net Book Value | $8,991.47 |
| HI 6500 series Weight Processor | $13,965.00 | Net Book Value | $13,965.00 |
| Lenel access control equipment (B2 - Lab) | $57,270.49 | Net Book Value | $57,270.49 |
| Dedicated Cap Tunnel | $995.20 | Net Book Value | $995.20 |
| Dedicated Cap Assistant | $1,818.56 | Net Book Value | $1,818.56 |
| Dedicated Pick-up | $1,615.00 | Net Book Value | $1,615.00 |
| Star Wheel Change Part | $986.16 | Net Book Value | $986.16 |
| Freight | $118.65 | Net Book Value | $118.65 |
| Air Conditioner, 3400 BTU 1000W | $3,324.12 | Net Book Value | $3,324.12 |
| S.S. Enclosure 4X | $9,488.15 | Net Book Value | $9,488.15 |
| Sub Panel 72 x 60 | $443.36 | Net Book Value | $443.36 |
| 4Slot Control Logic | $350.77 | Net Book Value | $350.77 |
| Ethernet/IP Module | $2,795.66 | Net Book Value | $2,795.66 |

SCHEDULE AB 50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| CTRLR | $5,439.04 | Net Book Value | $5,439.04 |
| 24VDC PWR Supply | $1,177.62 | Net Book Value | $1,177.62 |
| Sales Tax | $2,186.80 | Net Book Value | $2,186.80 |
| (1) Install Panelboard at bottling line, etc | $3,935.68 | Net Book Value | $3,935.68 |
| Newline Equipment QQ V.01 (B2 - Lab) | $10,383.21 | Net Book Value | $10,383.21 |
| Capper machine, clorox equipment (Project - 10104) | $34,380.96 | Net Book Value | $34,380.96 |
| Pester Pack Model PEWO-Pack 450 Shrink Bundler | $29,404.80 | Net Book Value | $29,404.80 |
| Sales Tax | $2,572.95 | Net Book Value | $2,572.95 |
| Atlas Copco LV1060-155 ASME Vertical Receiver | $5,908.08 | Net Book Value | $5,908.08 |
| EPOXY PAINT | $979.88 | Net Book Value | $979.88 |
| Freight | $1,503.66 | Net Book Value | $1,503.66 |
| Sales Tax | $413.26 | Net Book Value | $413.26 |
| Sales Tax | $86.12 | Net Book Value | $86.12 |
| Sales Tax | $103.32 | Net Book Value | $103.32 |
| Crate: Material Labeler, clorox equipment (Project - 10104) | $1,402.40 | Net Book Value | $1,402.40 |
| Shipping | $2,007.15 | Net Book Value | $2,007.15 |
| Perforator, high speed | $9,787.68 | Net Book Value | $9,787.68 |
| Shipping | $347.23 | Net Book Value | $347.23 |
| Mandrel LX 150250350 Round 780CC | $3,691.44 | Net Book Value | $3,691.44 |
| Mandrel LX 150250350 Round 625CC | $3,691.44 | Net Book Value | $3,691.44 |
| Mandrel LX 150250350 Round 250CC | $3,691.44 | Net Book Value | $3,691.44 |
| Freight | $139.48 | Net Book Value | $139.48 |
| 10099 - B1 Depositor Platforms | $2,627.44 | Net Book Value | $2,627.44 |
| 10099 - B1 Depositor Platforms | $229.86 | Net Book Value | $229.86 |
| 10099 - B1 Depositor Platforms | $1,990.48 | Net Book Value | $1,990.48 |
| 10099 - B1 Depositor Platforms | $1,447.60 | Net Book Value | $1,447.60 |
| 10099 - B1 Depositor Platforms | $904.80 | Net Book Value | $904.80 |
| 10099 - B1 Depositor Platforms | $2,985.68 | Net Book Value | $2,985.68 |
| 10099 - B1 Depositor Platforms | $641.23 | Net Book Value | $641.23 |
| Portable CleanBooth | $6,512.94 | Net Book Value | $6,512.94 |
| Service; UL Listing Declaration, for Laminar Flow and Fume Hoods | $423.50 | Net Book Value | $423.50 |
| Freight | $2,281.59 | Net Book Value | $2,281.59 |
| Sales Tax | $679.32 | Net Book Value | $679.32 |
| Shaft Base Assembly with Reducers Power: 2.2kw & 4kw | $24,937.48 | Net Book Value | $24,937.48 |
| Shaft Length: 1060mm | $2,887.48 | Net Book Value | $2,887.48 |
| Freight | $4,050.00 | Net Book Value | $4,050.00 |
| 10002 - Building 2 Build Out | $7,597.47 | Net Book Value | $7,597.47 |
| 10105 - Induction Sealer Parts | $8,870.80 | Net Book Value | $8,870.80 |

SCHEDULE AB 50 ATTACHMENT
Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\*\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 10074 - B4 Fabrication Room | $7,327.08 | Net Book Value | $7,327.08 |
| 10074 - B4 Fabrication Room | $894.76 | Net Book Value | $894.76 |
| 10074 - B4 Fabrication Room | $544.30 | Net Book Value | $544.30 |
| 10074 - B4 Fabrication Room | $638.66 | Net Book Value | $638.66 |
| Freight - Equipment | $7,843.64 | Net Book Value | $7,843.64 |
| Freight - Equipment | $28,306.20 | Net Book Value | $28,306.20 |
| Yangzhou Freight | $3,817.64 | Net Book Value | $3,817.64 |
| Yangzhou Freight | $6,525.14 | Net Book Value | $6,525.14 |
| 10097 - OSHA Findings Corrections | $15,419.20 | Net Book Value | $15,419.20 |
| 10074 - B4 Fabrication Room | $7,792.12 | Net Book Value | $7,792.12 |
| 10074 - B4 Fabrication Room | $4,847.16 | Net Book Value | $4,847.16 |
| 10074 - B4 Fabrication Room | $52,787.51 | Net Book Value | $52,787.51 |
| 10104 - Clorox Equipment | $9,563.70 | Net Book Value | $9,563.70 |
| Sales Tax | $460.22 | Net Book Value | $460.22 |
| Portable CleanBooth | $6,512.94 | Net Book Value | $6,512.94 |
| Service; UL Listing Declaration, for Laminar Flow and Fume Hoods | $423.50 | Net Book Value | $423.50 |
| Freight | $2,281.92 | Net Book Value | $2,281.92 |
| Sales Tax | $795.80 | Net Book Value | $795.80 |
| Deep Reach System | $1,149,995.72 | Net Book Value | $1,149,995.72 |
| Freight | $11,504.20 | Net Book Value | $11,504.20 |
| Tax | $40,476.22 | Net Book Value | $40,476.22 |
| PALLET FLOW PERMITS | $9,332.23 | Net Book Value | $9,332.23 |
| Fabrication Stainless Platform 2' Wide X 10' Wide | $23,678.58 | Net Book Value | $23,678.58 |
| Sales Tax (8.75%) | $2,071.89 | Net Book Value | $2,071.89 |
| FABRICATION STAINLESS STEEL PLATFORM 2' WIDE X 10' WIDE | $23,678.58 | Net Book Value | $23,678.58 |
| 8.75% RIVERSIDE COUNTY | $2,071.89 | Net Book Value | $2,071.89 |
| 10008 - Change Parts for 070mm cap 8oz PET Bottle | $22,571.45 | Net Book Value | $22,571.45 |
| 10008 - Change Parts for 070mm cap 8oz PET Bottle | $168,552.15 | Net Book Value | $168,552.15 |
| 10008 - Change Parts for 070mm cap 8oz PET Bottle | $34,947.28 | Net Book Value | $34,947.28 |
| FREIGHT / BILLING ADJ FOR WEIGHT | $231.29 | Net Book Value | $231.29 |
| Machinery Boiler | $16,762.64 | Net Book Value | $16,762.64 |
| Machinery Boiler | $17,228.27 | Net Book Value | $17,228.27 |
| sales tax paid 9.5% | $7,178.52 | Net Book Value | $7,178.52 |
| sales tax paid 5.5625% | $9,080.00 | Net Book Value | $9,080.00 |
| kaps and sealer | $19,625.08 | Net Book Value | $19,625.08 |
| Rider Forklift and pallet truck | $14,915.87 | Net Book Value | $14,915.87 |
| Crown standup rider reach forklift | $9,618.50 | Net Book Value | $9,618.50 |
| 48 Volt Industrial Battery | $2,240.70 | Net Book Value | $2,240.70 |

SCHEDULE AB 50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
**CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| (440 ccvf) | $6,128.59 | Net Book Value | $6,128.59 |
| Toyota sitdown rider forklift LPG | $8,985.66 | Net Book Value | $8,985.66 |
| AC Powered Pallet Truck | $2,674.38 | Net Book Value | $2,674.38 |
| Production Equipment | $5,811.88 | Net Book Value | $5,811.88 |
| Production Equipment | $1,140.00 | Net Book Value | $1,140.00 |
| Production Equipment | $973.80 | Net Book Value | $973.80 |
| Production Equipment | $36,696.40 | Net Book Value | $36,696.40 |
| Production Equipment | $87,793.30 | Net Book Value | $87,793.30 |
| Production Equipment | $5,493.88 | Net Book Value | $5,493.88 |
| 24' W. x 40'L x 10.5' H. Stainless Steel Mezanine | $81,075.14 | Net Book Value | $81,075.14 |
| sleeve labeler $46,350.00 (inv 501608) and frieght $1640.44 (inv 502042) included | $23,424.11 | Net Book Value | $23,424.11 |
| steam tunnel and frieght included | $14,965.00 | Net Book Value | $14,965.00 |
| Warehouse equipment | $17,121.06 | Net Book Value | $17,121.06 |
| Cooking Kettles | $57,629.71 | Net Book Value | $57,629.71 |
| Cooking Kettles | $53,660.99 | Net Book Value | $53,660.99 |
| Production Equipment | $105,340.29 | Net Book Value | $105,340.29 |
| Production Equipment | $306,339.18 | Net Book Value | $306,339.18 |
| Warehouse equipment | $113,259.39 | Net Book Value | $113,259.39 |
| Air Compressor 107813778 ZT90VSD | $3,300.04 | Net Book Value | $3,300.04 |
| Freight on Air Compressor 107813778 ZT90VSD | $918.60 | Net Book Value | $918.60 |
| Building Equipment | $451.02 | Net Book Value | $451.02 |
| art number 2811500001 | $219.85 | Net Book Value | $219.85 |
| model qhp -250, 460-3-60, n4, 150,4103015962 , article # 368650911,  serial number UTF 1272d1 | $2,375.62 | Net Book Value | $2,375.62 |
| OSL install | $2,727.20 | Net Book Value | $2,727.20 |
| Fujitsu Mini Split System 20 SEER w/ Installation - Qty=4 (Bill date 08/25/16, received in 2017) - (YE TR AJE 8) | -$0.02 | Net Book Value | -$0.02 |
| Honeywell Dehumidifire, UV light - Bill date 05/22/17, Received in Sep 2017. | -$0.08 | Net Book Value | -$0.08 |
| Roll-Up Door, Qty: 3 | $10,890.14 | Net Book Value | $10,890.14 |
| Roll-Up Door, Qty: 2 | $7,998.70 | Net Book Value | $7,998.70 |
| Electrical Engineering and Design | $5,561.80 | Net Book Value | $5,561.80 |
| Installation of R30 Insulation; Drywall Installation; Concrete Demo at Norco | $76,518.08 | Net Book Value | $76,518.08 |
| Electrical Installation for Chiller & AC Unit in Production | $39,081.10 | Net Book Value | $39,081.10 |
| Electrical Installation for Packaging Room | $64,417.42 | Net Book Value | $64,417.42 |
| Electrical Installation for Kitchen | $85,561.46 | Net Book Value | $85,561.46 |
| Taping - Labor Only (May 26 thru June 5) | $6,013.44 | Net Book Value | $6,013.44 |
| Drywall Taping - New Rooms | $4,899.84 | Net Book Value | $4,899.84 |

SCHEDULE AB 50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| DryWall Taping - Phase 3 | $2,841.60 | Net Book Value | $2,841.60 |
| Door Frame Installation | $4,253.51 | Net Book Value | $4,253.51 |
| Installation Door Framing | $4,253.50 | Net Book Value | $4,253.50 |
| Parts for Door installation | $2,521.46 | Net Book Value | $2,521.46 |
| Installation of Doors | $213,671.16 | Net Book Value | $213,671.16 |
| Insulation Install in Walls and Ceiling | $3,302.40 | Net Book Value | $3,302.40 |
| Insulation Install in Walls and Ceiling | $4,800.00 | Net Book Value | $4,800.00 |
| Second Phase - Painted Two Rooms | $2,941.80 | Net Book Value | $2,941.80 |
| Third Phase - Painting | $3,096.72 | Net Book Value | $3,096.72 |
| Vendor Labor to Install Framework, Drywall, Taping | $15,483.88 | Net Book Value | $15,483.88 |
| Building Improvements | $45,311.72 | Net Book Value | $45,311.72 |
| T-Bar, Drywall and Framing labor | $6,193.44 | Net Book Value | $6,193.44 |
| T-Bar, Drywall and Framing Final Labor | $11,409.17 | Net Book Value | $11,409.17 |
| Installation Drywall, Framing | $6,193.44 | Net Book Value | $6,193.44 |
| Installation Drywall, Framing | $14,617.88 | Net Book Value | $14,617.88 |
| Cut, Demo & Haul of Concrete | $5,307.44 | Net Book Value | $5,307.44 |
| Saw Cut, Demo, Remove & Haul Debris | $4,604.81 | Net Book Value | $4,604.81 |
| Installation of Water Lines throughout Norco Campus | $26,536.66 | Net Book Value | $26,536.66 |
| Sink installation | $3,512.07 | Net Book Value | $3,512.07 |
| Norco Eyewash & Shower Install | $3,590.20 | Net Book Value | $3,590.20 |
| Norco Handwash Station Install | $9,564.99 | Net Book Value | $9,564.99 |
| Plumbing Installation | $10,634.21 | Net Book Value | $10,634.21 |
| Roll-Up Door, Qty: 8 | $74,299.84 | Net Book Value | $74,299.84 |
| Electrical Installation for Emergency Generator at Gardena; Installed New 480 Panel/Transformers/Switches/Light Locations | $51,930.56 | Net Book Value | $51,930.56 |
| Floor Installation | $5,744.16 | Net Book Value | $5,744.16 |
| Security Cameras - Temp Server for Building 4 | $2,059.58 | Net Book Value | $2,059.58 |
| Security Cameras - Warehouse pole mounts & poles | $5,672.44 | Net Book Value | $5,672.44 |
| Install Air Curtains | $14,412.00 | Net Book Value | $14,412.00 |
| Installation of Cameras, WAP's, Data Lines, and Data Racks | $39,843.25 | Net Book Value | $39,843.25 |
| Field Work Order #8 - Install Raceways for Boiler Room Compressors | $3,919.25 | Net Book Value | $3,919.25 |
| Field Work Order #9 - Invoice was Booked in QB to Create Check Payment | $10,968.50 | Net Book Value | $10,968.50 |
| Installation - Kitchen & Deposit Room Epoxy Coating Project | $37,459.96 | Net Book Value | $37,459.96 |
| 20181.01 Temporary Space - Plan Check Process - Architectural Services | $5,760.00 | Net Book Value | $5,760.00 |
| Asphalt Overlay of ~ 3,000 sq. ft. | $2,112.50 | Net Book Value | $2,112.50 |
| B4 Construction | $16,963.58 | Net Book Value | $16,963.58 |
| New Sheet Metal Enclousre - Containment Area | $2,407.26 | Net Book Value | $2,407.26 |
| Bank 1.5% Credit Card Fee Added | $62.44 | Net Book Value | $62.44 |

SCHEDULE AB ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Repaired Bay Door #3 and Installed 2 Ramp Doors (West & South) | $4,044.50 | Net Book Value | $4,044.50 |
| Sales Tax | $117.86 | Net Book Value | $117.86 |
| New 220 Power for Gummy Line & Bottle line; Condensers for Munster; Exhaust Fans | $58,148.87 | Net Book Value | $58,148.87 |
| 20181.00  Better Nutritionals  - Bldg 4 | $386.75 | Net Book Value | $386.75 |
| Painted New and Concrete Walls. | $6,153.90 | Net Book Value | $6,153.90 |
| Trenton Condensers - Time & Material for Piping Insulation, Fittings Etc. for 7 Trenton... | $54,228.12 | Net Book Value | $54,228.12 |
| Design Services for Norco Cafeteria | $2,051.23 | Net Book Value | $2,051.23 |
| Design Services for Norco Cafeteria | $2,051.23 | Net Book Value | $2,051.23 |
| Main Proposal Design Services | $8,615.46 | Net Book Value | $8,615.46 |
| Main Proposal Design Services | $2,051.23 | Net Book Value | $2,051.23 |
| Paint for Norco, CA Facility | $4,137.60 | Net Book Value | $4,137.60 |
| Field Work Order #6 - Install Circuits to Warehouse Structural Columns for Heat Machines | $8,853.38 | Net Book Value | $8,853.38 |
| Relocating Switch Leg Power from Left Side to Center of Fan | $13,250.31 | Net Book Value | $13,250.31 |
| Field Work Order #10 - Invoice was Booked in QB to Create Check Payment | $17,598.08 | Net Book Value | $17,598.08 |
| Coordination w/ Utilities, Insert New CAD Layout, Begin CAD design | $5,333.24 | Net Book Value | $5,333.24 |
| Coordination w/ Utilities, Insert New CAD Layout, Begin CAD design | $3,528.25 | Net Book Value | $3,528.25 |
| Building 1 TI - Architectural Services | $2,324.43 | Net Book Value | $2,324.43 |
| Building 1 Office TI -CD's - Architectural Services | $2,941.56 | Net Book Value | $2,941.56 |
| Building 1 Office TI -CD's Office Revisions / Lobby Rendering  - Architectural Services | $5,394.80 | Net Book Value | $5,394.80 |
| Building 1 Office TI -CD's Office Revisions / Dry Rooms  - Architectural Services | $5,694.28 | Net Book Value | $5,694.28 |
| 20060.00 TI Architectural Services | $2,226.73 | Net Book Value | $2,226.73 |
| 20060.03 BN -Building 1 Office TI - CD's Office Revisions/Dry Rooms Architectural Services | $2,075.98 | Net Book Value | $2,075.98 |
| 20060.04 BN -Building 1 Warehouse TI - CD's for Roof Upgrade Architectural Services | $21,825.65 | Net Book Value | $21,825.65 |
| 20060.00 TI Architectural Services | $2,702.25 | Net Book Value | $2,702.25 |
| 20125.00 Lab CD's Architectural Services | $5,694.28 | Net Book Value | $5,694.28 |
| 20060.05 BN -Building 1 Warehouse TI - CD's for Roof Upgrade Architectural Services | $6,268.70 | Net Book Value | $6,268.70 |
| 20125.00 Plan Check Fees | $5,593.65 | Net Book Value | $5,593.65 |
| 20125.00 Lab CD's Architectural Services | $10,069.06 | Net Book Value | $10,069.06 |
| B1 Construction | $1,214,099.43 | Net Book Value | $1,214,099.43 |
| B2 Construction | $54,428.73 | Net Book Value | $54,428.73 |

SCHEDULE AB 50 ATTACHMENT
Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| B1 Construction | $128,563.89 | Net Book Value | $128,563.89 |
| B1 Construction | $1,359,383.55 | Net Book Value | $1,359,383.55 |
| B2 Construction | $32,371.20 | Net Book Value | $32,371.20 |
| B1 Construction | $283,593.49 | Net Book Value | $283,593.49 |
| B1 Construction | $228,553.14 | Net Book Value | $228,553.14 |
| B2 Construction | $28,061.49 | Net Book Value | $28,061.49 |
| B1 Construction | $1,142,214.63 | Net Book Value | $1,142,214.63 |
| 20060.00 BN Building 1 T.I. | $84,151.66 | Net Book Value | $84,151.66 |
| Plan Check Fee - Building 1 TI | $2,991.33 | Net Book Value | $2,991.33 |
| 20060.00 BN Building 1 T.I. | $15,727.30 | Net Book Value | $15,727.30 |
| 20060.00 BN Building 1 T.I. | $20.68 | Net Book Value | $20.68 |
| B1 Construction | $214,817.82 | Net Book Value | $214,817.82 |
| B1 Construction | $1,342,934.40 | Net Book Value | $1,342,934.40 |
| B1 Construction | $2,259,681.89 | Net Book Value | $2,259,681.89 |
| BN Office TI - B1 | $81,154.05 | Net Book Value | $81,154.05 |
| BN Landlord Scope - B1 | $80,688.00 | Net Book Value | $80,688.00 |
| B1 Construction | $1,348,887.09 | Net Book Value | $1,348,887.09 |
| BN Office TI - B1 | $93,487.88 | Net Book Value | $93,487.88 |
| BN Landlord Scope - B1 | $117,282.51 | Net Book Value | $117,282.51 |
| 20060.00 - .02 BN Building 1 T.I. | $48,567.08 | Net Book Value | $48,567.08 |
| 20060.00 - .02 BN Building 1 T.I. | $32.81 | Net Book Value | $32.81 |
| 20125.00  Better Nutritionals - Building 2 - Lab CD's | $1,538.97 | Net Book Value | $1,538.97 |
| 20125.01  Better Nutritionals - Building 2 - Manufacturing CD's | $3,692.34 | Net Book Value | $3,692.34 |
| 20125.00  Better Nutritionals - Building 2 - Lab CD's | $738.51 | Net Book Value | $738.51 |
| 20060.07  Better Nutritionals - Trash Enclosure Canopies | $2,172.93 | Net Book Value | $2,172.93 |
| 20125.01  Better Nutritionals - Building 2 - Manufacturing CD's | $4,061.49 | Net Book Value | $4,061.49 |
| B1 Construction | $837,259.65 | Net Book Value | $837,259.65 |
| BN Office TI - B1 | $230,737.38 | Net Book Value | $230,737.38 |
| BN Landlord Scope - B1 | $24,091.05 | Net Book Value | $24,091.05 |
| BN Office TI - B1 | $38,769.15 | Net Book Value | $38,769.15 |
| B1 Construction | $450,689.82 | Net Book Value | $450,689.82 |
| BN Landlord Scope - B1 | $11,077.02 | Net Book Value | $11,077.02 |
| B2 Construction | $74,487.09 | Net Book Value | $74,487.09 |
| BN Office TI - B1 | $38,400.00 | Net Book Value | $38,400.00 |
| BN Landlord Scope - B1 | $38,666.62 | Net Book Value | $38,666.62 |
| B1 Construction | $429,780.12 | Net Book Value | $429,780.12 |
| BN Office TI - B1 | $85,848.45 | Net Book Value | $85,848.45 |
| B2 Construction | $622,266.75 | Net Book Value | $622,266.75 |

## SCHEDULE AB 50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

***CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW***

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| B1 Construction | $433,930.06 | Net Book Value | $433,930.06 |
| Replaced Drywall, Remove T-Bar, Installed FRP (Labor & Material Included) | $6,834.80 | Net Book Value | $6,834.80 |
| Warehouse Pole Mounts and Poles | $5,914.97 | Net Book Value | $5,914.97 |
| 20125.00 Lab CD's - Architectural Services | $7,126.17 | Net Book Value | $7,126.17 |
| 20060.06 Warehouse Roof Upgrade | $4,964.09 | Net Book Value | $4,964.09 |
| 20125.00 Lab CD's - Architectural Services & Printing | $2,196.87 | Net Book Value | $2,196.87 |
| 20125.01 Manufacturing CD's | $3,692.34 | Net Book Value | $3,692.34 |
| Kitchen Design | $2,789.74 | Net Book Value | $2,789.74 |
| 10' Wide x 10'High 415 Iso-Roll Fabric Roll-Up Right Hand Door (Qty=4) | $43,172.69 | Net Book Value | $43,172.69 |
| Freight | $1,017.40 | Net Book Value | $1,017.40 |
| Sales Tax | $3,777.60 | Net Book Value | $3,777.60 |
| Removal & Reinstallation of Steel Duct Supports Above Dry Room | $11,654.28 | Net Book Value | $11,654.28 |
| Sales Tax | $193.11 | Net Book Value | $193.11 |
| Installed Wire Ducting and Steam Piping for Compressed Air Piping to 7 Kitchen Kettles | $16,295.46 | Net Book Value | $16,295.46 |
| Make Final Connections for Compressed Air to 7 Depository Machine | $4,596.52 | Net Book Value | $4,596.52 |
| Make Final connections for Compressed Air to 3 Packaging Machines | $12,219.12 | Net Book Value | $12,219.12 |
| Depository - Installed Compressed Air Piping in Gutter System to Remainder of Depository Machines. | $2,422.96 | Net Book Value | $2,422.96 |
| Dryroom - Installed Condensates on Munser Units | $5,888.07 | Net Book Value | $5,888.07 |
| Dust Collection Room - Installed Compressed Air Piping and Final Connection to Donaldson Dust Collectors. | $3,109.81 | Net Book Value | $3,109.81 |
| Packaging Area - Installed Compressed Air Piping on Packaging Lines within Clean Room and Shipping Area. | $3,208.18 | Net Book Value | $3,208.18 |
| Traywash Room - Rework Drain Lines Under Traywash Machine to Accommodate Original Floor Sink Layout. | $1,270.96 | Net Book Value | $1,270.96 |
| Batching Areas - Installed Air Filters on Air Stubs at all Batching Locations. | $584.11 | Net Book Value | $584.11 |
| D.I. Water Skid - Installed PVC piping for D.I. Water Reserve System | $13,259.48 | Net Book Value | $13,259.48 |
| Production Kitchen Area - Installed Copper Drains on Kitchen Kettle Blow Off Valves and Pipe into Trench Drains | $1,332.52 | Net Book Value | $1,332.52 |
| Install Wiring for Added Light Fixtures on Gummy Line, Bottle Line and Kitchen / Install Breaker in Panel / Generators | $13,855.98 | Net Book Value | $13,855.98 |
| CAT6 Data Cables Installed throughout Corporate Facility | $28,093.31 | Net Book Value | $28,093.31 |
| Install 480V Power Charger; Provide 3 New Circuit to Security Operations Center | $25,686.65 | Net Book Value | $25,686.65 |
| Recircuiting Added Fixtures in Kitchen, Gummy Line and Bottling Line | $20,861.49 | Net Book Value | $20,861.49 |
| Installed Industrial Trim Plate, Additional 48 Port Patch Panels, Lines (Labor & Materials) | $112,415.12 | Net Book Value | $112,415.12 |

In re: Better Nutritionals LLC
Case No. 6:22-bk-14723-MH

SCHEDULE AB 50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Programming Roll Up Doors; Worked on Disconnects and Gutter in Gummy Line | $40,645.81 | Net Book Value | $40,645.81 |
| Added Data Line; Programming Roll Up Doors; Worked on Dock Doors, Kettle Line & Bottle Line | $26,830.71 | Net Book Value | $26,830.71 |
| Worked on Bottle Line and Sign Power | $94,404.81 | Net Book Value | $94,404.81 |
| Project: T-1813 T & M (Materials & Labor) | $46,828.97 | Net Book Value | $46,828.97 |
| Project: T-1813 T & M (Materials & Labor) | $92,061.96 | Net Book Value | $92,061.96 |
| Project: T-1813 T & M (Materials & Labor) | $43,538.37 | Net Book Value | $43,538.37 |
| Installed 480V Power for Portable Washer; Added Time Clocks & Wire Mold; Added TV Lines to Room #139 | $50,609.81 | Net Book Value | $50,609.81 |
| Ran Additional New CAT 6 lines in Building #3 Warehouse & Building #2 Electrical Room | $34,476.37 | Net Book Value | $34,476.37 |
| Worked on Gummy Line & Card Readers in Bldg #3; Data Cabinet Power in Bldg #4; and Command Center in Bldg #1 | $42,564.70 | Net Book Value | $42,564.70 |
| Torits Donaldson Installation (Dust Collector) | $16,674.51 | Net Book Value | $16,674.51 |
| Torits Donaldson Installation (Dust Collector) | $30,810.26 | Net Book Value | $30,810.26 |
| Torits Donaldson Installation (Dust Collector) | $37,718.89 | Net Book Value | $37,718.89 |
| Torits Donaldson Installation (Dust Collector) | $43,807.28 | Net Book Value | $43,807.28 |
| Torits Donaldson Installation (Dust Collector) | $43,183.57 | Net Book Value | $43,183.57 |
| Torits Donaldson Installation (Dust Collector) | $39,496.97 | Net Book Value | $39,496.97 |
| Torits Donaldson Installation (Dust Collector) | $45,430.96 | Net Book Value | $45,430.96 |
| Torits Donaldson Installation (Dust Collector) | $27,341.99 | Net Book Value | $27,341.99 |
| Torits Donaldson Installation (Dust Collector) | $14,323.59 | Net Book Value | $14,323.59 |
| Torits Donaldson Installation (Dust Collector) | $52,946.87 | Net Book Value | $52,946.87 |
| Torits Donaldson Installation (Dust Collector) | $19,056.50 | Net Book Value | $19,056.50 |
| Torits Donaldson Installation (Dust Collector) | $8,045.99 | Net Book Value | $8,045.99 |
| Torits Donaldson Installation (Dust Collector) | $16,561.29 | Net Book Value | $16,561.29 |
| Torits Donaldson Installation (Dust Collector) | $17,434.19 | Net Book Value | $17,434.19 |
| Shades for All Corporate Buildings | $9,335.97 | Net Book Value | $9,335.97 |
| Shades for All Corporate Buildings | $6,249.46 | Net Book Value | $6,249.46 |
| Installation - 1/8" Epoxy Installed in Rooms (PO AG11302020) | $254,842.98 | Net Book Value | $254,842.98 |
| Installation - 1/8" Epoxy Installed in Rooms (PO AG11302020) | $394,150.46 | Net Book Value | $394,150.46 |
| Installation - Build Epoxy Base, 14 Equipment Feet in Depositary Room #106 | $11,840.86 | Net Book Value | $11,840.86 |
| Building 1 design and composite services | $5,333.24 | Net Book Value | $5,333.24 |
| Building 1 design and composite services | $3,528.25 | Net Book Value | $3,528.25 |
| T-1813 T & M | $29,775.91 | Net Book Value | $29,775.91 |
| Repaired Receptacles on Bottle Line; Repair Electrical Signs; Bottle Line 3; and Dust Collector | $49,989.70 | Net Book Value | $49,989.70 |
| B4 Construction | $24,310.86 | Net Book Value | $24,310.86 |

**SCHEDULE AB 50 ATTACHMENT**

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\*\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Added Data and Power Locations in the Office and Warehouse Area | $5,901.13 | Net Book Value | $5,901.13 |
| Install Exhaust Duct from Existing Units | $3,975.67 | Net Book Value | $3,975.67 |
| Sales Tax | $152.99 | Net Book Value | $152.99 |
| B2 Construction | $343,867.60 | Net Book Value | $343,867.60 |
| B1 Construction | $144,232.80 | Net Book Value | $144,232.80 |
| BN Office TI - B1 | $40,220.60 | Net Book Value | $40,220.60 |
| Materials & Labor | $41,353.54 | Net Book Value | $41,353.54 |
| Building #2, #3, #4 Card Reader Cabling from Door Up and Out to Truss | $47,757.10 | Net Book Value | $47,757.10 |
| Installed New Water Boxes for Beverage Units in Breakrooms | $5,232.80 | Net Book Value | $5,232.80 |
| Finalize Piping for D.I. System and Cross System Over from the Temporary System to the Permanent System | $5,057.40 | Net Book Value | $5,057.40 |
| B4 Construction | $11,196.89 | Net Book Value | $11,196.89 |
| Hourly Time & Materials & Reimburseable Expenses | $40,363.08 | Net Book Value | $40,363.08 |
| B1 Construction | $117.10 | Net Book Value | $117.10 |
| BN Office TI - B1 | $1,103.37 | Net Book Value | $1,103.37 |
| Building 2 - Lab CDs | $3,045.60 | Net Book Value | $3,045.60 |
| 20125.01 Better Nutritionals - Building 2 - Manufacturing CD's | $3,277.20 | Net Book Value | $3,277.20 |
| B2 Construction | $106,449.25 | Net Book Value | $106,449.25 |
| B4 Construction | $36,992.74 | Net Book Value | $36,992.74 |
| B1 Construction | $1,102,785.11 | Net Book Value | $1,102,785.11 |
| BN Office TI - B1 | $28,549.59 | Net Book Value | $28,549.59 |
| B2 Construction | $29,346.17 | Net Book Value | $29,346.17 |
| Project: T-1813 T & M: Hourly Time & Materials & Reimburseable Expenses | $44,274.53 | Net Book Value | $44,274.53 |
| Project: T-1813 T & M: Hourly Time & Materials & Reimburseable Expenses | $15,853.47 | Net Book Value | $15,853.47 |
| Tenant Improvements (Consulting & Coordination; Update Overall Structure; Prep Layout and CAD Design) | $3,138.70 | Net Book Value | $3,138.70 |
| Tenant Improvements (Consulting & Coordination; Update Overall Structure; Prep Layout and CAD Design) | $3,138.70 | Net Book Value | $3,138.70 |
| Tenant Improvements (Consulting & Coordination; Update Overall Structure; Prep Layout and CAD Design) | $3,138.70 | Net Book Value | $3,138.70 |
| Tenant Improvements (Consulting & Coordination; Update Overall Structure; Prep Layout and CAD Design) | $6,144.00 | Net Book Value | $6,144.00 |
| Tenant Improvements (Consulting & Coordination; Update Overall Structure; Prep Layout and CAD Design) | $6,928.77 | Net Book Value | $6,928.77 |
| Tenant Improvements (Consulting & Coordination; Update Overall Structure; Prep Layout and CAD Design) | $7,312.77 | Net Book Value | $7,312.77 |
| Tenant Improvements (Electrical Service Upgrade) | $6,928.77 | Net Book Value | $6,928.77 |
| Tenant Improvements (Electrical Service Upgrade) | $4,173.88 | Net Book Value | $4,173.88 |

SCHEDULE AB 50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Tenant Improvements (SoCal Gas & SCE Upgrades) | $5,175.71 | Net Book Value | $5,175.71 |
| Invoice Credit | -$297.60 | Net Book Value | -$297.60 |
| Project T-1853 BN G.. - Rerun the Outside Camera and Card Reader and Installed Conduits for the Card Readers | $7,092.03 | Net Book Value | $7,092.03 |
| Project: T-1813 T & M: Hourly Time & Materials & Reimburseable Expenses | $33,045.58 | Net Book Value | $33,045.58 |
| Project: T-1839 BN Gardena: Hourly Time & Material for Outside Cameras | $939.18 | Net Book Value | $939.18 |
| Project: T-1813 T & M: Hourly Time & Materials & Reimburseable Expenses | $24,370.07 | Net Book Value | $24,370.07 |
| Project T-1853 BN G… - Hourly Time & Materials & Reimburseable Expenses | $9,545.68 | Net Book Value | $9,545.68 |
| Project: T-1813 T & M: CAT6 Cabling; Compressor Power | $30,872.94 | Net Book Value | $30,872.94 |
| Project T-1853 BN G..: Running Cables & Mounting Brackets | $4,568.17 | Net Book Value | $4,568.17 |
| Project: T-1813 T & M: Power for Maintenance | $18,639.93 | Net Book Value | $18,639.93 |
| Project T-1853 BN G..: - Running Conduit | $9,613.83 | Net Book Value | $9,613.83 |
| 20060.07  Better Nutritionals - Trash Enclosure Canopies | $5,659.92 | Net Book Value | $5,659.92 |
| 20125.01  Better Nutritionals - Building 2 - Manufacturing CD's | $10,843.76 | Net Book Value | $10,843.76 |
| Project: T-1813 T & M: 480 and 208 Power & Power for Welders | $29,756.16 | Net Book Value | $29,756.16 |
| Project T-1853 BN G..: - Running Conduits | $3,662.22 | Net Book Value | $3,662.22 |
| B1 Construction | $2,338.25 | Net Book Value | $2,338.25 |
| B4 Construction | $448.20 | Net Book Value | $448.20 |
| B2 Construction | $294,107.04 | Net Book Value | $294,107.04 |
| B4 Construction | $89,136.00 | Net Book Value | $89,136.00 |
| Piping/Power for Coffee Island | $22,484.67 | Net Book Value | $22,484.67 |
| Installation - Decorative Coating (Green & White in Reception Area) | $3,351.62 | Net Book Value | $3,351.62 |
| B1 Construction | $75,073.78 | Net Book Value | $75,073.78 |
| BN Office TI - B1 | $11,368.44 | Net Book Value | $11,368.44 |
| Project T-1813 T & M: Hourly Time & Materials & Reimburseable Expenses | $36,298.97 | Net Book Value | $36,298.97 |
| Project T-1853: Card Readers | $2,767.80 | Net Book Value | $2,767.80 |
| B4 Construction | $2,105.26 | Net Book Value | $2,105.26 |
| Gardena Clean Up - Electrical Installation at Warehouse 2, 3 & 4 | $25,312.81 | Net Book Value | $25,312.81 |
| Electrical Work on the Parking Lot Cameras at Gardena | $1,902.84 | Net Book Value | $1,902.84 |
| Installation of Cables and Fiber Patch Panels in IDF #1 & #4 | $20,732.90 | Net Book Value | $20,732.90 |
| 20125.02  Better Nutritionals - Building 2 - Lab Dryroom | $11,115.78 | Net Book Value | $11,115.78 |
| 20125.03  Better Nutritionals - Building 2  - Revised Manufacturing CD's | $35,189.33 | Net Book Value | $35,189.33 |
| B2 Construction | $230,133.59 | Net Book Value | $230,133.59 |
| B4 Construction | $34,340.63 | Net Book Value | $34,340.63 |
| B1 Construction | $74,697.30 | Net Book Value | $74,697.30 |
| Project: T-1813 T & M: Hourly Time & Materials & Reimburseable Expenses | $45,422.73 | Net Book Value | $45,422.73 |
| Installation - Prep 6,426 SqFt of Concrete & Apply 1/8" Textured Petra Polymers Epoxy Coating System | $38,986.13 | Net Book Value | $38,986.13 |

## SCHEDULE AB 50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\*\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 10040 - B1 Install Boiler DTI | $28,417.66 | Net Book Value | $28,417.66 |
| B2 Construction | $381.07 | Net Book Value | $381.07 |
| Project: T-1813 T & M: Hourly Time & Materials & Reimburseable Expenses | $29,273.14 | Net Book Value | $29,273.14 |
| Air conditioner / housing | $17,099.08 | Net Book Value | $17,099.08 |
| Project: T-1813 T & M: Hourly Time & Materials & Reimburseable Expenses | $44,348.46 | Net Book Value | $44,348.46 |
| Raise Roof Duct and Insulation | $64,626.41 | Net Book Value | $64,626.41 |
| Asphalt Overlay of ~ 4,089 sq. ft. | $2,946.61 | Net Book Value | $2,946.61 |
| 10063 - B4 Curtain Dividers | $8,869.38 | Net Book Value | $8,869.38 |
| Approved Contract Amount | $6,371.71 | Net Book Value | $6,371.71 |
| Project: T-1813 T & M: Hourly Time & Materials & Reimburseable Expenses | $42,043.65 | Net Book Value | $42,043.65 |
| Project: C-1868 BN Office TI (CHO4; CHO5; CHO7) | $30,453.26 | Net Book Value | $30,453.26 |
| 20125.03  Better Nutritionals - Building 2 - Revised Manufacturing CD's | $75,596.80 | Net Book Value | $75,596.80 |
| 20125.03  Better Nutritionals - Building 2 - Added Plumbing Roof Load Upgrade | $6,116.76 | Net Book Value | $6,116.76 |
| 10053 - Return Filter Grilles | $10,704.50 | Net Book Value | $10,704.50 |
| B2 Construction | $263,246.84 | Net Book Value | $263,246.84 |
| B4 Construction | $118,362.66 | Net Book Value | $118,362.66 |
| BN Office TI - B1 | $13,343.46 | Net Book Value | $13,343.46 |
| Project: T-1813-2 Labor | $5,271.44 | Net Book Value | $5,271.44 |
| Project: T-1813-4 Labor | $12,889.34 | Net Book Value | $12,889.34 |
| Project: T-1813 T & M: Hourly Time & Materials & Reimburseable Expenses | $9,748.80 | Net Book Value | $9,748.80 |
| B4 Construction | $36,109.90 | Net Book Value | $36,109.90 |
| BN Office TI - B1 | $150,996.92 | Net Book Value | $150,996.92 |
| 295-002 - Existing  Service Upgrade | $8,914.24 | Net Book Value | $8,914.24 |
| 295-002 - Existing  Service Upgrade | $6,171.36 | Net Book Value | $6,171.36 |
| 295-002 - Existing  Service Upgrade | $7,049.12 | Net Book Value | $7,049.12 |
| T-1858 BN GARDENA T&M | $835.64 | Net Book Value | $835.64 |
| T-1813 -4 Labor | $13,629.62 | Net Book Value | $13,629.62 |
| T-1813 -3 Labor | $1,735.72 | Net Book Value | $1,735.72 |
| T-1813 -1 Building 1 | $12,342.88 | Net Book Value | $12,342.88 |
| Install Ductwork on Temperature A/C Units | $54,320.22 | Net Book Value | $54,320.22 |
| T-1813-4 Labor | $11,924.98 | Net Book Value | $11,924.98 |
| Field Work Order #3 - Hourly Time & Material | $1,412.08 | Net Book Value | $1,412.08 |
| 10026 - Gardena Bench Scales | $8,846.65 | Net Book Value | $8,846.65 |
| 10026 - Gardena Bench Scales | $8,823.10 | Net Book Value | $8,823.10 |
| Warehouse 4C Installed Insulation and Painted | $2,958.56 | Net Book Value | $2,958.56 |
| Field Work Order #4 - Hourly Time & Material | $11,920.57 | Net Book Value | $11,920.57 |
| T-1813-1 Labor & Reimburseable Expenses | $2,998.55 | Net Book Value | $2,998.55 |
| T-1813-2 Labor | $7,457.12 | Net Book Value | $7,457.12 |

## SCHEDULE AB 50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| T-1813-2 Labor & Reimburseable Expenses | $6,178.43 | Net Book Value | $6,178.43 |
| T-1813-4 Labor & Reimburseable Expenses | $14,413.87 | Net Book Value | $14,413.87 |
| T-1813 Conduits for Kettle Upgrade | $4,868.54 | Net Book Value | $4,868.54 |
| T-1858 Labor & Reimburseable Expenses | $3,913.55 | Net Book Value | $3,913.55 |
| 20125.02  Better Nutritionals - Building 2 - Lab Dryroom | $6,084.08 | Net Book Value | $6,084.08 |
| 20125.03  Better Nutitritionals - Building 2 - Revised Manufacturing CD's | $26,614.32 | Net Book Value | $26,614.32 |
| T-1813-1 Labor & Reimburseable Expenses | $4,297.45 | Net Book Value | $4,297.45 |
| T-1813-2 Labor & Reimburseable Expenses | $5,400.00 | Net Book Value | $5,400.00 |
| T-1813-3 Labor & Reimburseable Expenses | $7,360.78 | Net Book Value | $7,360.78 |
| T-1813-4 Labor & Reimburseable Expenses | $34,813.90 | Net Book Value | $34,813.90 |
| T-1813 Reimburseable Expenses | $14,137.01 | Net Book Value | $14,137.01 |
| 10094 - B4 Demo and Replace floor sinks | $12,729.15 | Net Book Value | $12,729.15 |
| T-1858-4 Gardena Building 4 FWO #6 | $1,091.32 | Net Book Value | $1,091.32 |
| T-1858-4 Gardena Building 4 FWO #6 | $1,483.69 | Net Book Value | $1,483.69 |
| B4 Construction | $8,015.50 | Net Book Value | $8,015.50 |
| B4 Construction | $11,001.15 | Net Book Value | $11,001.15 |
| Install all metal double door in drying room; Install plywood in warehouse 4C | $1,671.45 | Net Book Value | $1,671.45 |
| B2 Construction | $318,473.55 | Net Book Value | $318,473.55 |
| 295-002 - BN Buildings 2-4 & Building 1 Existing  service upgrade | $3,805.40 | Net Book Value | $3,805.40 |
| B2 Construction | $4,324.25 | Net Book Value | $4,324.25 |
| Prep 4, 100 SF of existing coating & apply new Flowfresh 3/16" base coat | $20,813.95 | Net Book Value | $20,813.95 |
| Dry Room coating project | $11,256.65 | Net Book Value | $11,256.65 |
| 10078 - Spill Kits and Pallets | $5,826.71 | Net Book Value | $5,826.71 |
| T-1813 T & M | $518.85 | Net Book Value | $518.85 |
| T-1813-2 | $3,145.95 | Net Book Value | $3,145.95 |
| T-1813-2 Building 2 | $5,708.10 | Net Book Value | $5,708.10 |
| T-1858 BN Gardena T & M | $1,284.46 | Net Book Value | $1,284.46 |
| T-1813 T & M | $3,460.30 | Net Book Value | $3,460.30 |
| T-1813-2 Buil... | $2,549.03 | Net Book Value | $2,549.03 |
| T-1813-3 Building 3 | $1,556.70 | Net Book Value | $1,556.70 |
| T-1872 Gardena Equ. | $94,598.15 | Net Book Value | $94,598.15 |
| C-1869 (2) UPS Uni... | $20,713.45 | Net Book Value | $20,713.45 |
| C-1871 Building 3 | $122,026.35 | Net Book Value | $122,026.35 |
| T-1813 T & M | $6,284.66 | Net Book Value | $6,284.66 |
| 10084 - New Work Platforms | $5,671.51 | Net Book Value | $5,671.51 |
| T-1813-4 Building 4 | $41,413.62 | Net Book Value | $41,413.62 |
| T-1813-1 Building 1 | $7,881.15 | Net Book Value | $7,881.15 |
| T-1858-4 Building 4 | $3,113.55 | Net Book Value | $3,113.55 |

SCHEDULE AB 50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\*\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| T-1813-4 Building 4 | $14,237.85 | Net Book Value | $14,237.85 |
| T-1813-1 Building 1 | $194.55 | Net Book Value | $194.55 |
| T-1858-4 Building 4 | $7,973.42 | Net Book Value | $7,973.42 |
| T-1813-1 Building 1 | $713.55 | Net Book Value | $713.55 |
| ct: T-1813-4 Buil. | $31,681.18 | Net Book Value | $31,681.18 |
| T-1813-1 Building 1 | $3,048.60 | Net Book Value | $3,048.60 |
| T-1813-4 BUILDING 4 | $9,715.61 | Net Book Value | $9,715.61 |
| T-1858 BN GARDENA T & M | $4,458.97 | Net Book Value | $4,458.97 |
| T-1858 BUILDING 3 | $278.55 | Net Book Value | $278.55 |
| T-1858 BUILDING 4 | $1,278.86 | Net Book Value | $1,278.86 |
| T-1858 | $1,315.19 | Net Book Value | $1,315.19 |
| 20125.03  Better Nutritionals - Bldg 2 - Revised Manufacturing CD's | $23,025.16 | Net Book Value | $23,025.16 |
| 20181.00  Better Nutritionals - Bldg 4 | $207.97 | Net Book Value | $207.97 |
| B2 Construction | $218,140.30 | Net Book Value | $218,140.30 |
| Construction Reimbursement | -$788,027.72 | Net Book Value | -$788,027.72 |
| T-1813-4 Building 4 10/26; 10/27; 10/28; 10/29 | $9,309.04 | Net Book Value | $9,309.04 |
| T-1858-3 BUILDING 3 | $3,088.79 | Net Book Value | $3,088.79 |
| B3 Field Work | $196.30 | Net Book Value | $196.30 |
| Gardena T&M | $639.83 | Net Book Value | $639.83 |
| B2 Manufacturing | $3,239.81 | Net Book Value | $3,239.81 |
| T-1813-1 Building 1 W/O #43 1025; 10/28; 10/29; 10/30 | $3,240.00 | Net Book Value | $3,240.00 |
| B2 Field Work | $479.00 | Net Book Value | $479.00 |
| 295-002 - BN Buildings 2-4 & Building 1 Existing  service upgrade | $2,792.74 | Net Book Value | $2,792.74 |
| T-1858-3 | $6,938.41 | Net Book Value | $6,938.41 |
| T-1813-1 Building 1 W/O #54 11/02, 11/03, 11/05 | $4,470.94 | Net Book Value | $4,470.94 |
| T-1813-4 Building 2 W/O #54 11/01, 11/02, 11/03, 11/04, 11/05, 11/06 | $8,502.30 | Net Book Value | $8,502.30 |
| T-1886 BN GARDENA | $10,993.18 | Net Book Value | $10,993.18 |
| B2 Field Work | $1,669.04 | Net Book Value | $1,669.04 |
| B2 Field Work | $556.30 | Net Book Value | $556.30 |
| NORCO Bldg 2 Washroom Project | $21,849.60 | Net Book Value | $21,849.60 |
| Dry Room coating project | $19,593.92 | Net Book Value | $19,593.92 |
| Gardena Concrete Slab | $13,254.16 | Net Book Value | $13,254.16 |
| C-1871 BLDG 3 Low Voltage | $61,567.88 | Net Book Value | $61,567.88 |
| T-1886 BN Gardena | $19,671.39 | Net Book Value | $19,671.39 |
| T-1813-1 Bldg 1 | $10,313.97 | Net Book Value | $10,313.97 |
| T-1813-3 Bldg 3 | $6,946.32 | Net Book Value | $6,946.32 |
| T-1813 T & M | $3,340.24 | Net Book Value | $3,340.24 |
| T-1858 BN GARDENA | $4,293.43 | Net Book Value | $4,293.43 |

SCHEDULE AB 50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| B1 Field Work | $196.30 | Net Book Value | $196.30 |
| B3 Field Work | $490.96 | Net Book Value | $490.96 |
| 10066 - Norco B4 Shutdown Project | $92,801.12 | Net Book Value | $92,801.12 |
| T-1813-2 Building 2 11/15 - 11/19 | $4,516.30 | Net Book Value | $4,516.30 |
| T-1813-3 Building 3 11/15 - 1119 | $10,431.84 | Net Book Value | $10,431.84 |
| T-1858 BN GARDENA | $3,159.66 | Net Book Value | $3,159.66 |
| B1 Field Work | $1,561.59 | Net Book Value | $1,561.59 |
| Gardena Kettles Phase 2 | $1,374.52 | Net Book Value | $1,374.52 |
| B2 Construction | $737.80 | Net Book Value | $737.80 |
| B2 Construction | $4,264.07 | Net Book Value | $4,264.07 |
| Installation of Heating, Ventilation and Air Conditioning | $4,184.10 | Net Book Value | $4,184.10 |
| T-1813-1 Building 2 W/O #57 11/23 , 11/24 | $3,338.22 | Net Book Value | $3,338.22 |
| T-1813-4 Building 4 | $3,010.96 | Net Book Value | $3,010.96 |
| T-1858 Gardena | $1,968.04 | Net Book Value | $1,968.04 |
| Gardena CONTINUED Kettle | $9,976.98 | Net Book Value | $9,976.98 |
| B1 Construction | $22,069.23 | Net Book Value | $22,069.23 |
| B1 Construction | $218,239.21 | Net Book Value | $218,239.21 |
| 295-002 - BETTER NURTITIONAL Buildings 2-4 & Building 1 Existing servce upgrade | $1,453.18 | Net Book Value | $1,453.18 |
| 10046 - B1 Scales for Batching | $1,460.95 | Net Book Value | $1,460.95 |
| 10046 - B1 Scales for Batching | $14,894.28 | Net Book Value | $14,894.28 |
| BN GARDENA FWO 15 | $6,798.61 | Net Book Value | $6,798.61 |
| Building 4 GARDENA Field W/O#58 | $5,381.30 | Net Book Value | $5,381.30 |
| B2 Construction | $5,052.81 | Net Book Value | $5,052.81 |
| B2 Construction | $1,585.37 | Net Book Value | $1,585.37 |
| BN GARDENA FWO 16 | $5,342.09 | Net Book Value | $5,342.09 |
| Building 2 GARDENA W/O#59 | $792.62 | Net Book Value | $792.62 |
| Building 4 GARDENA Field W/O#59 | $1,188.93 | Net Book Value | $1,188.93 |
| T & M GARDENA | $8,749.96 | Net Book Value | $8,749.96 |
| BN GARDENA Field Work Order #5 Labor / Phase 2 | $8,719.21 | Net Book Value | $8,719.21 |
| BN Gardena W/O #1 Material | $11,505.91 | Net Book Value | $11,505.91 |
| Contract work | $1,531.65 | Net Book Value | $1,531.65 |
| B2 Construction | $76,886.50 | Net Book Value | $76,886.50 |
| B2 Construction | $296,018.41 | Net Book Value | $296,018.41 |
| 10065 - Gardena Shutdown Project | $149,583.79 | Net Book Value | $149,583.79 |
| 10065 - Gardena Shutdown Project | $5,077.43 | Net Book Value | $5,077.43 |
| 10065 - Gardena Shutdown Project | $9,498.70 | Net Book Value | $9,498.70 |
| 10065 - Gardena Shutdown Project | $65,500.23 | Net Book Value | $65,500.23 |

In re: Better Nutritionals LLC
Case No. 6:22-bk-14723-MH

SCHEDULE AB #50 ATTACHMENT

Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*\*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW\**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 10065 - Gardena Shutdown Project | $15,685.93 | Net Book Value | $15,685.93 |
| 10065 - Gardena Shutdown Project | $8,726.30 | Net Book Value | $8,726.30 |
| Sales Tax | $482.32 | Net Book Value | $482.32 |
| B2-B4 project - Existing service upgrade | $2,908.60 | Net Book Value | $2,908.60 |
| B2-B4 project - Existing service upgrade | $899.96 | Net Book Value | $899.96 |
| Roll-Up Doors | $428,365.88 | Net Book Value | $428,365.88 |
| Roll-Up Doors | $23,587.96 | Net Book Value | $23,587.96 |
| Building 1 Manufacturing Access Control Door | $4,836.61 | Net Book Value | $4,836.61 |
| Furnish and install 1" industrial water connection | $15,851.42 | Net Book Value | $15,851.42 |
| B2 Construction | $1,161,811.80 | Net Book Value | $1,161,811.80 |
| B2 Construction | $1,576,609.20 | Net Book Value | $1,576,609.20 |
| B2 Construction | $611,352.90 | Net Book Value | $611,352.90 |
| B2 Construction | $1,309,761.00 | Net Book Value | $1,309,761.00 |
| 10002 - Building 2 Build Out | $19,952.20 | Net Book Value | $19,952.20 |
| 10002 - Building 2 Build Out | $93,910.00 | Net Book Value | $93,910.00 |
| 10002 - Building 2 Build Out | $7,489.12 | Net Book Value | $7,489.12 |
| 10002 - Building 2 Build Out | $15,928.06 | Net Book Value | $15,928.06 |
| Gummy Machine/Trays/Vacuum Pumps | $287,689.00 | Net Book Value | $287,689.00 |
| 10002 - Building 2 Build Out | $13,325.25 | Net Book Value | $13,325.25 |
| Install conduit | $3,750.00 | Net Book Value | $3,750.00 |
| 10042 - Gardena Security Upgrade | $44,823.08 | Net Book Value | $44,823.08 |
| 10002 - Building 2 Build Out | $74,263.00 | Net Book Value | $74,263.00 |
| 10002 - Building 2 Build Out: Ocean freight for Hygiene station | $16,565.00 | Net Book Value | $16,565.00 |
| 10004 - B1 Tray Loader & Conveyor Automation | $3,257.06 | Net Book Value | $3,257.06 |
| 10004 - B1 Tray Loader & Conveyor Automation | $500,710.80 | Net Book Value | $500,710.80 |
| 10002 - Building 2 Build Out | $15,508.19 | Net Book Value | $15,508.19 |
| 10004 - Sales Tax | $24,096.71 | Net Book Value | $24,096.71 |
| 7 M-710iC/45m Robots | $553,500.00 | Net Book Value | $553,500.00 |
| 7 M-710iC/45m Robots | $48,431.25 | Net Book Value | $48,431.25 |
| B2 Construction | $1,313,983.48 | Net Book Value | $1,313,983.48 |
| B2 Construction | $97,480.00 | Net Book Value | $97,480.00 |
| B2 Construction | $124,121.00 | Net Book Value | $124,121.00 |
| B2 Construction | $230,000.00 | Net Book Value | $230,000.00 |
| B2 Construction | $55,232.00 | Net Book Value | $55,232.00 |
| (qty-3) PP-12 - 24-Channels (2 Nozzles) with TST HMI | $479,400.00 | Net Book Value | $479,400.00 |
| Sales Tax | $37,153.50 | Net Book Value | $37,153.50 |
| Norco B2 Access Control & Surveillance | $52,919.84 | Net Book Value | $52,919.84 |
| 15% Deposit - Gardena - access and video surveillance | $101,806.97 | Net Book Value | $101,806.97 |

SCHEDULE AB 50 ATTACHMENT
Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
*CERTAIN THIRD PARTIES MAY ASSERT OWNERSHIP INTERESTS IN ASSETS LISTED BELOW**

| General Description (Include year, make, model, and identification numbers) | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| 80% Progress - Server Storage Build To Support New Cameras | $65,208.36 | Net Book Value | $65,208.36 |
| 80% Progress - Installation And Configuration Of New Axis Cameras For Building 2 Lab | $26,714.80 | Net Book Value | $26,714.80 |
| 15% Progress - Building 2 Exterior Access Control | $12,281.18 | Net Book Value | $12,281.18 |
| B21-0018 – Pallet Flow Retrofit | $121,745.00 | Net Book Value | $121,745.00 |
| Sales Tax | $4,041.30 | Net Book Value | $4,041.30 |
| 894708 - Munters HCD-1125-SA-SFCBPS Desiccant Dehumidifier | $19,371.54 | Net Book Value | $19,371.54 |
| | | | $74,745,803.52 |

**SCHEDULE A/B 62 ATTACHMENT**
Licenses, franchises, and royalties

**Schedule A/B 62**

*Licenses, franchises, and royalties*

| General Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|
| Certification - Kashruth (Kosher) | $9,456.68 | Net Book Value | $9,456.68 |
| Certification - Annual Hemp | $14,106.58 | Net Book Value | $14,106.58 |
| Certification - Organic (Quality Certification Services & SCS Global Services) | $0.00 | Net Book Value | $0.00 |
| Certification - BRCGS Food Safety | $0.00 | Net Book Value | $0.00 |
| Certification - NSF GMP Certified | $0.00 | Net Book Value | $0.00 |
| Certification - Halal (Islamic Services of America) | $0.00 | Net Book Value | $0.00 |
| Certification - CA Department of Public Health | $0.00 | Net Book Value | $0.00 |
| Certification - US Food & Drug Administration | $0.00 | Net Book Value | $0.00 |

$23,563.26

In re: Better Nutritionals LLC
Case No. 6:22-bk-14723-MH

**Fill in this information to identify the case:**

Debtor name    **Better Nutritionals LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-RIV

Case number (if known)    **6:22-bk-14723-MH**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Aramark Services Inc**<br>Creditor's Name<br><br>**PO Box 734677**<br>**Dallas, TX 75373-4677**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All assets** | $1,487,321.24 | $1,024,925,932.55 |

Describe the lien
**Personal Property Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**12/21/21 to 9/1/22**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | | | |
|---|---|---|---|
| **2.2** **Atos IT Solutions and Services Inc**<br>Creditor's Name<br><br>**2500 Westchester Avenue Suite 300**<br>**Purchase, NY 10577**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Accounts Receivable and Proceeds thereof and Personal Property Lien** | $0.00 | $474,074.59 |

Describe the lien
**Personal Property Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**various**
Last 4 digits of account number

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

---

| 2.3 | **Sharon and Odelya Hoffman** | Describe debtor's property that is subject to a lien | **$600,000.00** | **$1,024,925,932.55** |
|---|---|---|---|---|

Creditor's Name

**117 South Royal Ascot Drive**
**Las Vegas, NV 89144**
Creditor's mailing address

**All assets**

Describe the lien
**Personal Property Lien**

**Is the creditor an insider or related party?**
- ☐ No
- ■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/19/2022**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Suitable Staffing Solutions** | Describe debtor's property that is subject to a lien | **$1,509,691.52** | **$134,866,457.00** |
|---|---|---|---|---|

Creditor's Name

**801 W Victoria Street Suite A1**
**Compton, CA 90220**
Creditor's mailing address

**Property Subject to JL-1 under CA law and JL-1**

Describe the lien
**Judgment Lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/11/2022 to 4/22/2022**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$3,597,012.76** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Aramark Services Inc**<br>**2400 Market Street**<br>**Philadelphia, PA 19103** | Line **2.1** | |
| **Aramark Services Inc**<br>**PO Box 734677**<br>**Dallas, TX 75373-4677** | Line **2.1** | |
| **Aramark Services Inc**<br>**c/o Michael Myers**<br>**Ballard Spahr LLP**<br>**1 E. Washington St. Suite 2300**<br>**Phoenix, AZ 85004** | Line **2.1** | |
| **Atos IT Solutions and Services Inc**<br>**c/o Paul Keenan**<br>**Baker & McKenzie LLP**<br>**1111 Brickell Ave #1700**<br>**Miami, FL 33131** | Line **2.2** | |
| **Atos It Solutions and Services Inc.**<br>**27071 Cabot Road**<br>**Laguna Hills, CA 92653** | Line **2.2** | |
| **Atos IT Solutions and Services, Inc**<br>**c/o Nicholas O. Kennedy, Esq.**<br>**Baker & McKenzie, LLP**<br>**1900 North Pearl Street, Suite 1500**<br>**Dallas, TX 75201** | Line **2.2** | |
| **Suitable Staffing Solutions**<br>**c/o Marshall J August**<br>**Frandzel Robins**<br>**1000 Wilshire Blvd, 19th Fl**<br>**Los Angeles, CA 90017** | Line **2.4** | |

**Fill in this information to identify the case:**

Debtor name   **Better Nutritionals LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA-RIV

Case number (if known)   **6:22-bk-14723-MH**

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**ANTON, PAUL JAMES**<br>**174 WEST LINCOLN AVE #201**<br>**ANAHEIM, CA 92805** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,192.31** $6,192.31 |
| | Date or dates debt was incurred<br>**12/20/2022** | Basis for the claim:<br>**Payroll** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | |

| **2.2** | Priority creditor's name and mailing address<br>**Ariel Guizar**<br>**21715 The Trails Circle**<br>**Murrieta, CA 92562** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,614,673.92** $15,150.00 |
|---|---|---|---|
| | Date or dates debt was incurred<br>**12/20/2022** | Basis for the claim:<br>**Payroll/Commission** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | |

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address<br>**California Dept of Tax & Fee Admin**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$103,556.25** | **$95,030.65** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**11/4/2022** | Basis for the claim:<br>**Property Tax Audit Determination** | | |
| | Last 4 digits of account number **5113**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**HOFFMAN, ODELYA**<br>**17120 S FIGUEROA STREET**<br>**GARDENA, CA 90248** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,846.16** | **$4,846.16** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/20/2022** | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**HOFFMAN, SHARON**<br>**17120 S. Figueroa Street**<br>**Gardena, CA 90248** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/20/2022** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Patrick Morin**<br>**35 Sonrisa**<br>**Irvine, CA 92620** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,153.85** | **$5,153.85** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**11/3/2022** | Basis for the claim:<br>**Payroll** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,461.54 | $6,461.54 |
|---|---|---|---|---|

**TYRE, ROGER
2016 ROBINSON ST
REDONDO BEACH, CA 90278**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/20/2022**

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A&A Pharmachem Inc
16885 W. Bernardo Drive
San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**A1 Business Group
3301 Horseless Carriage Drive
Norco, CA 92860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number __

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.00 |
|---|---|---|---|

**Absolute Fire Protection
7741 Alabama Avenue
Suite 7
Canoga Park, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number **1720**

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,280.00 |
|---|---|---|---|

**Accolade Pharma
13260 East Temple Ave.
City of Industry, CA 91746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,351.00 |
|---|---|---|---|

**Adamson Analytical Laboratories
220 Crouse Dr.
Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number __

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,123.65** |
|---|---|---|---|
| | **Advanco Fire Protection Inc.** | ☐ Contingent | |
| | **4250 E. Greystone Dr.** | ☐ Unliquidated | |
| | **Ontario, CA 91761** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,674.80** |
|---|---|---|---|
| | **AE Global** | ☐ Contingent | |
| | **c/o Jam Packaging LLC** | ☐ Unliquidated | |
| | **16301 NW 15th Ave** | ☐ Disputed | |
| | **Miami, FL 33169** | | |
| | Date(s) debt was incurred **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$294,940.00** |
|---|---|---|---|
| | **AGPE Corp** | ☐ Contingent | |
| | **21715 The Trails Circle** | ☐ Unliquidated | |
| | **Murrieta, CA 92562** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,373.42** |
|---|---|---|---|
| | **Ahern Rentals** | ☐ Contingent | |
| | **1925 Burgundy Place** | ☐ Unliquidated | |
| | **Ontario, CA 91761** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$248,260.00** |
|---|---|---|---|
| | **AIDP, INC** | ☐ Contingent | |
| | **19535 E. WALNUT DR.  S.** | ☐ Unliquidated | |
| | **City of Industry, CA 91748** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,224.72** |
|---|---|---|---|
| | **Airespring Inc** | ☐ Contingent | |
| | **1880 S. Milliken Ave** | ☐ Unliquidated | |
| | **Ontario, CA 91761** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,085.94** |
|---|---|---|---|
| | **Airgas USA, LLC** | ☐ Contingent | |
| | **1451 South Cucamonga Ave** | ☐ Unliquidated | |
| | **Ontario, CA 91761** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Alkemist Labs**
**12661 Hoover Street**
**Garden Grove, CA 92841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,840.60 |
|---|---|---|---|

**Allen Packaging**
**1150 Valencia Avenue**
**Tustin, CA 92780**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $922,663.28 |
|---|---|---|---|

**Allied Universal Security Services**
**1551 N. Tustin Avenue**
**Suite 560**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429,641.70 |
|---|---|---|---|

**Alpha Packaging Inc**
**889 E. Alvarado St. Unit G**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,566.07 |
|---|---|---|---|

**Alpma USA LLC**
**3015 West Vera Ave.**
**Milwaukee, WI 53209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,067.69 |
|---|---|---|---|

**Altium Healthcare**
**2870 Whiptail Loop**
**Carlsbad, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,412.60 |
|---|---|---|---|

**Amazon**
**440 Terry Ave**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Better Nutritionals LLC** | | Case number (*if known*) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,431.49** |
|---|---|---|---|
| | **Ameri-Seal**<br>**21330 Superior Street**<br>**Chatsworth, CA 91311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,718.57** |
|---|---|---|---|
| | **American Film & Machinery**<br>**7041 Boone Ave. N.**<br>**Brooklyn Park, MN 55428** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,249.00** |
|---|---|---|---|
| | **American Gage**<br>**1131 Richfield Rd.**<br>**Placentia, CA 92870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,010.00** |
|---|---|---|---|
| | **American Testing Lab, Inc.**<br>**5820 Oberlin Dr.**<br>**San Diego, CA 92121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,977.06** |
|---|---|---|---|
| | **American Turnkey Fabrication**<br>**9175 Milliken Avenue**<br>**Rancho Cucamonga, CA 91730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,122.10** |
|---|---|---|---|
| | **Amerikoa Ingredients**<br>**1975 Hawthorne Avenue**<br>**Melrose Park, IL 60160** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Customer Deposits** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,279,458.37** |
|---|---|---|---|
| | **Amtech Ingredients**<br>**517 Adams Avenue**<br>**Albert Lea, MN 56007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Better Nutritionals LLC**                          Case number (if known)   **6:22-bk-14723-MH**
        Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $113,011.00 |
|---|---|---|---|

**Anderson Advanced Ingredients**
**2030 Main Street Suite 430**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,685.71 |
|---|---|---|---|

**Anritsu Infivis, Inc.**
**701 Innovation Drive**
**Elk Grove, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Davidson**
**8146 Arrow Route**
**Rancho Cucamonga, CA 91730**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,927.00 |
|---|---|---|---|

**Anton Paar USA Inc**
**3115 Sandpine Trail**
**Hemet, CA 92545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,371.00 |
|---|---|---|---|

**Apera Instruments**
**32600 Los Encinos Rd.**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,746.15 |
|---|---|---|---|

**Aromatech Flavorings Inc**
**7001 McCoy Road**
**Suite 200**
**Orlando, FL 32822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number **0169**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,725.00 |
|---|---|---|---|

**Arrive Logistics, LLC**
**PO Box 207779**
**Dallas, TX 75320-7779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158,419.72 |

**Artemis International, Inc.**
**3711 Vanguard Drive**
**Fort Wayne, IN 46809**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $533,323.73 |

**ASI Doors Inc.**
**5848 N. 95th Court**
**Milwaukee, WI 53225**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,045.80 |

**Associated Packaging Inc**
**575 Anton Blvd**
**12th Floor**
**Costa Mesa, CA 92626**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,050.00 |

**Assured Audit Pest Prevention**
**PO Box 7070**
**Suprise, AZ 85374-6310**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,617.84 |

**AT&T**
**PO 6416**
**Carol Stream, IL 60197-6416**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Atago USA Inc**
**14432 SE Eastgate Way**
**Suite 450**
**Bellevue, WA 98007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,926.84 |

**Atlas Copco Compressors LLC**
**300 Technology Center Way**
**Rock Hill, SC 29730**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,058.00** |
|---|---|---|---|

**Atmos Holdings, LLC**
**701 W Jackson Blvd**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  **2007**

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$445.00** |
|---|---|---|---|

**Avico Logictic Service**
**20058 Ventura Blvd.**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Avritek**
**650 Gateway Center Way**
**San Diego, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**Axis Labs**
**423 Bussen Underground Rd**
**Saint Louis, MO 63129**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,927.61** |
|---|---|---|---|

**B&D Nutritional Ingredients**
**2870 Whiptail Loop**
**Carlsbad, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,050.00** |
|---|---|---|---|

**B&V S.R.L.**
**Via Don Minzoni 104**
**Gattatico Re Italy   42043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  **1366**

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81,257.11** |
|---|---|---|---|

**Balanced Health Botanicals LLC**
**1500 W. Hampden Avenue**
**Suite 5G**
**Englewood, CO 80110**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

**3.48**

Nonpriority creditor's name and mailing address
**Balboa Capital Corp**
**575 Anton Blvd**
**12th Floor**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.49**

Nonpriority creditor's name and mailing address
**Banc of America Leasing**
**PO Box 405874**
**Atlanta, GA 30384**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$7,289.60

---

**3.50**

Nonpriority creditor's name and mailing address
**Barr Door, Inc.**
**3333 Durahart St.**
**Riverside, CA 92507**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$138.56

---

**3.51**

Nonpriority creditor's name and mailing address
**Barrington Nutritionals**
**500 Mamaroneck Ave**
**Harrison, NY 10528**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,239.25

---

**3.52**

Nonpriority creditor's name and mailing address
**Bearings & Drives, Inc.**
**1581 N. Orangethorpe Way**
**Anaheim, CA 92801**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$10,604.42

---

**3.53**

Nonpriority creditor's name and mailing address
**Becky Vu**
**49 Kensington Court**
**Flat 4**
**London UK W8-5DB**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

$11,980.00

---

**3.54**

Nonpriority creditor's name and mailing address
**Belmark, Inc**
**600 Heritage Road**
**De Pere, WI 54115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$16,420.32

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,610.88 |

**Berkshire Corporation**
**21 River Street**
**Great Barrington, MA 01230**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,349.90 |

**Berlin Packaging, LLC**
**525 W Monroe St.**
**Chicago, IL 60661**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $181,227.19 |

**Berry Global, Inc**
**101 Oakley Street**
**Evansville, IN 47706**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,570.77 |

**BGI Worldwide Logistics, Inc.**
**2453 Lewis Avenue**
**Signal Hill, CA 90755**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bhagwati Devi Baldwa**
**c/o Tara L. Blake**
**Butler Snow LLP**
**150 3rd Ave S, #1600**
**Nashville, TN 37201**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,321.85 |

**Blake, Cassels & Graydon LLP**
**199 Bay Street**
**Commerce Court West, UT M5L1A9**

Date(s) debt was incurred  **various**

Last 4 digits of account number  **7799**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109,264.58 |

**Brothers Freight Management, LLC**
**PO Box 1179**
**Locust, NC 28097**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,709,426.29** |
|---|---|---|---|

**BRS Beyond Resource Solutions, Inc**
**1475 South State College Blvd**
**Suite 116**
**Anaheim, CA 92806**

Date(s) debt was incurred  **various**

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,085.87** |
|---|---|---|---|

**Bulletproof 360 Inc**
**1012 1st Avenue**
**Suite 300**
**Seattle, WA 98104**

Date(s) debt was incurred  **various**

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,573.19** |
|---|---|---|---|

**Bykowski Equipment Co**
**12360 East End Avenue**
**Chino, CA 91710**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,030,025.50** |
|---|---|---|---|

**Caliber Construction Inc**
**240 North Orange Ave**
**Brea, CA 92821**

Date(s) debt was incurred  **various**

Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00** |
|---|---|---|---|

**California Fence Company**
**14060 Deepwater Bend Rd**
**Corona, CA 92880**

Date(s) debt was incurred  **various**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,073.08** |
|---|---|---|---|

**California Fuels & Lubricants**
**11621 Westminster Ave**
**Garden Grove, CA 92843**

Date(s) debt was incurred  **various**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,637.50** |
|---|---|---|---|

**California Natural Color**
**P.O. Box 1130**
**Modesto, CA 95353**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,035.63 |
|---|---|---|---|

**Cameron Welding Supply**
**11061 DALE ST**
**STANTON, CA 90680**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,997.16 |
|---|---|---|---|

**Canopy Growth USA LLC**
**35715 US Hwy 40**
**Suites 101-104**
**Evergreen, CO 80439**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Canseco Boiler Services**
**8641 Whitaker St**
**Buena Vista, CA 90621**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273.00 |
|---|---|---|---|

**Cantamar Int'l**
**22 Via Pelayo**
**Rancho Santa Margarita, CA 92688**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,001.04 |
|---|---|---|---|

**Canyon Plastics, Inc**
**P.O Box 398342**
**San Francisco, CA 94139**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,617,428.99 |
|---|---|---|---|

**Capital One**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,011,446.58 |
|---|---|---|---|

**Capitol Food Company**
**12836 Alondra Blvd**
**Cerritos, CA 90703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,683.50 |
|---|---|---|---|
| | **Capol LLC**<br>**707 Lake Cook Rd**<br>**Suite 320**<br>**Deerfield, IL 60015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,205.43 |
|---|---|---|---|
| | **Captain Pallets, Inc.**<br>**19744 El Rivino Road**<br>**Riverside, CA 92509** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $458.50 |
|---|---|---|---|
| | **Carlson Gaskey and Olds**<br>**400 West Maple**<br>**Suite 350**<br>**Birmingham, MI 48009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205,675.59 |
|---|---|---|---|
| | **CAS Biosciences LLC**<br>**1501 Broadway**<br>**12th Floor**<br>**New York, NY 10036** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Customer Deposits** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |
|---|---|---|---|
| | **CBD Industries LLC**<br>**8845 Red Oak Blvd.**<br>**Charlotte, NC 28217** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Customer Deposits** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $730.59 |
|---|---|---|---|
| | **Centian LLC**<br>**6511 Creedmoor Rd**<br>**Suite 206**<br>**Raleigh, NC 27613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,678.36 |
|---|---|---|---|
| | **Certified Laboratories**<br>**65 Marcus Drive**<br>**Melville, NY 11747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,169,188.98** |
|---|---|---|---|

**Charlotte's Web**
**2425 55th Street**
**Suite 200**
**Boulder, CO 80301**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,534.97** |
|---|---|---|---|

**Cigna Healthcare**
**5476 Collection Center Drive**
**Chicago, IL 60693**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$526,574.79** |
|---|---|---|---|

**Cintas Corp**
**301 Heffernan Drive**
**West Haven, CT 06516**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,777.56** |
|---|---|---|---|

**Ciranda, Inc**
**708 2nd Street**
**Hudson, WI 54016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$794,274.01** |
|---|---|---|---|

**Citistaff Solutions, Inc.**
**Attn Legal Dept/Slater & Assoc**
**1111 W. Town & Country Rd**
**Suite 30**
**Orange, CA 92868**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number  **N500**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,863.49** |
|---|---|---|---|

**City of Norco Utility Billing Div**
**2870 Clark Avenue**
**Norco, CA 92860**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Utilities**

Last 4 digits of account number  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,092.38** |
|---|---|---|---|

**Clean Harbors Environmental Services**
**6920 Sycamore Canyon Blvd**
**Riverside, CA 92507**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number  **4951**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560,834.00 |
|---|---|---|---|

**Clorox/Natures Products**
**1301 Sawgradd Corporate Prkwy**
**Fort Lauderdale, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,150.00 |
|---|---|---|---|

**CMA CGM (America) LLC**
**5701 Lake Wright Drive**
**Norfolk, VA 23502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**CMACGM**
**West Basin Coast Terminals**
**Pier Pass**
**5701 Lake Wright Drive**
**Norfolk, VA 23502**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,440.00 |
|---|---|---|---|

**Coastal Pallet Solutions**
**1900 Jennie Lane**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,281.25 |
|---|---|---|---|

**Cold Jet LLC**
**455 Wards Corner Rd.**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,470.21 |
|---|---|---|---|

**Cole-Parmer Instrument Company, LLC**
**625 E. Bunker Court**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,013.00 |
|---|---|---|---|

**Concentra Medical Centers**
**1201 Tallevast Road**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,268.97 |
|---|---|---|---|
| | **Constantia Blythewood, LLC** | ☐ Contingent | |
| | **1111 Northpoint Blvd** | ☐ Unliquidated | |
| | **Blythewood, SC 29016** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,714.64 |
|---|---|---|---|
| | **Container and Packaging** | ☐ Contingent | |
| | **PO Box 405874** | ☐ Unliquidated | |
| | **Atlanta, GA 30384-5874** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,000.45 |
|---|---|---|---|
| | **Contemporary Htng & Air Condition** | ☐ Contingent | |
| | **1750 East Miraloma Avenue** | ☐ Unliquidated | |
| | **Placentia, CA 92870** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Conveyor & Automation Technologies** | ■ Contingent | |
| | **c/o Oren D. Saltzman** | ■ Unliquidated | |
| | **Adelberg Rudow, et. al** | ■ Disputed | |
| | **7 St. Paul St. #600** | | |
| | **Baltimore, MD 21202** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,175.00 |
|---|---|---|---|
| | **Conveyor MFG and Service Inc.** | ☐ Contingent | |
| | **771 Marylind Ave.** | ☐ Unliquidated | |
| | **Claremont, CA 91711** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.25 |
|---|---|---|---|
| | **Corridor Recycling Inc** | ☐ Contingent | |
| | **22500 S Alameda Street** | ☐ Unliquidated | |
| | **Long Beach, CA 90810** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.68 |
|---|---|---|---|
| | **County Sanitation Districts** | ☐ Contingent | |
| | **of Los Angeles County** | ☐ Unliquidated | |
| | **1955 Workman Mill Rd** | ☐ Disputed | |
| | **Whittier, CA 90601** | | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number **2270** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79,185.00** |
|---|---|---|---|

**Covco (H.K) Limited**
**c/o PIP Global Holdings Inc**
**Attn: Amer A. Latif**
**25 British American Blvd.**
**Latham, NY 12110**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,950.00** |
|---|---|---|---|

**Craig Mechanical, Inc.**
**6770-A Central Ave.**
**Riverside, CA 92504**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,058.40** |
|---|---|---|---|

**Crane Rental Service, Inc**
**1901 W. Collins Ave**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  **T005**

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Creditors Adjustment Bureau**
**c/o Eric J. Jun**
**4340 Fulton Avenue**
**3rd Floor**
**Sherman Oaks, CA 91423**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$117,145.48** |
|---|---|---|---|

**Crown Equipment Corp**
**1600 Golf Road #1200**
**Rolling Meadows, IL 60008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CRPF IV HCD LLC**
**c/o Caprock Partners**
**1300 Dove Street**
**Suite 200**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Commercial Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,196.06** |
|---|---|---|---|

**Culligan of Ontario**
**1210 N Swift Rd**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $614,138.24 |
|---|---|---|---|
| | **Custom Ingredients Inc**<br>**aka Custom Flavors**<br>**160 Calle Iglesia**<br>**San Clemente, CA 92672** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,721.11 |
|---|---|---|---|
| | **CVC Technologies Inc**<br>**10861 Business Drive**<br>**Fontana, CA 92337** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,972.55 |
|---|---|---|---|
| | **Da Tar Container Company Inc**<br>**17813 S Main Street**<br>**Suite 122**<br>**Gardena, CA 90248** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,683.00 |
|---|---|---|---|
| | **Dakota Backflow Company**<br>**1700 Jersey Blvd**<br>**Suite 130**<br>**Rancho Cucamonga, CA 91730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,296.47 |
|---|---|---|---|
| | **Datasite LLC**<br>**733 S Marquette Ave**<br>**Suite 600**<br>**Minneapolis, MN 55402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,737.50 |
|---|---|---|---|
| | **David Kreizinger**<br>**183 Kingswood**<br>**Irvine, CA 92620-0299** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,601.51 |
|---|---|---|---|
| | **De Lage Landen Financial Services**<br>**PO Box 41602**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Diversified Landscape Co**<br>**21730 Bundy Canyon Rd**<br>**Wildomar, CA 92595** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315,488.77 |
|---|---|---|---|
| | **DLA Piper LLP (US)**<br>**60 Hazelwood Dr**<br>**Champaign, IL 61820-7460** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $526.43 |
|---|---|---|---|
| | **Domino Amjet, Inc.**<br>**1290 Lakeside Drive**<br>**Gurnee, IL 60031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number **8181** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $542.43 |
|---|---|---|---|
| | **Dunn-Edwards Corporation**<br>**2101 Gaither Road**<br>**Rockville, MD 20850** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.10 |
|---|---|---|---|
| | **Dyad Laboratories**<br>**1945 S Fermont Drive**<br>**Salt Lake City, UT 84104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Easy Hers Raters**<br>**1318 W. 130th Street**<br>**Compton, CA 90222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.95 |
|---|---|---|---|
| | **Eat Your Grummies LLC**<br>**dba Grummies**<br>**100 Crosby Street**<br>**Suite 506**<br>**New York, NY 10002** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Customer Deposits** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **eClair Health LLC**<br>**9604 NE126th Ave**<br>**Vancouver, WA 98682** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,125.00 |
|---|---|---|---|
| | **EF OVERWATCH LLC**<br>**3316 Bee Cave Road**<br>**Austin, TX 78746** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,795.54 |
|---|---|---|---|
| | **ELC Packaging Machine Company LLC**<br>**1201 Tallevast Road**<br>**Sarasota, FL 34243** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,632.60 |
|---|---|---|---|
| | **Electric Car Sales Service**<br>**2850 Cherry Ave.**<br>**Long Beach, CA 90807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,681.70 |
|---|---|---|---|
| | **Element Fire & Safety**<br>**517 Adams Ave.**<br>**Albert Lea, MN 56007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.09 |
|---|---|---|---|
| | **Employers Choice Online, Inc.**<br>**13210 Florence Ave**<br>**Santa Fe Springs, CA 90670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Employment Development Dept**<br>**Bankruptcy Group MIC 92E**<br>**PO Box 82680**<br>**Sacramento, CA 94280-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,375.00** |
|---|---|---|---|

**Enthalpy Analytical, LLC**
**1 Park Plaza**
**Irvine, CA 92614**

Date(s) debt was incurred **various**
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$153.99** |
|---|---|---|---|

**Environmental Treatment & Technology, In**
**3275 Walnut Avenue**
**Signal Hill, CA 90755**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,500.00** |
|---|---|---|---|

**Espinoza Construction**
**3843 1/2 Percy St.**
**Los Angeles, CA 90023**

Date(s) debt was incurred **various**
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,804.00** |
|---|---|---|---|

**Eurofins Botanical Testing Inc.**
**1900 Polaris Parkway**
**Columbus, OH 43240**

Date(s) debt was incurred **various**
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,017.62** |
|---|---|---|---|

**Exim Engineering, Inc.**
**200 E. Winston Road**
**Anaheim, CA 92806**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$601,931.25** |
|---|---|---|---|

**Fanuc America Corporation**
**3900 W. Hamlin Road**
**Rochester Hills, MI 48309**

Date(s) debt was incurred **various**
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,205.42** |
|---|---|---|---|

**Fastenal Company**
**2001 Theurer Blvd**
**Winona, MN 55987**

Date(s) debt was incurred **various**
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,202.31** |
| | **Fedex**<br>**PO Box 7221**<br>**Pasadena, CA 91109-7321** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,027.22** |
| | **Ferguson**<br>**P.O Box 41602**<br>**Philadelphia, PA 19101-1602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,513.39** |
| | **Ferrellgas**<br>**1500 Spring Garden Street**<br>**4th Floor**<br>**Philadelphia, PA 19130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,465.00** |
| | **Fifth Nutrisupply**<br>**4951 Holt Blvd**<br>**Montclair, CA 91763** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,300.00** |
| | **Fine Light Entertainment**<br>**2034 Holly Drive**<br>**Los Angeles, CA 90068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$110,095.23** |
| | **First Insurance Funding**<br>**1000 Campus DR**<br>**Collegeville, PA 19426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,224.50** |
| | **Fisher & Phillips LLP**<br>**435 Calvert Drive**<br>**Gallatin, TN 37066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,414.78 |
|---|---|---|---|
| | **Fisher Scientific Company, LLC**<br>**300 Industry Drive**<br>**Pittsburgh, PA 15275** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,363.09 |
|---|---|---|---|
| | **Flag Solutions LLC**<br>**PO Box 399172**<br>**San Francisco, CA 94139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,931.34 |
|---|---|---|---|
| | **Foley & Lardner, LLP**<br>**777 East Wisconsin Ave**<br>**Milwaukee, WI 53202-5306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,101.73 |
|---|---|---|---|
| | **Food Microbiological Laboratories**<br>**10653 Progress Way**<br>**Cypress, CA 90630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,578.92 |
|---|---|---|---|
| | **Foodarom USA Inc.**<br>**5525 West 1730 South**<br>**Salt Lake City, UT 84104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,187.84 |
|---|---|---|---|
| | **Foodchain ID, Inc**<br>**504 N. 4th St.**<br>**Fairfield, IA 52556** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,610.00 |
|---|---|---|---|
| | **Fords Packaging Systems Limited**<br>**305B E 4th Street**<br>**Benton, KY 42025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,215.14 |
|---|---|---|---|
| | **Fortis Solutions Group LLC**<br>**2505 Hawkeye CT**<br>**Virginia Beach, VA 23452** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,670.00 |
|---|---|---|---|
| | **Forwardfarma**<br>**5585 Brooks St**<br>**Montclair, CA 91763** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,374.16 |
|---|---|---|---|
| | **Franchise Tax Board**<br>**Bankruptcy Section M A 340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Taxes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $446,900.00 |
|---|---|---|---|
| | **Frutarom USA**<br>**5404 Duff Drive**<br>**Cincinnati, OH 45246** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $344.00 |
|---|---|---|---|
| | **FutureCeuticals**<br>**300 W. Sixth Street**<br>**Momence, IL 60954** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,593.75 |
|---|---|---|---|
| | **G&G Construction**<br>**2177 W. Victoria Ave**<br>**Anaheim, CA 92804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $993,760.39 |
|---|---|---|---|
| | **Gadot America Inc.**<br>**One International Blvd**<br>**Suite 407**<br>**Manwah, NJ 07495** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Better Nutritionals LLC**
Name

Case number (if known)    **6:22-bk-14723-MH**

---

**3.160**  Nonpriority creditor's name and mailing address

**Gannett Fleming, Inc.**
**207 Senate Ave**
**Camp Hill, PA 17011-2316**

Date(s) debt was incurred **various**

Last 4 digits of account number **3624**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$23,317.48

---

**3.161**  Nonpriority creditor's name and mailing address

**Garcia Zaragoza**
**c/o Angel D. Pluas**
**Milon Pluas LLP**
**909 East Green St.**
**Pasadena, CA 91106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.162**  Nonpriority creditor's name and mailing address

**Gencanna**
**435 E. Washington Street**
**Winchester, KY 40391**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$800.00

---

**3.163**  Nonpriority creditor's name and mailing address

**Gencanna Global USA Inc**
**435 E. Washington Street**
**Winchester, KY 40391**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

$800.00

---

**3.164**  Nonpriority creditor's name and mailing address

**Gillco Ingredients Inc**
**1701 La Costa Meadows Drive**
**San Marcos, CA 92078**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$68,367.00

---

**3.165**  Nonpriority creditor's name and mailing address

**Givaudan Flavors Corp**
**1199 Edison Dr**
**Cincinnati, OH 45216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166**  Nonpriority creditor's name and mailing address

**Glanbia Nutritionals**
**227 W Monroe St Suite 5100**
**Chicago, IL 60606**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$77,581.27

---

| Debtor | **Better Nutritionals LLC** | | Case number *(if known)* | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.167** | Nonpriority creditor's name and mailing address
**Global Industrial**
**29833 Network Place**
**Chicago, IL 60673-1298**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$2,469.33**

---

**3.168** | Nonpriority creditor's name and mailing address
**Globaltranz Enterprises, LLC**
**PO Box 30015**
**Salt Lake City, UT 84130**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$193,720.00**

---

**3.169** | Nonpriority creditor's name and mailing address
**GLT Transportation Group, LLC**
**10 Canal St**
**Miami, FL 33166**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$6,630.75**

---

**3.170** | Nonpriority creditor's name and mailing address
**GM Plumbing & Drain Serv**
**PO Box 60**
**Nuevo, CA 92567**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,548.00**

---

**3.171** | Nonpriority creditor's name and mailing address
**GNT USA, LLC**
**660 White Plains Rd.**
**Tarrytown, NY 10591**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$126,519.44**

---

**3.172** | Nonpriority creditor's name and mailing address
**Gold Coast Ingredients**
**2365 NE Hopkins Ct,**
**Pullman, WA 99163**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,185.15**

---

**3.173** | Nonpriority creditor's name and mailing address
**Golden State Water Co**
**630 East Foothill Avenue**
**South El Monte, CA 91733**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$4,977.88**

---

| Debtor | **Better Nutritionals LLC** | Case number *(if known)* | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

**3.174**

**Nonpriority creditor's name and mailing address**

**Goli Nutrition Inc
Canada 1 W Mnt Sq
Suite 1500
H3Z2P9
Montreal QC, GA 30000**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.175**

**Nonpriority creditor's name and mailing address**

**Golo LLC
c/o Kevin D. Rising
Barnes & Thornburg LLP
2029 CPE, Suite 300
Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176**

**Nonpriority creditor's name and mailing address**

**Grainger
708 2nd Street
Hudson, WI 54016**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$113,274.32**

---

**3.177**

**Nonpriority creditor's name and mailing address**

**Green Gorilla
7080 Hollywood
Suite 1100
Los Angeles, CA 90028**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$1,553.62**

---

**3.178**

**Nonpriority creditor's name and mailing address**

**Green Wave Ingredients, Inc.
14821 Northam St.
La Mirada, CA 90638**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$18,680.00**

---

**3.179**

**Nonpriority creditor's name and mailing address**

**GRM Inf Mgmt Serv of CA
215 Coles Street
Jersey City, NJ 07310**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,916.50**

---

**3.180**

**Nonpriority creditor's name and mailing address**

**Guy Warden and Sons
16626 Parkside Ave
Cerritos, CA 90703**

Date(s) debt was incurred **various**

Last 4 digits of account number **3962**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$635.23**

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.181** | Nonpriority creditor's name and mailing address
**H3 Plastics, LLC**
**PO Box 632**
**American Fork, UT 84003**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$5,611.60

---

**3.182** | Nonpriority creditor's name and mailing address
**Hapag Lloyd (America) LLC**
**5515 Spalding Drive**
**Peachtree Corners, GA 30092**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$130.00

---

**3.183** | Nonpriority creditor's name and mailing address
**HappyOrNot Americas Inc.**
**1690 S Congress Ave.**
**Delray Beach, FL 33445**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$9,838.90

---

**3.184** | Nonpriority creditor's name and mailing address
**Hedrick Fire Protection**
**13309 Central Ave**
**Chino, CA 91710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$380.00

---

**3.185** | Nonpriority creditor's name and mailing address
**Herbstreith & Fox, Inc.**
**570 Taxter Road**
**Elmsford, NY 10523**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$425,593.75

---

**3.186** | Nonpriority creditor's name and mailing address
**Hildebrand Industry AG**
**Marksteinstrasse 2**
**Felben-Wellhausen**
**Switzerland 8552**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$16,469.50

---

**3.187** | Nonpriority creditor's name and mailing address
**Hollywood Delivery Service, Inc**
**2828 South Willow Ave**
**Bloomington, CA 92316**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$122.18

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,708.56** |
|---|---|---|---|

**HolyMary, Inc**
2629 Townsgate Rd
Suite #235
Westlake Village, CA 91361

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,706.17** |
|---|---|---|---|

**Hygiena Marketing, LLC**
941 Avenida Acaso
Camarillo, CA 93012

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,508.06** |
|---|---|---|---|

**IFM Efector, Inc**
1100 Atwater Drive
Malvern, PA 19355

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number  **0857**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$186,295.97** |
|---|---|---|---|

**Impact LA, LLC**
75 Remittance Drive
Chicago, IL 60745

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,185.84** |
|---|---|---|---|

**Industrial Metal Supply**
8300 San Fernando Road
Sun Valley, CA 91352

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,636.10** |
|---|---|---|---|

**Industrial Repair Service Inc**
2650 Business Drive
Cumming, GA 30028

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,752.39** |
|---|---|---|---|

**Industrial Safety Shoe Company**
1421 E. 1st Street
Santa Ana, CA 92701

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,553.75 |
|---|---|---|---|

**Informa Exhibitions, LLC**
**101 Paramount Drive**
**Sarasote, FL 34232**

Date(s) debt was incurred **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,876.93 |
|---|---|---|---|

**Information and Computing Services, Inc.**
**3563 Philips Highway, Suite F-601**
**Jacksonville, FL 32207**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $575,070.09 |
|---|---|---|---|

**Ingredion Incorporated**
**PO Box 742206**
**Los Angeles, CA 90074**

Date(s) debt was incurred **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,266.81 |
|---|---|---|---|

**Intelligence Packaging Equipment**
**5492 Stagecoach Ct.**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

**International Inbond Logistics**
**1425 Corporate Center Dr**
**Suite 300-500**
**San Diego, CA 92154**

Date(s) debt was incurred **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,916.00 |
|---|---|---|---|

**International Wood Pallet, Inc.**
**17021  S. Figueroa St**
**Gardena, CA 90248**

Date(s) debt was incurred **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**IRI Property Inc**
**321 E Gardena Blvd.**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,192.99 |
|---|---|---|---|

**Iron Mountain**
**701 E Carson St**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**
Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,059,137.45 |
|---|---|---|---|

**J. Rettenmaier USA LP**
**16369 US 131 Highway**
**Schoolcraft, MI 49087**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **various**
Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,550.20 |
|---|---|---|---|

**Jaesco Mfg & Maintenance**
**2416 E 52nd St.**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**
Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,280.22 |
|---|---|---|---|

**JB3D**
**731 N. Main Street**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**
Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.61 |
|---|---|---|---|

**JC Arc Tech**
**261 Suburban Ave**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**
Last 4 digits of account number **NALS**

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,924.00 |
|---|---|---|---|

**Jedwards International, Inc.**
**141 Campanelli Drive**
**Braintree, MA 02184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**
Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

**3.209** | Nonpriority creditor's name and mailing address

**Jennifer Contreras**
**c/o Nazo Koulloukian**
**3435 Wilshire Blvd**
**Suite 1710**
**Los Angeles, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.210** | Nonpriority creditor's name and mailing address

**Jenny Elizabeth Garcia**
**2027 W. Court St.**
**Los Angeles, CA 90026**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.211** | Nonpriority creditor's name and mailing address

**Jesco Electric, Inc.**
**22562 Avenida Empresa**
**Rncho Snta Mrgrita, CA 92688**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$211,354.40**

---

**3.212** | Nonpriority creditor's name and mailing address

**Jiaherb Inc**
**1 Chapin Road**
**Pine Brook, NJ 07058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,433.05**

---

**3.213** | Nonpriority creditor's name and mailing address

**JMJ Sanitation Cleaning**
**3631 E. List Pl**
**Huntington Park, CA 90255**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.214** | Nonpriority creditor's name and mailing address

**Jost Chemical Co**
**8150 Lackland Road**
**Saint Louis, MO 63114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215** | Nonpriority creditor's name and mailing address

**JPR Systems, Inc.**
**305 N. Berry Street**
**Brea, CA 92821**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$17,151.24**

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,010.12 |
|---|---|---|---|

**K&L Butcher Supply, Inc.**
**PO Box 67**
**Corona, CA 92878-0067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,789.99 |
|---|---|---|---|

**Kadenwood**
**450 Newport Center Drive**
**Suite 550**
**Newport Beach, CA 92660**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,860.50 |
|---|---|---|---|

**Kaps-All Packaging Systems**
**200 Mill Road**
**Riverhead, NY 11901-3125**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367,000.00 |
|---|---|---|---|

**KC Global Network**
**20501 Ventura Blvd**
**Woodland Hills, CA 91364**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,547.39 |
|---|---|---|---|

**Kerry Ingredients & Flavours**
**3400 Millington Road**
**BELOIT, WI 53511**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,409.99 |
|---|---|---|---|

**Ketan Automated Equipment, Inc.**
**455 Birch Street**
**Ontario, CA 92530**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,018.33 |
|---|---|---|---|

**Keyence Corporation**
**669 River Drive**
**Elmwood, NJ 07407**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Better Nutritionals LLC** | | Case number *(if known)* | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.223** | Nonpriority creditor's name and mailing address
**Kinsley Incorporated**
**901 Cross Keys Drive**
**Doylestown, PA 18901**

Date(s) debt was incurred **various**
Last 4 digits of account number **ETTE**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,750.00**

---

**3.224** | Nonpriority creditor's name and mailing address
**Klean Sweep Parking Lot Service**
**A-806**
**8th Floor Privilion**
**GUJARAT, Inda 38005-0000**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,170.00**

---

**3.225** | Nonpriority creditor's name and mailing address
**Koi CBD LLC**
**14631 Best Avenue**
**Norwalk, CA 90650**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$175,650.35**

---

**3.226** | Nonpriority creditor's name and mailing address
**L.A. ARENA FUNDING LLC**
**1111 SOUTH FIGUEROA ST**
**SUITE 3100**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,026,250.00**

---

**3.227** | Nonpriority creditor's name and mailing address
**L.A.County Dept of Public Wrks**
**PO Box 1460**
**Alhambra, CA 91802**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$241.10**

---

**3.228** | Nonpriority creditor's name and mailing address
**LA County Dept of Public Health**
**PO Box 54978**
**Los Angeles, CA 90054-0978**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$37.00**

---

**3.229** | Nonpriority creditor's name and mailing address
**Labofine**
**5600 Trans-Canada Hwy**
**Pointe-Claire, Canada**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,523.50**

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

**3.230** | Nonpriority creditor's name and mailing address
**Labor Law Center, Inc**
**3501 West Garry Avenue**
**Santa Ana, CA 92704**

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$344.87**

---

**3.231** | Nonpriority creditor's name and mailing address
**Lalos Catering Company**
**1821 W. 213th Street**
**Torrance, CA 90501**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,515.50**

---

**3.232** | Nonpriority creditor's name and mailing address
**Larios Repair Services**
**LRS Equipment Corp**
**917 West Rosecrans Ave**
**Compton, CA 90222**

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,715.61**

---

**3.233** | Nonpriority creditor's name and mailing address
**Life Insurance Co**
**30 Hudson Street**
**22nd Floor**
**Jersey City, NJ 07302**

Date(s) debt was incurred  **various**

Last 4 digits of account number  **5094**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,418.26**

---

**3.234** | Nonpriority creditor's name and mailing address
**Lipond International, Inc**
**2061 S. Lynx Place**
**Ontario, CA 91760**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$475.00**

---

**3.235** | Nonpriority creditor's name and mailing address
**Liquid Bottles**
**3165 Lakewood Ranch Blvd**
**Suite 112**
**Bradenton, FL 34211**

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,150.00**

---

**3.236** | Nonpriority creditor's name and mailing address
**LO BOSCO, ROSARIO**
**2016 ROBINSON ST**
**REDONDO BEACH, CA 90278**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Los Angeles County Tax Collector**
PO Box 54110
Los Angeles, CA 90054-0018

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,375.00 |
|---|---|---|---|

**Love Wellness**
166 Crosby Street
Suite 201
New York, NY 10012

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,127,713.89 |
|---|---|---|---|

**LS Link Co Ltd**
Unit 208A 25/F
Bnk of America Twr
12 Harcourt Road
Central Hong Kong

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,480.00 |
|---|---|---|---|

**Luxent, Inc.**
30262 Crown Valley
Parkway
Laguna Niguel, CA 92677

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $379,500.00 |
|---|---|---|---|

**LYCORED CORP**
33 Industrial Parkway
Branchburg, NJ 08876

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.10 |
|---|---|---|---|

**M.T. Mobile Field Services**
PO Box 1012
Torrance, CA 90505

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Macias Kumagai PC**
1901 Avenue of the Stars
Suite 200
Los Angeles, CA 90067

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number *(if known)* | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,510.00**

**Major, Lindsey & Africa, LLC**
**7301 Parkway Drive**
**Handover, MD 21076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$585.77**

**Mallory Safety & Supply LLC**
**1040 Industrial Way**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,111.01**

**Marburg Industries, Inc.**
**1207 Activity Drive**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Marlene Clemente**
**c/o Rose Sorial**
**Rastegar Law Group**
**22760 Hawthorne Blvd #200**
**Torrance, CA 90505**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Marta Lidia Magana de Alarcon**
**c/o Joseph Lavi**
**Lavi & Ebrahami**
**8889 West Olympic #200**
**Beverly Hills, CA 90211**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,453.80**

**MaryRuth LLC**
**1171 S Robertson Blvd.**
**Suite148**
**Los Angeles, CA 90035**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Customer Deposits**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,126.35**

**MBC Holdings PTR**
**26 Valleyview Drive**
**Morrisville, PA 19067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | |
|---|---|---|---|---|
| 3.251 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **MCC Premium Label Solutions** | | ☐ Contingent | |
| | **1530 Morse Avenue** | | ☐ Unliquidated | |
| | **Elk Grove Village, IL 60007** | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.252 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **McClane Global Logistics** | | ■ Contingent | |
| | **c/o Cindy Hickox** | | ■ Unliquidated | |
| | **Stalwart Law Group** | | ■ Disputed | |
| | **8752 Holloway Drive** | | | |
| | **West Hollywood, CA 90069** | | | |
| | Date(s) debt was incurred _ | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.253 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$2,843.85** |
| | **McFadden-Dale Industrial Hardware** | | ☐ Contingent | |
| | **2925 East La Palma Ave** | | ☐ Unliquidated | |
| | **Anaheim, CA 92806-2617** | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.254 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$63,531.53** |
| | **Mckenna Boiler Works** | | ☐ Contingent | |
| | **1510 N. Spring St.** | | ☐ Unliquidated | |
| | **Los Angeles, CA 90012** | | ☐ Disputed | |
| | Date(s) debt was incurred **various** | | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.255 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$603,719.95** |
| | **McLane Group International, LP** | | ☐ Contingent | |
| | **1902 Cypress Station Drive** | | ☐ Unliquidated | |
| | **Suite 200** | | ☐ Disputed | |
| | **Houston, TX 77090** | | | |
| | Date(s) debt was incurred **various** | | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$30,127.19** |
| | **McMaster-Carr Supply Company** | | ☐ Contingent | |
| | **PO Box 4355** | | ☐ Unliquidated | |
| | **Chicago, IL 60680-4355** | | ☐ Disputed | |
| | Date(s) debt was incurred **various** | | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | | |
|---|---|---|---|---|
| 3.257 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$472,196.75** |
| | **MDM Packaging** | | ☐ Contingent | |
| | **Post Office Box 310067** | | ☐ Unliquidated | |
| | **Fontana, CA 92331** | | ☐ Disputed | |
| | Date(s) debt was incurred **various** | | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$870.00**

**Mediterranean Shipping Company**
**420 5th Avenue**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,450.00**

**MeshWrx, Inc.**
**501 West Southern Ave.**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,277.34**

**Mettler Toledo, LLC**
**1900 Polaris Parkway**
**Columbus, OH 43240**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,612.71**

**Mettler-Toledo Process Analytics**
**900 Middlesex Turnpike**
**Bldg 8**
**Billerica, MA 01821**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00**

**Michael Page International Inc**
**500 Ross Street 154-0460**
**Pittsburgh,, PA 15262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,716.05**

**Micro Motion, Inc.**
**7070 Winchester Circle**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$986.28**

**Mine and Industrial Equipment**
**65 Senior Way**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Mission Aire Corporation**
420 W. Lambert Road, #J
Brea, CA 92821

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,010,691.32** |
|---|---|---|---|

**Mold Rite Plastics**
PO Box 160
100 North Field Drive
Lake Forest, IL 60045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$843.30** |
|---|---|---|---|

**Monere Security Solutions**
13337 South Street
Cerritos, CA 90703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,860.00** |
|---|---|---|---|

**Moran Utility Services**
27121 Calle Arroyo
San Juan Capistrano, CA 92675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,173.02** |
|---|---|---|---|

**Motion Industries, Inc.**
File 749376
Los Angeles, CA 90074-7463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108,563.25** |
|---|---|---|---|

**Motorola Solutions**
500 West Monroe
Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,478.00** |
|---|---|---|---|

**Mow Law Firm**
1107 Fair Oaks
Suite 248
South Pasadena, CA 91030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

| | | | $0.00 |
|---|---|---|---|
| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **MRO Supply** | ☐ Contingent | |
| | **2915 E. Washington Blvd.** | ☐ Unliquidated | |
| | **Los Angeles, CA 90023** | ☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $5,163.50 |
|---|---|---|---|
| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **MS Bioanalytical LLC** | ☐ Contingent | |
| | **60 Hazelwood Dr.** | ☐ Unliquidated | |
| | **Champaign, IL 61820** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $5,019.55 |
|---|---|---|---|
| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **MSC Industrial Supply Co** | ☐ Contingent | |
| | **525 Harbour Place Dr** | ☐ Unliquidated | |
| | **Davidson, NC 28036** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $261.00 |
|---|---|---|---|
| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **Munters Corporation** | ☐ Contingent | |
| | **79 Monroe Street** | ☐ Unliquidated | |
| | **Amesbury, MA 01913** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $34,210.05 |
|---|---|---|---|
| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **Nationwide** | ☐ Contingent | |
| | **350 S. Grand Ave, Suite 4500** | ☐ Unliquidated | |
| | **Los Angeles, CA 90071-3430** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $4,410.00 |
|---|---|---|---|
| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **Natreon Inc** | ☐ Contingent | |
| | **2D Janine Place** | ☐ Unliquidated | |
| | **New Brunswick, NJ 08901** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $386,050.00 |
|---|---|---|---|
| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **Natrol LLC** | ■ Contingent | |
| | **21411 Prarie Street** | ☐ Unliquidated | |
| | **Chatsworth, CA 91311** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Customer Deposits** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,141.61 |
|---|---|---|---|

**Naturex, Inc**
375 Huylr St.
South Hackensack, NJ 07608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**
Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**NCSCS**
10419 Samoa Ave.
Tujunga, CA 91042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**
Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,050.40 |
|---|---|---|---|

**Netgain Solutions, Inc.**
7800 South Elati Street
Littleton, CO 80120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**
Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,625.00 |
|---|---|---|---|

**Nice and Cool**
2860 S. Robertson Blvd
Los Angeles, CA 90212

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **various**
Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,411.86 |
|---|---|---|---|

**NJM Packaging, Inc.**
5600 Kieran Street
Montreal, QC H4S 2B5

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**
Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,995.70 |
|---|---|---|---|

**Norman, Fox & Company**
14970 Don Julian Road
City of Industry, CA 91746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**
Last 4 digits of account number **3735**

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Northeast Hemp Commodities LLC**
232 Neshobe Circle
Brandon, VT 05733

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**
Last 4 digits of account number _

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270,000.00 |
|---|---|---|---|

**Northeast Pharmaceutical Group**
**NO.8, Kunninghu Street**
**Economic Technology District**
**Shenyang, China 00011-0027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,732.00 |
|---|---|---|---|

**Nowlin Fence, Inc.**
**945 S. East Street**
**Anaheim, CA 00092-8505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,580.00 |
|---|---|---|---|

**NP Nutra**
**15161 S. Figueroa St.**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,155.00 |
|---|---|---|---|

**NSF International**
**PO Box 77000**
**Detroit, MI 48277-1380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305,900.00 |
|---|---|---|---|

**Nutralliance**
**23600 Via Del Rio**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,985.63 |
|---|---|---|---|

**OK International Corporation**
**73 Bartlett Street**
**Marlborough, MA 01752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number **NALS**

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Omega Packaging**
**15210 Desman Road**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$802.58**

**Onyx Concrete Coatings**
1610 E Mira Loma Ave
Placentia, CA 92870

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,436.81**

**Oracle America, Inc**
2300 Oracle Way
Austin, TX 78741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73,775.00**

**Organico Naturale Inc**
2741 Plaza Del Amo Unit 203
Torrance, CA 90503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$763.80**

**Orion Security System**
6745 Coldwater Canyon
Los Angeles, CA 91606

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,416.69**

**Osage Food Products**
PO Box 743
Washington, MO 63090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,544.80**

**OSF Flavors Inc**
40 Baker Hollow Rd
Windsor, CT 06095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Oxford Restructing Advisors LLC**
c/o Nathan E. Delman
Horwood Marcus & Berk
500 W Madison St #3700
Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

PACHECO, MARIO R
47 LONG VIEW RD.
COTO DE CAZA, CA 92679

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **Bonus**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,601.00**

Pallaypack Inc
16773 Hymus Blvd.
Kirkland, QC H9H 3L4

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270,358.00**

Palmer Holland, Inc.
25000 Country Club
North Olmsted, OH 44070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number **9334**

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$262,333.00**

Paradigm Packaging West LLC
9177 CENTER AVE
Rancho Cucamonga, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Pat Vitamins
1751 Curtiss Ct
La Verne, CA 91750

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,290.00**

Patrick Morin
35 Sonrisa
Irvine, CA 92620

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Pearson Food Company
2303 Mt Vernon Avenue
Pomona, CA 91768

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

**3.307** | Nonpriority creditor's name and mailing address

**PepsiCo**
**Attn Copack Accounting**
**5858 Dacatour Blvd.**
**Indianapolis, IN 46241**

Date(s) debt was incurred **various**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposits__

Is the claim subject to offset? ☑ No ☐ Yes

**$49,938.00**

---

**3.308** | Nonpriority creditor's name and mailing address

**Pester USA Inc**
**13530 Reese Blvd East**
**Huntersville, NC 28078**

Date(s) debt was incurred **various**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Trade Claim__

Is the claim subject to offset? ☑ No ☐ Yes

**$170.76**

---

**3.309** | Nonpriority creditor's name and mailing address

**Petra CPS**
**dba CPS Southwest**
**1610 E. Miraloma Avenue**
**Placentia, CA 92870**

Date(s) debt was incurred **various**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __Unsecured Trade Claim__

Is the claim subject to offset? ☑ No ☐ Yes

**$134,806.00**

---

**3.310** | Nonpriority creditor's name and mailing address

**Phillips Nizer LLP**
**Attn Richard P. Kaye**
**485 Lexington Avenue**
**New York, NY 10017**

Date(s) debt was incurred **_**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.311** | Nonpriority creditor's name and mailing address

**PhytoChem International Inc**
**1001 S. Grove Avenue**
**Ontario, CA 91761**

Date(s) debt was incurred **various**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Trade Claim__

Is the claim subject to offset? ☑ No ☐ Yes

**$875.00**

---

**3.312** | Nonpriority creditor's name and mailing address

**Platon Photographic**
**1143 N. Stanford**
**Los Angeles, CA 90059**

Date(s) debt was incurred **various**
Last 4 digits of account number **1166**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Trade Claim__

Is the claim subject to offset? ☑ No ☐ Yes

**$5,381.30**

---

**3.313** | Nonpriority creditor's name and mailing address

**Polygon US Corporation**
**15 Sharpners Pond Road, Building F**
**North Andover, MA 01845**

Date(s) debt was incurred **various**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Unsecured Trade Claim__

Is the claim subject to offset? ☑ No ☐ Yes

**$224,606.85**

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

**3.314** Nonpriority creditor's name and mailing address
**Power Chemical, Inc.**
**9119 Perkins Street**
**Pico Rivera, CA 90660**

Date(s) debt was incurred  **various**
Last 4 digits of account number  **1250**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,346.57**

---

**3.315** Nonpriority creditor's name and mailing address
**PR Electronics, Inc.**
**651 W. Washington Blvd.**
**Suite 302**
**Chicago, IL 60661**

Date(s) debt was incurred  **various**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,971.56**

---

**3.316** Nonpriority creditor's name and mailing address
**Precision Industrial Manufacturers**
**16198 Gladstone Ave.**
**Irwindale, CA 91706**

Date(s) debt was incurred  **various**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,920.01**

---

**3.317** Nonpriority creditor's name and mailing address
**Precision Label, Inc.**
**659 Benet Road**
**Oceanside, CA 92058**

Date(s) debt was incurred  **various**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$547,596.96**

---

**3.318** Nonpriority creditor's name and mailing address
**Pricewaterhousecoopers**
**PO Box 952282**
**Dallas, TX 75395**

Date(s) debt was incurred  **various**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$624,296.00**

---

**3.319** Nonpriority creditor's name and mailing address
**Prinova US LLC**
**285 E. Fullerton Avenue**
**Carol Stream, IL 60188**

Date(s) debt was incurred  **various**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,549.67**

---

**3.320** Nonpriority creditor's name and mailing address
**Pro Flow Dynamics**
**330 S. Maple Street Units F & G**
**Corona, CA 92878**

Date(s) debt was incurred  **various**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,654.98**

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,633.60**

**Procana Laboratories**
1820 E. Garry Avenue
Suite 107
Santa Ana, CA 92704

Date(s) debt was incurred **various**

Last 4 digits of account number _

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00**

**Process Perfection**
13878 Oak Manor Dr
Willils, TX 77318

Date(s) debt was incurred **various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,360.00**

**Proponsive Logistics**
4245 Internat'nal Prkwy
Suite 125
Atlanta, GA 30354

Date(s) debt was incurred **various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$460.00**

**Prosweetz Ingredients inc**
98A  Mayfield Ave
Edison, NJ 08837

Date(s) debt was incurred **various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110,000.00**

**PROVITAS**
5500 DEMOCRACY  DRIVE
Suite 110
PLANO, TX 75024

Date(s) debt was incurred **various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.326** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00**

**Pure Source, LLC**
8235 Goldmine Avenue
Fontana, CA 92335

Date(s) debt was incurred **various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.327** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,364.20**

**Pure Water Partners, LLC**
7624 E. Jackson St.
Paramount, CA 90723

Date(s) debt was incurred **various**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,120.47** |
|---|---|---|---|

**Puretec Industrial Water**
3151 Sturgis Road
Oxnard, CA 93030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,849.35** |
|---|---|---|---|

**Pyure Brands**
5405 Taylor Road
Naples, FL 34109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59.00** |
|---|---|---|---|

**Q Laboratories**
1930 RADCLIFF DRIVE
CINCINNATI, OH 45204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$717.00** |
|---|---|---|---|

**Quality Certification Services**
5700 SW 34th Street
Suite 349
Gainesville, FL 32608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,870.00** |
|---|---|---|---|

**Quick Response Fire Service Co.**
28580 Orchard Lake Rd.
Farmington Hills, MI 48334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,957.96** |
|---|---|---|---|

**Quincy Compressors**
701 N. Dobson Ave.
Bay Minette, AL 36507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,922.89** |
|---|---|---|---|

**Real Food Marketing, LLC**
711 W. Camino Real
Arcadia, CA 91007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | Case number *(if known)* | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,356.55** |
|---|---|---|---|
| | **Reed Smith LLP**<br>**c/o Zachary B. Kaye**<br>**599 Lexington Avenue**<br>**22nd Floor**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number **3622** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,590.00** |
|---|---|---|---|
| | **Reliable Machinery Transport**<br>**7567 Amador Valley Blvd**<br>**Dublin, CA 94568** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,525.84** |
|---|---|---|---|
| | **Reliable Premium Management Inc**<br>**21330 Superior Street**<br>**Chatsworth, CA 91311** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,439.33** |
|---|---|---|---|
| | **Renew Life Formulas Inc**<br>**1221 Broadway**<br>**Oakland, CA 94612** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$367,951.51** |
|---|---|---|---|
| | **Repair Machine & Engineering, Inc.**<br>**570 W. 1884th Street**<br>**Gardena, CA 90248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,979.61** |
|---|---|---|---|
| | **RFI, LLC**<br>**2100 West Midway Blvd**<br>**Broomfield, CO 80020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$630,000.00** |
|---|---|---|---|
| | **RGL Holdings LLC**<br>**17120 S Figueroa St**<br>**Gardena, CA 90248** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

**3.342** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$237,874.59**

Rite Staff Inc
1370 West 6th Street
Suite 215
Corona, CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,908.25**

ROHA USA, LLC
5015 Manchester Avenue
St. Louis, MO 63110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,993.25**

Rosemount Inc.
8200 Market Blvd.
Chanhassen, MN 55317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Basis for the claim: **_**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Rosscrete Roofing Inc
c/o Sumner W. Schwartz
3133 Yale Avenue
Marina Del Rey, CA 90292

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **_**

Basis for the claim: **_**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,200.44**

Royal Industrial Solutions
PO Box 847124
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,297.54**

Royal Vaassen
PO Box 2
8170 AA Vaassen
Netherlands

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,340.48**

RR Donnelly
35 W. Wacker Drive
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,059.65** |
|---|---|---|---|
| | **S&F Forklift, Inc.**<br>**1630 S. Soto St**<br>**Los Angeles, CA 90023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|
| | **Sabinsa Corp**<br>**20 Lake Drive East**<br>**Hightstown, NJ 08520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Saddle Ranch APG LLC**<br>**PO Box 51930**<br>**Los Angeles, CA 90051** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **FOR NOTICE PURPOSES ONLY** | |
| | Last 4 digits of account number **NUT1** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,670.00** |
|---|---|---|---|
| | **Safety Compliance & Cnslting Srvcs**<br>**7511 East Gate Road**<br>**Henderson, NV 89011** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,221.68** |
|---|---|---|---|
| | **SafetyFile LLC**<br>**5780 Lincoln Drive**<br>**Edina, MN 55436** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,795.00** |
|---|---|---|---|
| | **SBC Worldwide, LLC**<br>**1979 Marcus Ave**<br>**New Hyde Park, NY 11042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,677.40** |
|---|---|---|---|
| | **SC Fuels**<br>**1800 West Katella Ave.**<br>**Orange, CA 92867** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,776.37**

**Schneider National Carriers, Inc,**
**PO Box 2545**
**Green Bay, WI 54306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**SECURITIES EXCHANGE COMMISSION**
**ATTN BANKRUPTCY COUNSEL**
**444 SOUTH FLOWER STREET, SUITE 900**
**Los Angeles, CA 90071-9591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Securities Exchange Commission**
**Los Angeles Regional Office**
**5670 Wilshire Blvd., 11th Fl.**
**Attn: Sandra W. Lavigna**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **for notification purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sensient Colors LLC**
**62453 Collections Center Dr**
**Chicago, IL 60693-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$665,696.56**

**Servicon Systems, Inc.**
**3965 Landmark Street**
**Culver City, CA 90232**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,039.00**

**SFI LTD LP**
**dba Figueroa Business Ctr**
**25550 Hawthorne Blvd**
**Suite 310**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Shanghai Fude Machinery**
**1930 Palomar Point Way**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

**3.363** Nonpriority creditor's name and mailing address

Sharon Hoffman
117 S. Royal Ascot Dr
Las Vegas, NV 89144

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$290,210.39**

---

**3.364** Nonpriority creditor's name and mailing address

Shepard Bros., Inc
503 S. Cypress St.
La Habra, CA 90631

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$46,775.71**

---

**3.365** Nonpriority creditor's name and mailing address

Shoes for Crews, LLC
17813 So. Main Street
Gardena, CA 90248

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,557.57**

---

**3.366** Nonpriority creditor's name and mailing address

Shri Kartikeya Pharma
H No 5536/15/A Opp NCS
Complex Prashanti Nagar IDA
Kukatpally Hyderabad 500072
Telengana INDIA

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,217,108.00**

---

**3.367** Nonpriority creditor's name and mailing address

Silliker, Inc.
111 E. Wacker Dr
Chicago, IL 60601

Date(s) debt was incurred **various**

Last 4 digits of account number **0333**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$256,682.03**

---

**3.368** Nonpriority creditor's name and mailing address

Smartcare Equipment Solutions
PO Box 74008980
Chicago, IL 60674-8980

Date(s) debt was incurred **various**

Last 4 digits of account number **8528**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,676.23**

---

**3.369** Nonpriority creditor's name and mailing address

Smash My Trash
1428 Via Christina
Vista, CA 92084

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,250.00**

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00** |
|---|---|---|---|

**Smash My Trash Los Angeles**
**11916 West Pico Blvd**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,247.76** |
|---|---|---|---|

**SoCal Gas**
**PO Box C**
**Monterey Park, CA 91756-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,255.00** |
|---|---|---|---|

**Soji Health Sciences**
**816 N Poinsettia Place**
**Los Angeles, CA 90046**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,174.00** |
|---|---|---|---|

**Source One Packaging LLC**
**20 Commerce Drive**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,754.92** |
|---|---|---|---|

**South Bay Electric Motors, Inc.**
**17021  S. Figueroa St**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,056,833.38** |
|---|---|---|---|

**Southern California Edison**
**PO Box 300**
**Rosemead, CA 91772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,196,661.13** |
|---|---|---|---|

**SouthWest ToyotaLift**
**PO Box 1070**
**3725 Nobel Ct**
**Mira Loma, CA 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number *(if known)* | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,362.00** |
|---|---|---|---|

**Spectrum Enterprise**
**1900 Blue Crest LN**
**San Antonio, TX 78247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,067.17** |
|---|---|---|---|

**Staples, Inc.**
**PO Box 11407**
**Birmingham, AL 35246**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**State Board of Equalization**
**Account Information Group MIC 29**
**PO Box 942879**
**Sacramento, CA 94279-0029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122,862.85** |
|---|---|---|---|

**Stauber Performance Ingredients**
**4120 North Palm Street**
**Fullerton, CA 92835-1026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number **5773**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$780,037.40** |
|---|---|---|---|

**Stratum HR LLC**
**23052 Alicia Parkway**
**Suite H533**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,543.30** |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**PO Box 648**
**Gardena, CA 90248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,688.20** |
|---|---|---|---|

**Super Lift Inc**
**10841 S Fremont**
**Montclair, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Unsecured Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.384** Nonpriority creditor's name and mailing address

**Superior Supplemental Mfg**
**18627 Brookhurst St**
**#414**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$10,072.86**

---

**3.385** Nonpriority creditor's name and mailing address

**Sweegen, Inc.**
**30452 Esperanza**
**Rncho Snta Mrgita, CA 92688**

Date(s) debt was incurred  **various**

Last 4 digits of account number  **0165**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

**3.386** Nonpriority creditor's name and mailing address

**Sweet Additions Distributors, LLC**
**44040 PGA Blvd**
**Palm Beach Gardens, FL 33410**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$83,379.25**

---

**3.387** Nonpriority creditor's name and mailing address

**Sword Wuhan Co., LTD.**
**Liukou Industrial Zone**
**Rm 2502 Block A**
**Zhonghuan Yunlin Street**
**Xiantao City, Hubei  China**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$31,184.00**

---

**3.388** Nonpriority creditor's name and mailing address

**Tadjedin Thomas & Engbloom**
**Law Group LLP**
**1500 SW First Avenue**
**Portland, OR 97201**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$11,811.27**

---

**3.389** Nonpriority creditor's name and mailing address

**Tangram Interiors**
**9200 Sorensen Ave**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$6,092.01**

---

**3.390** Nonpriority creditor's name and mailing address

**Taral Plastics**
**525 Malloy Court**
**Corona, CA 92878**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$385,165.08**

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.391** | Nonpriority creditor's name and mailing address
**Tate & Lyle Ingrdnts Americas**
**5450 Prairie Stone Parkway**
**Hoffman Estates, IL 60192**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$459,130.05**

---

**3.392** | Nonpriority creditor's name and mailing address
**Tay Ninh Tapioca Joint**
**Stock Company**
**Tan Binh Hamlet**
**Tay Ninh Province**
**Vietnam**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$755,032.00**

---

**3.393** | Nonpriority creditor's name and mailing address
**Ted Johnson Propane**
**5140 Elton Street**
**Baldwin Park, CA 91706**

Date(s) debt was incurred **various**
Last 4 digits of account number **3648**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,385.82**

---

**3.394** | Nonpriority creditor's name and mailing address
**TEL-TRU MANUFACTURING CO.**
**408 St. Paul Street**
**Rochester, NY 14605-1734**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,650.52**

---

**3.395** | Nonpriority creditor's name and mailing address
**THE FLAVOR FACTORY, INC.**
**2058 SECOND ST**
**NORCO,, CA 92860**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$271,208.53**

---

**3.396** | Nonpriority creditor's name and mailing address
**The Greatwall Biochemical Engineer**
**North Shacheng Town**
**Huailai County**
**Hebei Province**
**Zhangjiakou China  75400**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$67,700.00**

---

**3.397** | Nonpriority creditor's name and mailing address
**The Real Estate Videographer**
**1092 Triumphal Way**
**Santa Ana, CA 92705**

Date(s) debt was incurred **various**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,087.86**

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,940.00** |
|---|---|---|---|

**Theresa Ho**
**16456 Mount Ararat Circle**
**Fountain Valley, CA 92708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$362.16** |
|---|---|---|---|

**Thermoworks**
**741 East Utah Valley Dr**
**American Fork, UT 84003**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,241.73** |
|---|---|---|---|

**Thomson Reuters**
**PO Box 71687**
**Chicago, IL 60694-1687**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60.00** |
|---|---|---|---|

**Time Value Software**
**22 Mauchly**
**Irvine, CA 92618**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,356.00** |
|---|---|---|---|

**Titan Water Technology, Inc.**
**2313 E. PHILADELPHIA ST.**
**ONTARIO, CA 91761**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$133,980.58** |
|---|---|---|---|

**Together Trade and Commerce**
**9635 Heinrich Hertz Dr., Suites 5-8**
**San Diego, CA 92154**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$654.31** |
|---|---|---|---|

**Torrance Lock & Key, Inc.**
**2421 Torrance Blvd.**
**Torrance, CA 90501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

**3.405** Nonpriority creditor's name and mailing address

**Total Clean**
**2070 N. White Ave.**
**La Verne, CA 91750**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

$10,081.13

---

**3.406** Nonpriority creditor's name and mailing address

**Total Quality Logistics**
**P.O. Box 799**
**Milford, OH 45150**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.407** Nonpriority creditor's name and mailing address

**Total Transportation Logistics, Inc.**
**4325 Etiwanda Ave**
**Mira Loma, CA 91752**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$77,674.00

---

**3.408** Nonpriority creditor's name and mailing address

**TPLOGIX INC**
**16480 Harbor Blvd.**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

$195.00

---

**3.409** Nonpriority creditor's name and mailing address

**Transcat, Inc.**
**35 Vantage Point Drive**
**Rochester, NY 14624**

Date(s) debt was incurred  **various**

Last 4 digits of account number  **7198**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

$7,698.64

---

**3.410** Nonpriority creditor's name and mailing address

**TricorBraun**
**16000 Ventura Blvd**
**Suite 500**
**Encino, CA 91436**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

$92,755.42

---

**3.411** Nonpriority creditor's name and mailing address

**Trio Nutrition**
**28241 Crown Valley Prkwy**
**Suite F414**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

$5,000.00

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,600.00** |
|---|---|---|---|
| | **Triple A Pumping & Jetting Srvcs** | ☐ Contingent | |
| | **1035 N. BATAVIA ST** | ☐ Unliquidated | |
| | **ORANGE, CA 92867** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | | |
| | Last 4 digits of account number _ | Basis for the claim: **Unsecured Trade Claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$129,044.69** |
|---|---|---|---|
| | **UCBZeroWaste, LLC** | ■ Contingent | |
| | **4032 Wilshire Blvd.** | ■ Unliquidated | |
| | **Los Angeles, CA 90010** | ■ Disputed | |
| | Date(s) debt was incurred **various** | | |
| | Last 4 digits of account number _ | Basis for the claim: **Unsecured Trade Claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,497.47** |
|---|---|---|---|
| | **Uline, Inc.** | ☐ Contingent | |
| | **One Kaiser Plaza** | ☐ Unliquidated | |
| | **Oakland, CA 94612** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | | |
| | Last 4 digits of account number _ | Basis for the claim: **Unsecured Trade Claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,731.34** |
|---|---|---|---|
| | **Ultimate Staffing Services** | ☐ Contingent | |
| | **450 North State College Boulevard** | ☐ Unliquidated | |
| | **Orange, CA 92868** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | | |
| | Last 4 digits of account number _ | Basis for the claim: **Unsecured Trade Claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26.00** |
|---|---|---|---|
| | **Ultra Air Cargo Inc** | ☐ Contingent | |
| | **17256 S. Main Street** | ☐ Unliquidated | |
| | **Gardena, CA 90248** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | | |
| | Last 4 digits of account number _ | Basis for the claim: **Unsecured Trade Claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,341.00** |
|---|---|---|---|
| | **Unipac Shipping Inc.** | ☐ Contingent | |
| | **1768 W. Second Street** | ☐ Unliquidated | |
| | **Pomona, CA 91766** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,685.24** |
|---|---|---|---|
| | **United Site Services, Inc.** | ☐ Contingent | |
| | **118 Flanders Road Suite 1000** | ☐ Unliquidated | |
| | **Westborough, MA 01581** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | | |
| | Last 4 digits of account number _ | Basis for the claim: **Unsecured Trade Claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,880.00** |

**United Transportation Services, Inc**
3300 S. Parker Road
Aurora, CO 80014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Universal Preserv A Chem**
2390 Park Center Drive
Mebane, NC 27302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,285.33** |

**UPS**
PO Box 7281
Reno, NV 89502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,469.23** |

**US Small Business Administration**
Office of General Counsel
312 North Spring Street
5th Floor
Los Angeles, CA 90012

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Used Cardboard Boxes Inc**
c/o Michael J. Weiss
Abrams, Garfinkel et. al
3900 W. Alameda Ave #2100
Burbank, CA 91505

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,292.00** |

**Utility Systems Science
& Software**
601 N Parkcenter Dr
Suite 209
Santa Ana, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,868.50** |

**Vanderford & Ruiz LLP**
1510 Oxley Street
Suite C
South Pasadena, CA 91030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Last 4 digits of account number _

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

---

**3.426** | Nonpriority creditor's name and mailing address
**Vantage Logistics, LLC.**
**730 Kintner Parkway**
**Sunbury, OH 43074**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.427** | Nonpriority creditor's name and mailing address
**Vector Resources, Inc**
**dba VectorUSA**
**20917 Higgins Court**
**Torrance, CA 90501**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$393,760.40**

---

**3.428** | Nonpriority creditor's name and mailing address
**Verizon**
**PO Box 489**
**Newark, NJ 07101-0489**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$11,392.89**

---

**3.429** | Nonpriority creditor's name and mailing address
**Vero Aesthetics, LLC**
**5694 Mission Center Rd.**
**Suite 602-956**
**San Diego, CA 92108**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$591,632.08**

---

**3.430** | Nonpriority creditor's name and mailing address
**VFS Fire & Security Services**
**501 W. Southern Ave.**
**Orange, CA 92865**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,610.00**

---

**3.431** | Nonpriority creditor's name and mailing address
**Vi-CAS Manufacturing**
**8407 Monroe Ave.**
**Cincinnati, OH 45236**

Date(s) debt was incurred **various**

Last 4 digits of account number **5990**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$217.83**

---

**3.432** | Nonpriority creditor's name and mailing address
**VincentBenjamin Group LLC**
**2415 East Camelback Road**
**Phoenix, AZ 85016**

Date(s) debt was incurred **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unsecured Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$36,954.54**

---

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|--------|------------------------------|------------------------|----------------------|
| | Name | | |

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,783.62** |
|-------|------------------------------------------------|------------------------------------------------------------------|---------------|

**VirginiaDare**
3001 Maxx Rd.
Evansville, IN 47111

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$675.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|---------------|

**Vitajoy**
14165 Ramona Avenue
Chino, CA 91710

Date(s) debt was incurred  **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$43,824.76** |
|-------|------------------------------------------------|------------------------------------------------------------------|---------------|

**Vitality Works, Inc**
8500 Blue Water Road NW
Albuquerque, NM 87121

Date(s) debt was incurred  **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$321,484.45** |
|-------|------------------------------------------------|------------------------------------------------------------------|---------------|

**Vitamin Friends**
17120 S Figueroa St
Gardena, CA 90248

Date(s) debt was incurred  **various**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|---------------|

**Vivion Inc**
929 Bransten Rd
San Carlos, CA 94070

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|---------------|

**Voice Carrier**
300 Joe Dimaggio Blvd.
Suite 62
Georgetown, TX 78626

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,744.52** |
|-------|------------------------------------------------|------------------------------------------------------------------|---------------|

**Waste Management Corona Hauling**
800 S. Temescal Street
Corona, CA 92789

Date(s) debt was incurred  **various**

Last 4 digits of account number  **3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,898.55 |
|---|---|---|---|
| | **Waste Resources Carson**<br>**PO Box 2799**<br>**Gardena, CA 90247** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.44 |
|---|---|---|---|
| | **Water Source Solutions, Inc**<br>**14141 Covello Street, Ste. D**<br>**Van Nuys, CA 91405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164,219.19 |
|---|---|---|---|
| | **West Coast Piping Services, Inc.**<br>**310 N. Palm St.**<br>**Suite A**<br>**Brea, CA 92821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,049.97 |
|---|---|---|---|
| | **Western Belting Innovations, Inc.**<br>**2300 S. Reservoir Street**<br>**Pomona, CA 91766** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,237.07 |
|---|---|---|---|
| | **Western Freight Carrier Inc**<br>**321 E Gardena BL**<br>**Gardena, CA 90248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374,816.00 |
|---|---|---|---|
| | **Wholesome Sweeteners**<br>**P.O. BOX 676261**<br>**1 Sugar Creek Center Blvd**<br>**DALLAS, TX 75267** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|
| | **William R. Thompson**<br>**15055 Rocking Horse Ct**<br>**Lake Elsinore, CA 92530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **various** | Basis for the claim:  **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,790.60** |
| | **Winged Nutrition LLC** | ■ Contingent | |
| | **21330 NE Court** | ☐ Unliquidated | |
| | **Miami, FL 33180** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | | |
| | Last 4 digits of account number _ | Basis for the claim: **Customer Deposits** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Wolfgang Enterprise Inc** | ☐ Contingent | |
| | **13977 The Merge Street** | ☐ Unliquidated | |
| | **Corona, CA 92880** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,186.46** |
| | **Worldwide Recovery Systems, Inc** | ☐ Contingent | |
| | **2308 Pomona Blvd** | ☐ Unliquidated | |
| | **Pomona, CA 91768** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | | |
| | Last 4 digits of account number _ | Basis for the claim: **Unsecured Trade Claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,870.00** |
| | **Yangzhou Lianhe Chmcl Mchnry Co** | ☐ Contingent | |
| | **Industrial Zone** | ☐ Unliquidated | |
| | **Baqiao Town Gaoyou** | ☐ Disputed | |
| | **Yangzhou City, Jiangsu, China Italy** | | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Unsecured Trade Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$522.94** |
| | **Zoom.us** | ☐ Contingent | |
| | **55 Almaden Blvd, 6th Floor** | ☐ Unliquidated | |
| | **San Jose, CA 95113** | ☐ Disputed | |
| | Date(s) debt was incurred **various** | | |
| | Last 4 digits of account number _ | Basis for the claim: **Unsecured Trade Claim** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.94** |
| | **Zoro.com** | ☐ Contingent | |
| | **909 Asbury Drive** | ☐ Unliquidated | |
| | **Buffalo Grove, IL 60089** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|

Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **A. RICHARD BUCKLEY**<br>**ARENTFOX SCHIFF LLP**<br>**555 W. 5TH STREET**<br>**48TH FLOOR**<br>Los Angeles, CA 90013 | Line **3.226**<br>☐ Not listed. Explain ____ | _ |
| 4.2 **Allen Packaging Co**<br>**c/o Martin F. Goldman**<br>**16830 Ventura Blvd.**<br>**Suite 620**<br>**Encino, CA 91436** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.3 **B&D Nutritional Ing**<br>**c/o Christopher Connolly**<br>**732 N. Coast Hwy #101**<br>**Suite C**<br>**Encinitas, CA 92024** | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.4 **Berry Global Inc**<br>**c/o Jean Marie Blanton**<br>**Stoll Keenon et. al**<br>**One Main Street #201**<br>**Evansville, IN 47708** | Line **3.57**<br>☐ Not listed. Explain ____ | _ |
| 4.5 **Beyond Resource Solutions**<br>**c/o Clayton J. Hix**<br>**Hill Farrer & Burrill LLP**<br>**300 S. Grand Ave 37th Fl**<br>**Los Angeles, CA 90071** | Line **3.62**<br>☐ Not listed. Explain ____ | _ |
| 4.6 **Caliber Construction**<br>**23600 Via Del Rio**<br>**Yorba Linda, CA 92887** | Line **3.65**<br>☐ Not listed. Explain ____ | _ |
| 4.7 **Caliber Construction Inc**<br>**c/o Anna M. Carno**<br>**24031 El Toro Rd**<br>**Suite 260**<br>**Laguna Hills, CA 92653** | Line **3.65**<br>☐ Not listed. Explain ____ | _ |
| 4.8 **Canyon Plastics Inc**<br>**c/o Bruce W. Hogan**<br>**Kingston Martinez & Hogan LLP**<br>**1300 Snta Brbra, 2nd Fl**<br>**Santa Barbara, CA 93101** | Line **3.73**<br>☐ Not listed. Explain ____ | _ |
| 4.9 **Captain Pallets Inc**<br>**c/o Eric S. Oto**<br>**1111 S. Grand Avenue**<br>**Suite 517**<br>**Los Angeles, CA 90015** | Line **3.77**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **CPS Southwest**<br>**c/o Ashley Baron**<br>**5753 G E. Santa Ana Cnyn Rd**<br>**Suite 505**<br>**Anaheim Hills, CA 92807** | Line **3.309**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Better Nutritionals LLC** | | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.11 | **Craig Mechanical Inc**<br>**c/o Christopher Jensen**<br>**Reid & Hellyer**<br>**3685 Main St. #300**<br>**Riverside, CA 92501** | Line __3.105__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Custom Ingredients**<br>**c/o Robert J. Danko**<br>**31805 Temecula Prkwy**<br>**Suite 623**<br>**Temecula, CA 92592** | Line __3.111__<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Dakota Backflow Company**<br>**PO Box 2643**<br>**Rancho Cucamonga, CA 91729** | Line __3.114__<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **De Lage Landon Financial**<br>**525 W Monroe Street**<br>**14th Floor**<br>**Chicago, IL 60661** | Line __3.117__<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Gencanna**<br>**321 Venable Road**<br>**Suite 2**<br>**Winchester, KY 40391** | Line __3.162__<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Gilco Ingredients**<br>**PO Box 841455**<br>**Los Angeles, CA 90084** | Line __3.164__<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **GlobalTranz Enterprises**<br>**c/o Kathleen Jeffries**<br>**Scopelitis Garvin**<br>**2 N Lake Ave #560**<br>**Pasadena, CA 91101** | Line __3.168__<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Goli Nutrition Inc**<br>**c/o Kevin Rising**<br>**Barnes & Thornburg**<br>**2029 CPE, Suite 300**<br>**Los Angeles, CA 90067** | Line __3.174__<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **KC Global Network Inc**<br>**c/o Alan Abrams**<br>**Abrams & Taheri**<br>**1875 CPE, #1750**<br>**Los Angeles, CA 90067** | Line __3.219__<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Odelya Hoffman**<br>**117 S Royal Ascot Drive**<br>**Las Vegas, NV 89144** | Line __2.4__<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Paul Anton**<br>**16250 Homecoming Drive**<br>**Unit 1572**<br>**Chino, CA 91708** | Line __2.1__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Better Nutritionals LLC** | Case number (if known) | **6:22-bk-14723-MH** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.22 **Roger Tyre**<br>**24804 West Patton Road**<br>**Wittmann, AZ 85361** | Line __2.7__<br>☐ Not listed. Explain ____ | __ |
| 4.23 **Safety Compliance & Consulting Serv**<br>**500 West 23rd Street**<br>**Upland, CA 91784** | Line __3.352__<br>☐ Not listed. Explain ____ | __ |
| 4.24 **Servicon Systems Inc**<br>**c/o Nick Iezza**<br>**Spiwak & Iezza**<br>**555 Marin St. #140**<br>**Thousand Oaks, CA 91360** | Line __3.360__<br>☐ Not listed. Explain ____ | __ |
| 4.25 **Sharon Hoffman**<br>**117 S. Royal Ascot Dr**<br>**Las Vegas, NV 89144** | Line __2.5__<br>☐ Not listed. Explain ____ | __ |
| 4.26 **Taral Plastics**<br>**c/o Yaron Shaham**<br>**Kahana & Feld LLP**<br>**2603 Main St. #900**<br>**Irvine, CA 92614** | Line __3.390__<br>☐ Not listed. Explain ____ | __ |
| 4.27 **Total Quality Logistics  LLC**<br>**c/o Brian Giles**<br>**Law Offcs of Brian T. Giles**<br>**1470 Apple Hill Road**<br>**Cincinnati, OH 45230** | Line __3.406__<br>☐ Not listed. Explain ____ | __ |
| 4.28 **Vector Resources Inc**<br>**c/o Michael Murray**<br>**Lanak & Hanna**<br>**625 The City Dr S #190**<br>**Orange, CA 92868** | Line __3.427__<br>☐ Not listed. Explain ____ | __ |
| 4.29 **Wholesome Sweeteners**<br>**c/o Fred Johnson**<br>**Spencer Fane LLP**<br>**2200 Ross Ave., Ste 4800 W**<br>**Dallas, TX 75201** | Line __3.445__<br>☐ Not listed. Explain ____ | __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 2,740,884.03 |
| 5b. Total claims from Part 2 | 5b. + $ | 61,542,919.49 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 64,283,803.52 |

**Fill in this information to identify the case:**

Debtor name    **Better Nutritionals LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA-RIV

Case number (if known)    **6:22-bk-14723-MH**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.    State what the contract or lease is for and the nature of the debtor's interest

**Some of the parties listed are being listed out of an abundance of caution.  The debtor is not certain if all of the parties that are listed are parties to an executory contract.**

State the term remaining

List the contract number of any government contract

**See attached**

**SCHEDULE G ATTACHMENT**

Executory Contracts and Unexpired Leases

**Schedule G**
*Executory Contracts and Unexpired Leases*

*\*\* Some of the parties listed are being listed out of an abundance of caution.  The Debtor is not certain if all of the items listed are executory contracts or unexpired leases\*\**

| Notice Party's Name | Description of Contract or Lease | Effective Date | Contract ID | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|---|---|
| Airespring Inc | Internet | 2/18/2021 | Quote ID# 1123183894 | 1880 S. Milliken Ave | | Ontario | CA | 91761 |
| Airgas USA, LLC | Rental | | | 1451 S. Cucamonga Ave | | Ontario | CA | 91761 |
| Allied Universal Security Services | Security | | | 1551 N. Tustin Ave | Suite 650 | Santa Ana | CA | 92705 |
| Alpha Packaging Inc | Vendor Purchase Order | 1/1/2021 | Purchase/Supply Agreement | 889 E. Alvarado St | Unit G | Pomona | CA | 91767 |
| Amtech Ingredients Inc. | Vendor Purchase Order | 8/17/2020 | Component Supply Agreement | 1200 Hosford St | Suite 204 | Hudson | WI | 54016 |
| Assured Audit Pest Prevention | Pest Service | 4/25/2022 | 3300 Horseless Carriage Dr. | PO Box 7070 | | Surprise | AZ | 85374 |
| Assured Audit Pest Prevention | Pest Service | 4/15/2022 | 3350 Horseless Carriage Dr. | PO Box 7070 | | Surprise | AZ | 85374 |
| Assured Audit Pest Prevention | Pest Service | 8/24/2021 | 3380 Horseless Carriage Dr. | PO Box 7070 | | Surprise | AZ | 85374 |
| Assured Audit Pest Prevention | Pest Service | 5/13/2022 | 17120 S Figueroa Unit B | PO Box 7070 | | Surprise | AZ | 85374 |
| Assured Audit Pest Prevention | Pest Service | 1/1/2022 | 3390 Horseless Carriage Dr. | PO Box 7070 | | Surprise | AZ | 85374 |
| AT&T | Internet | | 7704844 | 3580 Orange St | | Riverside | CA | 92501 |
| Atlas Copco Compressors LLC | Rental | 08/10.2021 | Service Plan Quote 40665113 | 300 Technology Center Way | Suite 550 | Rock Hill | SC | 29730 |
| Atmos Holdings, LLC | Expo | 1/28/2022 | Expo | 701 W. Jackson Blvd | Suite 607 | Chicago | IL | 60601 |
| Balboa Capital Corporation | Equipment | 1/10/2020 | 315747-000 | 575 Anton Blvd | 12 Floor | Costa Mesa | CA | 92626 |
| Balboa Capital Corporation | Equipment | 2/27/2020 | 315747-001 | 575 Anton Blvd | 12 Floor | Costa Mesa | CA | 92626 |
| Banc of America Leasing | Cloud Service | 9/1/2019 | 13851 | PO Box 405874 | | Atlanta | GA | 30384 |
| Blake, Cassels & Graydon LLP | Legal | 10/28/2021 | Engagement Letter | 199 Bay Street | Suite 4000 | Commerce | CN | M5L1A9 |
| Brothers Freight Management, LLC | Freight | | | PO Box 1179 | | Locust | NC | 28097 |
| Caliber Construction Inc | Leasehold Improvements | | | 23600 Via Del Rio | | Yorba Linda | CA | 92887 |
| Cintas Corp | Cleaning Supplies | 8/13/2020 | Multi location service agreement | 301 Heffernan Dr | | West Haven | CT | 06515 |
| Cold Jet LLC | Equipment Purchase | 4/30/2021 | | 455 Wards Corner Road | | Loveland | OH | 45140 |
| Culligan of Ontario | Equipment / service | | | 1210 N. Swift Rd | | Addison | IL | 60101 |
| De Lage Landen Financial Services, INC. | Equipment Leasing with Impact | 8/7/2019 | 25559802 | PO Box 41602 | | Philadelphia | PA | 19101 |
| Diversified Landscape Co | | 8/2/2021 | BID 4507 | 21730 Bundy Canyon Rd | | Wildomar | CA | 92595 |
| First Insurance Funding | Insurance | 9/30/2022 | 97272611 | 1000 Campus Dr | | Collegeville | PA | 19426 |
| Impact LA, LLC | Tech Equipment / Service | | SO555711 | 75 Remittance Dr | Dept 6077 | Chicago | IL | 60745 |
| Impact LA, LLC | Tech Equipment / Service | | SO557972 | 75 Remittance Dr | Dept 6077 | Chicago | IL | 60745 |
| Impact LA, LLC | Tech Equipment / Service | | SO578830 | 75 Remittance Dr | Dept 6077 | Chicago | IL | 60745 |
| Information and Computing Services, Inc. | Tech Service | 1/1/2022 | On-Line Services Agreement | 3563 Philips Hwy | Suite F-601 | Jacksonville | FL | 32207 |
| IRI Property Inc | Lease - paid to RGL | | | 321 E. Gardena Blvd | | Gardena | CA | 90248 |
| Iron Mountain | Shredding Service | | | 701 E. Carson St | | Carson | CA | 90745 |
| Klean Sweep Parking Lot Service, INC | Sweeping Service | 2/20/2020 | Proposal for services | PO Box 3607 | | Torrance | CA | 90510 |
| Luxent, Inc. | Netsuite Support | 7/1/2021 | | 30262 Crown Valley Pkwy | Suite B 445 | Laguna Niguel | CA | 92677 |
| Mold Rite Plastics | Vendor Purchase Order | 5/15/2021 | Supply and Logistics Agreement | 1 Plant Street | | Plattsburg | NY | 12901 |
| Motorola Solutions | Walkie Talkies | | | 500 W. Monroe St | | Chicago | IL | 60661 |
| Nationwide | Insurance | | | PO Box 514540 | | Los Angeles | CA | 90051 |
| Oracle America, Inc | Cloud Service | | | 2300 Oracle Way | | Austin | TX | 78741 |
| Paradigm Packaging West LLC | Vendor Purchase Order | 7/8/2021 | Master Supply Agreement | 9177 Center Ave | | Rancho Cu | CA | 91730 |
| Polygon US Corporation | Equipment | | | 15 Sharpners Pond Rd | Building F | North And | MA | 01845 |
| Pure Water Partners, LLC | Water Units | | | Dept CH 19648 | | Palantine | IL | 60055-9648 |
| Puretec Industrial Water | | 12/22/2020 | 28975-4 | 9177 Center Ave | | Rancho Cu | CA | 91730 |
| Puretec Industrial Water | | | 32046-2 | 9177 Center Ave | | Rancho Cu | CA | 91730 |
| Quincy Compressors | Equipment Rental | | | 701 N. Dobson Ave | | Bay Minet | AL | 36507 |
| Rite Staff, Inc. | Temp Agency | | | 1370 W. 6th St | Suite 215 | Corona | CA | 92882 |
| Saddle Ranch APG, LLC | Lease | 4/1/2020 | Norco Lease Agreement | PO Box 51930 | | Los Angeles | CA | 90051 |
| Safety Compliance & Consulting Services | Safety Consultation | | | 7511 East Gate Rd | | Henderson | NV | 89011 |
| SFI Ltd LP, dba Figueroa Business Center | Lease | 9/13/2021 | 17202 | 25550 Hawthorne Blvd | #310 | Torrance | CA | 90505 |
| SFI Ltd LP, dba Figueroa Business Center | Lease | 10/20/2021 | 17210 | 25550 Hawthorne Blvd | #310 | Torrance | CA | 90505 |
| SFI Ltd LP, dba Figueroa Business Center | Lease | 3/1/2021 | 17208 | 25550 Hawthorne Blvd | #310 | Torrance | CA | 90505 |

SCHEDULE G ATTACHMENT

Executory Contracts and Unexpired Leases

**Schedule G**
*Executory Contracts and Unexpired Leases*

*\*\* Some of the parties listed are being listed out of an abundance of caution.  The Debtor is not certain if all of the items listed are executory contracts or unexpired leases\*\**

| Notice Party's Name | Description of Contract or Lease | Effective Date | Contract ID | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|---|---|
| SouthWest ToyotaLift | Forklift Rentals - to Own | | Proposal # 1002920B | PO Box 1070 | | Mira Loma | CA | 91752 |
| SouthWest ToyotaLift | Forklift Rentals - to Own | | | PO Box 1070 | | Mira Loma | CA | 91752 |
| SouthWest ToyotaLift | Mezzanine Dry Room | 6/22/2020 | Proposal Dry Room Mezzanine | PO Box 1070 | | Mira Loma | CA | 91752 |
| Spectrum Enterprise | Internet | | | 1900 Blue Crest Ln | | San Anton | TX | 78247 |
| Stratum HR, LLC | Temp Agency | | | 23052 Alicia Pkwy | Suite H533 | Mission Vi | CA | 92692 |
| Suitable Staffing Solution, Inc | Temp Agency | | | 801 W. Victoria St | Suite A-1 | Compton | CA | 90220 |
| Tay Ninh Tapioca Joint | Vendor Purchase Order | | | | | | | |
| Thomson Reuters | Security | | | PO Box 71687 | | Chicago | IL | 60694-1687 |
| Verizon | Phone | | | PO Box 489 | | Newark | NJ | 07101-0489 |
| Vero Aesthetics, LLC | Vendor Purchase Order | | PO 022984-BL | 5694 Misson Center Rd | Suite 602-956 | San Diego | CA | 92108 |
| Vero Aesthetics, LLC | Vendor Purchase Order | | QB PO023230 | 5694 Misson Center Rd | Suite 602-956 | San Diego | CA | 92108 |
| Vero Aesthetics, LLC | Vendor Purchase Order | | PO23420 | 5694 Misson Center Rd | Suite 602-956 | San Diego | CA | 92108 |
| Vero Aesthetics, LLC | Vendor Purchase Order | | PO23424 | 5694 Misson Center Rd | Suite 602-956 | San Diego | CA | 92108 |
| Vero Aesthetics, LLC | Vendor Purchase Order | | PO23644 | 5694 Misson Center Rd | Suite 602-956 | San Diego | CA | 92108 |
| Vero Aesthetics, LLC | Vendor Purchase Order | | PO23419 | 5694 Misson Center Rd | Suite 602-956 | San Diego | CA | 92108 |
| Vero Aesthetics, LLC | Vendor Purchase Order | | PO21611 | 5694 Misson Center Rd | Suite 602-956 | San Diego | CA | 92108 |
| Voice Carrier LLC | Phone | | | 300 Joe Dimaggio Blvd | Suite 62 | Round Roc | TX | 98665 |
| Water Source Solutions, Inc. | Service Agreement | | | 14141 Covello St | Suite 1D | Van Nuys | CA | 91405 |
| Water Source Solutions, Inc. | Service Agreement | | 3380 | 14141 Covello St | Suite 1D | Van Nuys | CA | 91405 |
| William R. Thompson | Consultant | 12/1/2021 | | 15055 Rocking Horse Court | | Lake Elsino | CA | 92530 |
| 82 Capitol Food | Storage Contract | | | | | | | |

| Fill in this information to identify the case: |
| --- |

| | |
| --- | --- |
| Debtor name | **Better Nutritionals LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA-RIV |
| Case number (if known) | **6:22-bk-14723-MH** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Goli Nutrition | c/o Levene Neale Bender Yoo & Golubchik, LLP Attn: Eve Karasik 2818 La Cienega Avenue Los Angeles, CA 90034 | Atos IT Solutions and Services Inc | ■ D   **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Goli Nutrition | c/o Levene Neale Bender Yoo & Golubchik, LLP Attn: Eve Karasik 2818 La Cienega Avenue Los Angeles, CA 90034 | Golo LLC | ☐ D ____<br>■ E/F   **3.175**<br>☐ G ____ |
| 2.3 | Goli Nutrition | c/o Levene Neale Bender Yoo & Golubchik, LLP Attn: Eve Karasik 2818 La Cienega Avenue Los Angeles, CA 90034 | Saddle Ranch APG LLC | ☐ D ____<br>■ E/F   **3.351**<br>☐ G ____ |

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Better Nutritionals LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA-RIV |
| Case number (if known) | **6:22-bk-14723-MH** |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:  Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2022** to **Filing Date** | ■ Operating a business ☐ Other | **$51,023,666.00** |
| **For prior year:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business ☐ Other | **$222,879,654.00** |
| **For year before that:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business ☐ Other | **$101,040,534.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2022** to **Filing Date** | See attached | **$630,745.80** |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Better Nutritionals LLC** | | Case number *(if known)* | **6:22-bk-14723-MH** |
|---|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See attachment** | **Various** | **$6,219,527.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **See attached** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See attachment** | **various** | **$5,063,351.45** | |
| **various** | | | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Goli Nutrition Inc<br>1 Westmont Square<br>Suite 1500<br>Westmount H3Z 2P9<br>Quebec** | **Applied the $543,780.97 to Goli's a/r account balance**<br>Last 4 digits of account number:  __0223__ | 9/22/2022 | $543,780.97 |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | **Better Nutritionals LLC** | | Case number *(if known)* | **6:22-bk-14723-MH** |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **See attached** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **William Mason<br>3390 Horseless Carriage Drive<br>Norco, CA 92860** | **to help pay medical expenses** | 6/24/2021 | $20,000.00 |
| | Recipients relationship to debtor<br>**Business Associate** | | | |
| 9.2. | **William Mason<br>3390 Horseless Carriage Drive<br>Norco, CA 92860** | **to help pay medical expenses** | 11/10/2022 | $2,500.00 |
| | Recipients relationship to debtor<br>**Business Associate** | | | |

## Part 5:   Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:   Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Better Nutritionals LLC**                                    Case number (if known)  **6:22-bk-14723-MH**

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **DANNING GILL ISRAEL & KRASNOFF LLP**<br>**1901 AVENUE OF THE STARS**<br>**SUITE 450**<br>**Los Angeles, CA 90067** | | **6/27/2022**<br>**$50,000;**<br>**7/1/2022**<br>**$75,000;**<br>**10/4/2022**<br>**$50,000;**<br>**12/19/2022**<br>**$100,000** | **$275,000.00** |

Email or website address
www.danninggill.com

**Who made the payment, if not debtor?**
**Payment was made by the Debtor.**
**Debtor borrowed funds from Sharon**
**and Odelya Hoffman to**
**fund/replenish professionals'**
**retainers prior to the Petition date.**
**See attached Disclosure of**
**Compensation of Attorney for**
**Debtor for further details.**

| | | | | |
|---|---|---|---|---|
| 11.2. | **CSA Partners LLC**<br>**2355 Westwood Boulevard**<br>**Suite 1505**<br>**Los Angeles, CA 90064** | | **12/19/2022** | **$62,500.00** |

Email or website address

Who made the payment, if not debtor?

| | | | | |
|---|---|---|---|---|
| 11.3. | **Force 10 Partners**<br>**5271 California Avenue**<br>**Suite 270**<br>**Irvine, CA 92617** | | **12/19/2022** | **$126,000.00** |

Email or website address
www.force10partners.com

Who made the payment, if not debtor?

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | **Better Nutritionals LLC** | Case number *(if known)* **6:22-bk-14723-MH** |
|---|---|---|

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1.    **17120 South Figueroa St** **Gardena, CA 90248** | **1/1/2015 to present** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor   **Better Nutritionals LLC** _____   Case number (if known) **6:22-bk-14723-MH**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America**<br>**8760 Wilshire Boulevard**<br>**Suite 100**<br>**Beverly Hills, CA 90211** | XXXX-6489 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 1/11/2023 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Brothers Freight Management LLC**<br>**11070 Mulberry Avenue**<br>**Suite A**<br>**Fontana, CA 92337** | **Anthony Davidson, Paul Anton, Matt Myers, Ariel Guizar and Sharon Hoffman**<br>**3390 Horseless Carriage Dr, Norco, CA 92860** | **Inventory Overflow** | ☐ No<br>■ Yes |
| **Vero Aesthetics LLC**<br>**5694 Mission Center Road**<br>**Suite 602-956**<br>**San Diego, CA 92108** | **Anthony Davidson, Paul Anton, Matt Myers, Ariel Guizar and Sharon Hoffman**<br>**3390 Horseless Carriage Dr, Norco, CA 92860** | **Inventory Overflow** | ☐ No<br>■ Yes |
| **Total Transportation Logistics Inc**<br>**4325 Etiwanda Avenue**<br>**Mira Loma, CA 91752** | **Anthony Davidson, Paul Anton, Matt Myers, Ariel Guizar and Sharon Hoffman**<br>**3390 Horseless Carriage Dr, Norco, CA 92860** | **Machinery & Equipment Overflow** | ☐ No<br>■ Yes |
| **McLane Group International LP**<br>**14855 Innovation Drive**<br>**March Air Reserve Base, CA 92518** | **Anthony Davidson, Paul Anton, Matt Myers, Ariel Guizar and Sharon Hoffman**<br>**3390 Horseless Carriage Dr, Norco, CA 92860** | **Inventory Overflow** | ☐ No<br>■ Yes |

Debtor    **Better Nutritionals LLC**                                   Case number *(if known)* **6:22-bk-14723-MH**

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Capitol Food Company**<br>**12836 Alondra Boulevard**<br>**Cerritos, CA 90703** | **Anthony Davidson, Paul Anton, Matt Myers, Ariel Guizar and Sharon Hoffman**<br>**3390 Horseless Carriage Dr, Norco, CA 92860** | **Inventory Overflow** | ■ No<br>☐ Yes |
| **BGI Worldwide Logistics, Inc**<br>**3110 East Via Mondo**<br>**E. Rancho Domingo, CA 90221** | **Anthony Davidson, Paul Anton, Matt Myers, Ariel Guizar and Sharon Hoffman**<br>**3390 Horseless Carriage Dr, Norco, CA 92860** | **Inventory Overflow** | ■ No<br>☐ Yes |
| **Alpha Packaging Inc**<br>**889 East Alvarado Street**<br>**Unit G**<br>**Pomona, CA 91767** | **Anthony Davidson, Paul Anton, Matt Myers, Ariel Guizar and Sharon Hoffman**<br>**3390 Horseless Carriage Dr, Norco, CA 92860** | **Inventory Overflow** | ■ No<br>☐ Yes |
| **Repair Machine & Engineering Inc**<br>**570 West 184th Street**<br>**Gardena, CA 90248** | **Anthony Davidson, Paul Anton, Matt Myers, Ariel Guizar and Sharon Hoffman**<br>**3390 Horseless Carriage Dr, Norco, CA 92860** | **Machinery & Equipment Overflow** | ■ No<br>☐ Yes |
| **California Cartage Brkrge Services LL**<br>**12836 Alondra Boulevard**<br>**Cerritos, CA 90703** | **Anthony Davidson, Paul Anton, Matt Myers, Ariel Guizar and Sharon Hoffman**<br>**3390 Horseless Carriage Dr, Norco, CA 92860** | **Inventory Overflow** | ■ No<br>☐ Yes |
| **National Distribution Centers, LLC**<br>**15710 Mountain Avenue**<br>**Chino, CA 91708** | **Anthony Davidson, Paul Anton, Matt Myers, Ariel Guizar and Sharon Hoffman**<br>**3390 Horseless Carriage Dr, Norco, CA 92860** | **Inventory Overflow** | ■ No<br>☐ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Debtor | **Better Nutritionals LLC** | | Case number *(if known)* | **6:22-bk-14723-MH** |
|---|---|---|---|---|

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Ariel Guizar<br>21715 The Trails Circle<br>Murrieta, CA 92562 | 3300 Horseless Carriage Drive<br>Norco, CA 92860 | SPG Co. Ltd Conveyors;<br>NJM Packaging Systems<br>Model: PACE 360-S002;<br>Surekap, Model: SK6000-18;<br>Pharma-Line M-300;<br>Cap Retorquer;<br>Combined Capper;<br>Kaps All Capper;<br>Marburg Neckbander | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Ariel Guizar<br>21715 The Trails Circle<br>Murrieta, CA 92562 | 17120 South Figueroa Street<br>Gardena, CA 90248 | Miscellaneous Maintenance Equipment;<br>Blister Pack | Unknown |

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Better Nutritionals<br>3380 Horseless Carriage<br>Norco, CA 92860 | City of Norco<br>2870 Clark Avenue<br>Norco, CA 92860 | Title 40, Part 403,<br>Municipal Code Chapter<br>14.08; Ordinance 1005 | 1/6/2022,<br>1/26/2022,<br>2/7/2022,<br>2/17/2022,<br>2/28/2022,<br>3/21/2022,<br>4/14/2022,<br>4/21/2022,<br>5/19/2022,<br>6/1/2022,<br>6/6/2022,<br>7/19/2022,<br>8/22/2022,<br>9/23/2022,<br>10/5/2022,<br>10/17/2022 |

| Debtor | **Better Nutritionals LLC** | Case number *(if known)* **6:22-bk-14723-MH** |
|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Paul Anton**<br>**16250 Homecoming Drive**<br>**Unit 1572**<br>**Chino, CA 91708** | **11/9/2020 to**<br>**12/20/2022** |
| 26a.2. | **Mario Pacheco**<br>**3390 Horseless Carriage Drive**<br>**Norco, CA 92860** | **8/9/2021 to**<br>**12/20/2022** |
| 26a.3. | **Elena Moyano**<br>**17120 South Figueroa Street**<br>**Gardena, CA 90248** | **7/10/2016 to**<br>**3/15/2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **PricewaterhouseCoopers LLP**<br>**601 South Figueroa Street**<br>**Los Angeles, CA 90017** | **2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

Debtor    **Better Nutritionals LLC**_____    Case number *(if known)*  **6:22-bk-14723-MH**

**Name and address**

| | |
|---|---|
| 26d.1. | **PricewaterhouseCoopers LLP**<br>**601 South Figueroa Street**<br>**Los Angeles, CA 90017** |
| 26d.2. | **William Hood & Company**<br>**555 Madison Avenue**<br>**New York, NY 10022** |
| 26d.3. | **WS Capital Advisors**<br>**700 South Rosemary Avenue**<br>**Suite 204**<br>**West Palm Beach, FL 33401** |
| 26d.4. | **Goli Nutrition Inc**<br>**1 Westmont Square**<br>**Suite 1500**<br>**H3Z2P9**<br>**Montreal QC** |
| 26d.5. | **Atos IT Solutions and Services Inc**<br>**2500 Westchester Avenue**<br>**Suite 300**<br>**Purchase, NY 10577** |
| 26d.6. | **New Mountain Capital**<br>**1633 Broadway**<br>**48th Floor**<br>**New York, NY 10019** |
| 26d.7. | **Cornell Capital LLC**<br>**499 Park Avenue**<br>**21st Floor**<br>**New York, NY 10012** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐    No

■    Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1 **Anthony Davidson** | **12/31/2021** | **Net book value $36,464,928.25** |
| Name and address of the person who has possession of inventory records<br>**Matthew Myers**<br>**3390 Horseless Carriage**<br>**Norco, CA 92860** | | |
| 27.2 **Anthony Davidson** | **12/31/2022** | **Net book value $25,012,394.00** |
| Name and address of the person who has possession of inventory records<br>**Matthew Myers**<br>**3390 Horseless Carriage**<br>**Norco, CA 92860** | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | **Better Nutritionals LLC** | | Case number (if known) **6:22-bk-14723-MH** |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| RGL Holdings LLC | 3390 Horseless Carriage Drive Norco, CA 92860 | Owner | 75% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sharon Hoffman | 3390 Horseless Carriage Drive Norco, CA 92860 | Officer/Manager | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Odelya Hoffman | 3390 Horseless Carriage Drive Norco, CA 92860 | | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ariel Guizar | 3390 Horseless Carriage Drive Norco, CA 92860 | | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Roger Tyre | 24804 West Patton Road Wittmann, AZ 85361 | Former COO | 5/7/18 to 12/20/22 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Patrick Morin | 35 Sonrisa Irvine, CA 92620 | Former General Counsel | 12/6/21 to 11/3/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Paul Anton | 16250 Homecoming Drive Unit 1572 Chino, CA 91708 | Former CFO | 11/9/2020 to 12/20/2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Zant Chapelo | 9024 Cynthia Street West Hollywood, CA 90069 | Former Chief People Officer | 12/10/21 to 2/8/22 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Better Nutritionals LLC**                                    Case number *(if known)*  **6:22-bk-14723-MH**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See attached | See attached | See attached | See attached |
| | Relationship to debtor<br>See attached | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

   **Name of the parent corporation**                         **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

   **Name of the pension fund**                               **Employer Identification number of the pension fund**

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 20, 2023

_____                 **Sharon Hoffman**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

SOFA 2 ATTACHMENT
Non-Business Revenue

**SOFA 2**

*Non-Business Revenue*

| From | To | Sources of Revenue | Gross Revenue | |
|------|------|------|------|------|
| 1/1/2022 | 12/19/2022 | Fedex Commercial | $ | 6,000.00 |
| 1/1/2022 | 12/19/2022 | PPP Loan Forgiveness | $ | 510,825.00 |
| 1/1/2022 | 12/19/2022 | Sale of Container and Pallets | $ | 29,510.24 |
| 1/1/2022 | 12/19/2022 | Gain on Sale of truck | $ | 14,422.08 |
| 1/1/2022 | 12/19/2022 | Gain on equipment sold (AC units, drying racks, and plastic stacking trays) | $ | 69,988.48 |
| | | | $ | 630,745.80 |

Certain payments or transfers to creditors within 90 days before filing this case

**SOFA 3**

*Certain payments or transfers to creditors within 90 days before filing this case*

| Creditor's Name | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|
| Allied Universal Security Services | 9/26/2022 | ($11,209.60) | Services |
| Allied Universal Security Services | 10/4/2022 | ($13,639.24) | Services |
| Allied Universal Security Services | 10/7/2022 | ($11,209.60) | Services |
| Allied Universal Security Services | 10/14/2022 | ($11,209.60) | Services |
| Allied Universal Security Services | 10/24/2022 | ($11,209.60) | Services |
| Allied Universal Security Services | 10/28/2022 | ($13,639.24) | Services |
| Allied Universal Security Services | 11/4/2022 | ($11,209.60) | Services |
| Allied Universal Security Services | 11/14/2022 | ($11,209.60) | Services |
| Allied Universal Security Services | 12/14/2022 | ($11,209.60) | Services |
| Allied Universal Security Services | 12/16/2022 | ($11,216.08) | Services |
| Allied Universal Security Services | 12/16/2022 | ($24,842.36) | Services |
| Alpha Packaging Inc | 10/25/2022 | ($30,047.19) | Supplier or vendor |
| AMEX | 9/30/2022 | ($13,352.51) | Supplier or Vendor |
| Assured Audit Pest Prevention | 11/4/2022 | ($9,126.00) | Services |
| AT&T | 12/9/2022 | ($7,425.99) | Supplier or Vendor |
| B&D Nutritional Ingredients | 10/24/2022 | ($30,000.00) | Supplier or vendor |
| Banc of America Leasing | 12/6/2022 | ($29,158.40) | Supplier or vendor |
| Belmark, Inc | 9/26/2022 | ($14,420.32) | Supplier |
| BRS Beyond Resource Solutions, Inc | 9/22/2022 | ($15,000.00) | Temp Labor |
| California Department of Public Health | 12/6/2022 | ($15,389.00) | Supplier or vendor |
| CalSavers | 9/26/2022 | ($6,847.91) | Employee savings deposit |
| CalSavers | 9/26/2022 | ($7,393.29) | Employee savings deposit |
| Capitol Food Company | 9/22/2022 | ($29,750.00) | Supplier or Vendor |
| Capitol Food Company | 10/12/2022 | ($42,673.40) | Supplier or Vendor |
| Capitol Food Company | 10/24/2022 | ($29,750.00) | Supplier or Vendor |
| Capitol Food Company | 10/28/2022 | ($29,750.00) | Supplier or Vendor |
| Capitol Food Company | 11/4/2022 | ($32,070.78) | Supplier or Vendor |
| Capitol Food Company | 11/14/2022 | ($26,997.50) | Supplier or Vendor |
| Capitol Food Company | 11/21/2022 | ($26,987.50) | Supplier or Vendor |
| Cigna Healthcare | 10/28/2022 | ($51,200.35) | Employee Healthcare |
| Cigna Healthcare | 11/4/2022 | ($50,378.80) | Employee Healthcare |
| Cigna Healthcare | 11/18/2022 | ($48,448.73) | Employee Healthcare |
| Cigna Healthcare | 12/16/2022 | ($49,698.23) | Employee Healthcare |
| Cintas Corp | 10/20/2022 | ($103,955.58) | Services |
| Ciranda, Inc | 10/7/2022 | ($10,000.00) | supplier or vendor |

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|
| Ciranda, Inc | 10/21/2022 | ($10,000.00) | supplier or vendor |
| Ciranda, Inc | 11/4/2022 | ($10,000.00) | supplier or vendor |
| Ciranda, Inc | 11/18/2022 | ($10,000.00) | supplier or vendor |
| Coastal Pallet Solutions | 11/4/2022 | ($10,045.00) | Supplier or vendor |
| Coastal Pallet Solutions | 11/8/2022 | ($10,960.00) | Supplier or vendor |
| CSA Partners LLC | 12/19/2023 | ($62,500.00) | Services |
| Custom Ingredients Inc | 10/25/2022 | ($11,116.28) | Supplier or Vendor |
| Custom Ingredients Inc | 10/25/2022 | ($31,600.86) | Supplier or Vendor |
| Custom Ingredients Inc | 11/4/2022 | ($7,816.46) | Supplier or Vendor |
| Custom Ingredients Inc | 11/18/2022 | ($10,533.62) | Supplier or Vendor |
| Custom Ingredients Inc | 12/15/2022 | ($30,306.52) | Supplier or Vendor |
| Danning, Gill, Israel & Krasnoff, LLP | 10/4/2022 | ($50,000.00) | Services |
| Danning, Gill, Israel & Krasnoff, LLP | 12/19/2023 | ($125,000.00) | Services |
| David Kreizinger | 11/7/2022 | ($31,577.50) | Services |
| David Kreizinger | 12/16/2022 | ($18,900.00) | Services |
| De Lage Landen Financial Services, INC. | 9/23/2022 | ($105,900.46) | Supplier or vendor |
| De Lage Landen Financial Services, INC. | 10/4/2022 | ($34,353.65) | Supplier or vendor |
| Edgewood Partners Ins. Center | 9/26/2022 | ($146,968.00) | Services |
| Equipnet Inc | 11/4/2022 | ($19,371.54) | Supplier or vendor |
| Eurofins Botanical Testing Inc. | 12/16/2022 | ($56,273.95) | Services |
| Fifth Nutrisupply | 9/22/2022 | ($27,520.00) | Supplier or vendor |
| First Insurance Funding | 10/13/2022 | ($49,654.07) | Services |
| First Insurance Funding | 11/8/2022 | ($49,654.07) | Services |
| Flag Solutions LLC | 11/8/2022 | ($13,363.09) | Supplier or Vendor |
| Folkenflik & McGerity | 12/19/2023 | ($105,781.00) | Services |
| Folkenflik & Mcgerity, LLP | 11/7/2022 | ($100,000.00) | Services |
| Force 10 Partners | 12/19/2023 | ($126,000.00) | Services |
| Franchise Tax Board | 10/28/2022 | ($15,540.91) | Supplier or vendor |
| Glanbia Nutritionals | 10/25/2022 | ($8,736.00) | Supplier or vendor |
| Glanbia Nutritionals | 11/2/2022 | ($17,705.00) | Supplier or vendor |
| Green Wave Ingredients, Inc. | 10/25/2022 | ($40,146.60) | Supplier or vendor |
| Green Wave Ingredients, Inc. | 10/28/2022 | ($19,260.00) | Supplier or vendor |
| Harvery Tanton | 12/19/2023 | ($38,658.00) | Services |
| Herbstreith & Fox, Inc. | 10/6/2022 | ($20,000.00) | Services |
| Herbstreith & Fox, Inc. | 10/21/2022 | ($20,000.00) | Services |
| Herbstreith & Fox, Inc. | 11/4/2022 | ($20,000.00) | Services |
| Herbstreith & Fox, Inc. | 11/18/2022 | ($20,000.00) | Services |
| Impact LA, LLC | 10/4/2022 | ($9,078.80) | Supplier or vendor |

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|
| Impact LA, LLC | 10/4/2022 | ($53,749.22) | Supplier or vendor |
| Impact LA, LLC | 12/16/2022 | ($50,000.00) | Supplier or vendor |
| Jesco Electric, Inc. | 9/30/2022 | ($70,000.00) | Supplier or vendor |
| Keyence Corporation | 11/18/2022 | ($21,380.01) | Supplier or vendor |
| Larios Repair Services LRS Equipment Corporation | 10/28/2022 | ($11,876.51) | Supplier or Vendor |
| Liquid Bottles | 10/18/2022 | ($12,383.00) | Supplier or Vendor |
| Los Angeles County Tax Collector | 11/18/2022 | ($10,394.21) | Supplier or vendor |
| LYCORED CORP | 10/6/2022 | ($20,000.00) | Supplier or Vendor |
| LYCORED CORP | 10/21/2022 | ($20,000.00) | Supplier or Vendor |
| LYCORED CORP | 11/4/2022 | ($20,000.00) | Supplier or Vendor |
| LYCORED CORP | 11/18/2022 | ($20,000.00) | Supplier or Vendor |
| Macis Kumagai PC | 12/19/2023 | ($38,658.00) | Services |
| MDM Packaging | 9/22/2022 | ($6,972.12) | supplier or vendor |
| MKPC | 9/29/2022 | ($20,544.70) | Services |
| MKPC | 11/8/2022 | ($18,018.50) | Services |
| MKPC | 11/8/2022 | ($25,000.00) | Services |
| MKPC | 12/7/2022 | ($36,181.40) | Services |
| Mow Law Firm | 10/7/2022 | ($15,000.00) | Services |
| Munters Corporation | 10/6/2022 | ($71,161.00) | Supplier or vendor |
| Nationwide | 9/28/2022 | ($27,906.20) | services |
| Nationwide | 11/30/2022 | ($55,816.40) | services |
| NSF International | 10/26/2022 | ($10,155.00) | Supplier or vendor |
| Oracle America, Inc | 12/16/2022 | ($43,102.09) | Supplier or vendor |
| Organico Naturale Inc | 9/22/2022 | ($29,495.00) | Supplier or Vendor |
| Organico Naturale Inc | 10/12/2022 | ($25,025.00) | Supplier or Vendor |
| Organico Naturale Inc | 11/14/2022 | ($39,150.00) | Supplier or Vendor |
| ORTHODOX UNION | 10/27/2022 | ($15,435.00) | services |
| Paradigm Packaging West LLC | 9/22/2022 | ($18,310.84) | supplier or vendor |
| Paradigm Packaging West LLC | 10/6/2022 | ($27,408.61) | supplier or vendor |
| Paradigm Packaging West LLC | 10/6/2022 | ($27,408.61) | supplier or vendor |
| Paradigm Packaging West LLC | 10/13/2022 | ($14,617.93) | supplier or vendor |
| Paradigm Packaging West LLC | 10/13/2022 | ($27,408.61) | supplier or vendor |
| Paradigm Packaging West LLC | 10/28/2022 | ($19,290.35) | supplier or vendor |
| Paradigm Packaging West LLC | 10/28/2022 | ($38,081.89) | supplier or vendor |
| Phillips Nizer LLP | 9/22/2022 | ($21,750.00) | Services |
| Phillips Nizer LLP | 10/4/2022 | ($27,502.75) | Services |
| Phillips Nizer LLP | 11/14/2022 | ($10,650.00) | Services |
| Polygon US Corporation | 9/29/2022 | ($15,000.00) | Supplier or vendor |

In re: Better Nutritionals LLC
Case No. 6:22-bk-14723-MH

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|
| Polygon US Corporation | 12/9/2022 | ($15,000.00) | Supplier or vendor |
| Polygon US Corporation | 12/16/2022 | ($10,000.00) | Supplier or vendor |
| Precision Label, Inc. | 10/17/2022 | ($28,738.88) | Supplier or vendor |
| Precision Label, Inc. | 11/2/2022 | ($19,262.00) | Supplier or vendor |
| Precision Label, Inc. | 12/12/2022 | ($10,713.84) | Supplier or vendor |
| Prinova US LLC | 10/25/2022 | ($9,524.78) | Supplier or vendor |
| Prosponsive Logistics | 11/18/2022 | ($36,322.44) | Supplier or vendor |
| Prosweetz Ingredients inc | 9/22/2022 | ($6,900.00) | Supplier or Vendor |
| Puretec Industrial Water | 9/22/2022 | ($19,083.57) | services |
| Reed Smith, LLP | 10/4/2022 | ($50,000.00) | Services |
| Reliable Premium Management Inc | 9/22/2022 | ($10,759.60) | Workers Comp |
| Reliable Premium Management Inc | 10/13/2022 | ($11,189.09) | Workers Comp |
| Reliable Premium Management Inc | 10/13/2022 | ($11,859.44) | Workers Comp |
| Reliable Premium Management Inc | 10/26/2022 | ($11,244.36) | Workers Comp |
| Reliable Premium Management Inc | 10/27/2022 | ($13,180.11) | Workers Comp |
| Reliable Premium Management Inc | 11/9/2022 | ($13,245.61) | Workers Comp |
| Reliable Premium Management Inc | 11/28/2022 | ($12,973.13) | Workers Comp |
| Reliable Premium Management Inc | 12/8/2022 | ($12,418.65) | Workers Comp |
| RGL Management | 10/3/2022 | ($55,000.00) | Related Party- Rent |
| RGL Management | 10/4/2022 | ($70,000.00) | Related Party- Rent |
| RGL Management | 11/4/2022 | ($80,000.00) | Related Party- Rent |
| RGL Management | 12/7/2022 | ($50,000.00) | Related Party- Rent |
| Rite Staff, Inc. | 11/4/2022 | ($14,614.19) | Temp Labor |
| Rite Staff, Inc. | 12/9/2022 | ($53,271.47) | Temp Labor |
| Rite Staff, Inc. | 12/16/2022 | ($54,275.02) | Temp Labor |
| Ross Libenson | 12/19/2023 | ($3,402.00) | Services |
| Royal Industrial Solutions | 12/1/2022 | ($12,312.10) | Supplier or Vendor |
| Safety Compliance & Consulting Services | 9/26/2022 | ($12,412.00) | services |
| SFI Ltd LP, dba Figueroa Business Center | 10/21/2022 | ($7,202.00) | Rent |
| SFI Ltd LP, dba Figueroa Business Center | 10/21/2022 | ($7,406.00) | Rent |
| SFI Ltd LP, dba Figueroa Business Center | 10/21/2022 | ($7,635.00) | Rent |
| SFI Ltd LP, dba Figueroa Business Center | 11/14/2022 | ($6,941.00) | Rent |
| SFI Ltd LP, dba Figueroa Business Center | 12/12/2022 | ($6,941.00) | Rent |
| Silliker, Inc. | 10/6/2022 | ($50,892.86) | Supplier |
| Silliker, Inc. | 10/25/2022 | ($33,621.10) | Supplier |
| Silliker, Inc. | 12/2/2022 | ($88,653.74) | Supplier |
| SoCal Gas | 10/31/2022 | ($7,497.43) | Supplier or vendor |
| SoCal Gas | 10/31/2022 | ($11,578.20) | Supplier or vendor |

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|
| SoCal Gas | 11/18/2022 | ($18,946.44) | Supplier or vendor |
| SoCal Gas | 12/5/2022 | ($7,022.62) | Supplier or vendor |
| Southern California Edison | 11/17/2022 | ($168,185.00) | Supplier or Vendor |
| Stratum HR, LLC | 9/23/2022 | ($102,694.42) | Temp Labor |
| Stratum HR, LLC | 9/30/2022 | ($85,551.34) | Temp Labor |
| Stratum HR, LLC | 10/7/2022 | ($83,115.06) | Temp Labor |
| Stratum HR, LLC | 10/14/2022 | ($58,240.42) | Temp Labor |
| Stratum HR, LLC | 10/24/2022 | ($45,905.37) | Temp Labor |
| Stratum HR, LLC | 10/28/2022 | ($64,211.96) | Temp Labor |
| Stratum HR, LLC | 11/4/2022 | ($66,061.39) | Temp Labor |
| Stratum HR, LLC | 11/18/2022 | ($57,348.41) | Temp Labor |
| Stratum HR, LLC | 12/9/2022 | ($72,058.21) | Temp Labor |
| Stratum HR, LLC | 12/16/2022 | ($79,585.48) | Temp Labor |
| Stursberg & Associates | 11/7/2022 | ($100,000.00) | Services |
| Suitable Staffing Solution, Inc. | 10/3/2022 | ($250,000.00) | Temp Labor |
| Sunbelt Rentals, Inc. | 10/4/2022 | ($11,283.26) | supplier or vendor |
| Sunbelt Rentals, Inc. | 11/1/2022 | ($11,283.26) | supplier or vendor |
| Sunbelt Rentals, Inc. | 12/7/2022 | ($11,283.26) | supplier or vendor |
| Sursberg and Associates LLC | 12/19/2023 | ($100,000.00) | Services |
| Taral Plastics | 10/21/2022 | ($50,000.00) | Supplier or Vendor |
| Taral Plastics | 11/22/2022 | ($50,000.00) | Supplier or Vendor |
| THE FLAVOR FACTORY, INC. | 12/14/2022 | ($28,800.39) | Supplier or Vendor |
| Total Quality Logistics | 11/4/2022 | ($111,500.00) | Supplier or Vendor |
| Total Transportation Logistics, Inc. | 10/11/2022 | ($77,000.00) | Supplier or Vendor |
| Total Transportation Logistics, Inc. | 11/4/2022 | ($77,394.12) | Supplier or Vendor |
| Triple A Pumping & Jetting Services, Inc. | 12/13/2022 | ($10,104.50) | Supplier or Vendor |
| United Transportation Services, Inc | 9/22/2022 | ($12,075.00) | Supplier or vendor |
| Verizon | 10/28/2022 | ($12,037.32) | supplier or vendor |
| Vitality Works Inc. | 10/31/2022 | ($11,925.00) | Supplier or vendor |
| Waste Management Corona Hauling | 9/27/2022 | ($8,078.35) | Supplier or vendor |
| Waste Resources Carson | 10/31/2022 | ($19,971.11) | supplier or vendor |
| Western Freight Carrier Inc | 12/7/2022 | ($18,515.21) | supplier or vendor |
| William R. Thompson | 9/26/2022 | ($7,500.00) | Services |
| William R. Thompson | 10/7/2022 | ($7,500.00) | Services |
| William R. Thompson | 11/14/2022 | ($7,500.00) | Services |

($6,219,527.44)

In re: Better Nutritionals LLC
Case No. 6:22-bk-14723-MH

**SOFA 4**

*Payments or other transfers of property made within 1 year before filing this case that benefited any insider*

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 12/5/2022 | 4,909.32 | Employer Sponsored Benefits |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 12/31/2021 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 1/14/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 1/28/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 2/11/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 2/25/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 3/11/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 3/25/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 4/8/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 4/22/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 5/6/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 5/20/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 6/3/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 6/17/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 7/1/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 7/15/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 7/29/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 8/12/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 8/26/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 9/9/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 9/23/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 10/7/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 10/21/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 11/4/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 11/18/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 12/2/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 12/16/2022 | 8,846.14 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 12/5/2022 | 49.14 | Employer Sponsored Benefits |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 12/31/2021 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 1/14/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 1/28/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 2/11/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 2/25/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 3/11/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 3/25/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 4/8/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 4/22/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 5/6/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 5/20/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 6/3/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 6/17/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 7/1/2022 | 4,615.39 | Gross Salary |

**SOFA 4 ATTACHMENT**
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 7/15/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 7/29/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 8/12/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 8/26/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 9/9/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 9/23/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 10/7/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 10/21/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 11/4/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 11/18/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 12/2/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 12/16/2022 | 4,615.39 | Gross Salary |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 1/3/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 2/3/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 3/3/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 4/4/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 5/3/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 6/3/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 7/5/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 8/3/2022 | 1,261.03 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 9/6/2022 | 1,261.03 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 10/3/2022 | 1,261.03 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 11/3/2022 | 1,261.03 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 12/5/2022 | 1,261.03 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 12/5/2022 | 1,797.60 | Employer Sponsored Benefits |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 12/31/2021 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 1/14/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 1/28/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 2/11/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 2/25/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 3/11/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 3/25/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 4/8/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 4/22/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 5/6/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 5/20/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 6/3/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 6/17/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 7/1/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 7/15/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 7/29/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 8/12/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 8/26/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 9/9/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 9/23/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 10/7/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 10/21/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 11/4/2022 | 6,923.08 | Gross Salary |

SOFA 4 ATTACHMENT
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 11/18/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 12/2/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 12/16/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 12/20/2021 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 1/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 2/22/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 3/21/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 4/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 5/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 6/21/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 7/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 8/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 9/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 10/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 11/21/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 12/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 12/5/2022 | 43.47 | Employer Sponsored Benefits |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 12/31/2021 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 1/14/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 1/28/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 2/11/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 2/25/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 3/11/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 3/25/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 4/8/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 4/22/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 5/6/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 5/20/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 6/3/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 6/17/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 7/1/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 7/15/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 7/29/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 8/12/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 8/26/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 9/9/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 9/23/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 10/7/2022 | 12,884.62 | Gross Salary |

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 10/21/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 11/4/2022 | 12,884.62 | Gross Salary |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 2/2/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 3/8/2022 | 25,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 4/11/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 5/4/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 6/7/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 7/8/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 8/9/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 9/7/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 10/3/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 11/4/2022 | 80,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 12/7/2022 | 50,000.00 | Payments to RGL for Gardena facility Rent |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 1/11/2022 | 134,279.00 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 2/2/2022 | 350,020.21 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 3/2/2022 | 448,515.52 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 4/8/2022 | 452,471.27 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 5/4/2022 | 464,354.32 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 6/13/2022 | 457,968.65 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 7/19/2022 | 498,268.12 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 9/22/2022 | 543,780.97 | Paid by Goli, deducted from their AR balance |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 12/5/2022 | 284.70 | Employer Sponsored Benefits |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 10/7/2022 | 108.85 | Expense Reimbursement |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 11/4/2022 | 941.65 | Expense Reimbursement |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 12/31/2021 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 1/14/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 1/28/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 2/11/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 2/25/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 3/11/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 3/25/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 4/8/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 4/22/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 5/6/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 5/20/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 6/3/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 6/17/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 7/1/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 7/15/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 7/29/2022 | 9,230.79 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 8/12/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 8/26/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 9/9/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 9/23/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 10/7/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 10/21/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 11/4/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 11/18/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 12/2/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 12/16/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 12/16/2022 | 4,536.61 | Expense Reimbursement |

Total    5,063,351.45

*In re Better Nutritionals, LLC*                                          *Case no. 6:22-bk-14723-MH*

### SOFA 7 ATTACHMENT
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits
(Does not include any workers compensation proceedings)

| Case Name | Court | Case Number | Disposition |
|---|---|---|---|
| Golo, LLC v. Goli Nutrition, Inc. | C.D. Cal. | 2:21-cv-02348-VAP | Pending |
| Alarcon v. Better Nutritionals, LLC | Los Angeles Sup. Ct. | 21STCV144991 | Pending |
| Torres v. Suitable Staffing Solutions, Inc. | Los Angeles Sup. Ct. | 21STCV39910 | Dismissed |
| Contreras v. Suitable Staffing Solutions, Inc. | Los Angeles Sup. Ct. | 22STCV01638 | Pending |
| Oxford Restructuring Advisors, LLC v. Better Nutritionals, LLC | Bankr. E.D. Ky. | 5:22-ap-05042-GRS | Dismissed |
| Atos IT Solutions and Services, Inc. v. Better Nutritionals | Riverside Sup. Ct. | CVRI2201684 | Pending |
| KC Global Network, Inc. v. Better Nutritionals, LLC | Los Angeles Sup. Ct. | 22VECV00707 | Pending |
| Craig Mechanical, Inc. v. Caliber Construction, Inc. | Riverside Sup. Ct. | CVRI2202125 | Pending |
| Caliber Construction, Inc. v. Hoffman | Riverside Sup. Ct. | CVRI2202604 | Pending |
| Total Quality Logistics LLC v. Better Nutritionals, LLC | Ohio state court | 2022 CVH 00587 | Judgment |
| Suitable Staffing Solutions v. Better Nutritionals, LLC | Los Angeles Sup. Ct. | 22STCV21235 | Judgment |
| Vector Resources, Inc. v. Better Nutritionals, LLC | Riverside Sup. Ct. | CVRI2202769 | Pending |
| Chancey Martin Corp. dba Taral Plastics v. Better Nutritionals, LLC | San Francisco Sup. Ct. | CGC-22-600701 | Pending |
| Globaltranz Enterprises, LLC v. Better Nutritionals, LLC | Riverside Sup. Ct. | CVRI2203216 | Pending |
| Captain Pallets, Inc. v. Better Nutritionals, LLC | Riverside Sup. Ct. | CVRI2203323 | Pending |
| Clemente v. Better Nutritionals, LLC | Los Angeles Sup. Ct. | 22STCV25448 | Pending |
| Consolidated Electrical Distributors, Inc. v. Saddle Ranch APG LLC | Riverside Sup. Ct. | CVRI2203320 | Dismissed |
| Citistaff Solutions, Inc. v. Better Nutritionals, LLC | Riverside Sup. Ct. | CVRI2203468 | Pending |
| Beyond Resource Solutions, Inc. dba BRS Staffing v. Better Nutritionals, LLC | O.C. Sup. Ct. | 30-2022-01278103-CU-BC-CJC | Pending |
| Allen Packaging Co. v. Better Nutritionals, LLC | O.C. Sup. Ct. | 30-2022-01278542-CU-BC-CJC | Pending |
| Rosscrete Roofing, Inc. v. Caliber Construction, Inc. | Riverside Sup. Ct. | CVRI2203742 | Pending |
| Zaragoza v. Better Nutritionals, LLC | Riverside Sup. Ct. | CVRI2203752 | Pending |
| Servicon Systems, Inc. v. Better Nutritionals, LLC | Riverside Sup. Ct. | CVRI2203805 | Pending |

*In re Better Nutritionals, LLC*                                   *Case no. 6:22-bk-14723-MH*

### SOFA 7 ATTACHMENT

Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits
(Does not include any workers compensation proceedings)

| Case Name | Court | Case Number | Disposition |
|---|---|---|---|
| Caputo v. Goli Nutrition, Inc. | S.D.N.Y. | 1:22-cv-07723-RA | Dismissed |
| CPS Southwest, Inc. v. Better Nutritionals, LLC | O.C. Sup. Ct. | 30-2022-01280291-CU-BC-NJC | Pending |
| McClane Global Logistics LLC v. Better Nutritionals, LLC | Riverside Sup. Ct. | CVRI2203959 | Pending |
| Canyon Plastics, Inc. v. Better Nutritionals, LLC | Riverside Sup. Ct. | CVRI2203982 | Pending |
| L.A. Arena Funding, LLC v. Better Nutritionals, LLC | JAMS | 5220001680 | Pending |
| Berry Global, Inc. v. Better Nutritionals, LLC | S.D. Ind. | 3:22-cv-00154-RLY | Pending |
| Conveyor & Automation Technologies, Inc. v. Better Nutritionals, LLC | Circuit Ct. for Baltimore County, Maryland | C-03-CV-22-004017 | Pending |
| Wholesome Sweeteners, Inc. v. Better Nutritionals, LLC | AAA | 01-22-0004-3419 | Pending |
| Creditors Adjustment Bureau, Inc. v. Better Nutritionals, Inc. | Riverside Sup. Ct. | CVRI2204770 | Pending |
| Used Cardboard Boxes, Inc. v. Better Nutritionals, LLC | Los Angeles Sup. Ct. | 22STCV35221 | Pending |
| Custom Ingredients, Inc., dba Custom Flavors v. Better Nutritionals, LLC | O.C. Sup. Ct. | 30-2022-01295401-CU-CL-CJC | Pending |
| Baldwa v. Better Nutritionals, LLC | Riverside Sup. Ct. | CVRI2205378 | Pending |
| Together Trade and Commerce LLC v. Better Nutritionals, LLC | S.D. Sup. Ct. | 37-2022-00049869-CU-CO-CTL | Pending |
| Mettler-Toledo LLC v. Better Nutritionals, LLC | Ohio state court | 22-CV-8824 | Pending |

SOFA 30 ATTACHMENT
Payments, distributions, or withdrawals credited or given to insiders

**SOFA 30**

*Payments, distributions, or withdrawals credited or given to insiders*

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 12/5/2022 | 4,909.32 | Employer Sponsored Benefits |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 12/31/2021 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 1/14/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 1/28/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 2/11/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 2/25/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 3/11/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 3/25/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 4/8/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 4/22/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 5/6/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 5/20/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 6/3/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 6/17/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 7/1/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 7/15/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 7/29/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 8/12/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 8/26/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 9/9/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 9/23/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 10/7/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 10/21/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 11/4/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 11/18/2022 | 8,846.14 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 12/2/2022 | 8,846.15 | Gross Salary |
| ANTON, PAUL JAMES | 16250 HOMECOMING DR, UNIT 1572 | Chino | CA | 91708 | USA | Former CFO | 12/16/2022 | 8,846.14 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 12/5/2022 | 49.14 | Employer Sponsored Benefits |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 12/31/2021 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 1/14/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 1/28/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 2/11/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 2/25/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 3/11/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 3/25/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 4/8/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 4/22/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 5/6/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 5/20/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 6/3/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 6/17/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 7/1/2022 | 4,615.39 | Gross Salary |

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 7/15/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 7/29/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 8/12/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 8/26/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 9/9/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 9/23/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 10/7/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 10/21/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 11/4/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 11/18/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 12/2/2022 | 4,615.39 | Gross Salary |
| GUIZAR, ARIEL | 21715 THE TRAILS CIRCLE | Murrieta | CA | 92562 | USA | Director of Business Operations | 12/16/2022 | 4,615.39 | Gross Salary |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 1/3/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 2/3/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 3/3/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 4/4/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 5/3/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 6/3/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 7/5/2022 | 1,253.75 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 8/3/2022 | 1,261.03 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 9/6/2022 | 1,261.03 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 10/3/2022 | 1,261.03 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 11/3/2022 | 1,261.03 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 12/5/2022 | 1,261.03 | Payment to Genesis Fi on Odelya's behalf |
| HOFFMAN, ODELYA | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Co-Founder | 12/5/2022 | 1,797.60 | Employer Sponsored Benefits |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 12/31/2021 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 1/14/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 1/28/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 2/11/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 2/25/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 3/11/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 3/25/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 4/8/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 4/22/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 5/6/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 5/20/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 6/3/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 6/17/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 7/1/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 7/15/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 7/29/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 8/12/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 8/26/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 9/9/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 9/23/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 10/7/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 10/21/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 11/4/2022 | 6,923.08 | Gross Salary |

SOFA 30 ATTACHMENT
Payments, distributions, or withdrawals credited or given to insiders

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 11/18/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 12/2/2022 | 6,923.07 | Gross Salary |
| HOFFMAN, ODELYA | 117 S ROYAL ASCOT DR | Los Vegas | NV | 89144 | USA | Co-Founder | 12/16/2022 | 6,923.08 | Gross Salary |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 12/20/2021 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 1/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 2/22/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 3/21/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 4/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 5/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 6/21/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 7/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 8/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 9/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 10/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 11/21/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| HOFFMAN, SHARON | 117 S. Royal Ascot Dr. | Las Vegas | NV | 89144 | USA | Owner/CEO | 12/19/2022 | 1,891.89 | Payment to GM financial on Sharon's behalf |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 12/5/2022 | 43.47 | Employer Sponsored Benefits |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 12/31/2021 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 1/14/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 1/28/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 2/11/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 2/25/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 3/11/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 3/25/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 4/8/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 4/22/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 5/6/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 5/20/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 6/3/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 6/17/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 7/1/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 7/15/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 7/29/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 8/12/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 8/26/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 9/9/2022 | 12,884.62 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 9/23/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 10/7/2022 | 12,884.62 | Gross Salary |

| Insider's Name | Address 1 | City | State | ZIP | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 10/21/2022 | 12,884.61 | Gross Salary |
| MORIN, STEPHEN PATRICK | 35 SONRISA | Irvine | CA | 92620 | USA | Former In House Legal Counsel | 11/4/2022 | 12,884.62 | Gross Salary |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 2/2/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 3/8/2022 | 25,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 4/11/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 5/4/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 6/7/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 7/8/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 8/9/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 9/7/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 10/3/2022 | 55,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 11/4/2022 | 80,000.00 | Payments to RGL for Gardena facility Rent |
| RGL Management | 3390 Horseless Carriage Dr | Norco | CA | 92860 | USA | Related Party | 12/7/2022 | 50,000.00 | Payments to RGL for Gardena facility Rent |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 1/11/2022 | 134,279.00 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 2/2/2022 | 350,020.21 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 3/2/2022 | 448,515.52 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 4/8/2022 | 452,471.27 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 5/4/2022 | 464,354.32 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 6/13/2022 | 457,968.65 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 7/19/2022 | 498,268.12 | Payments to Norco landlord for benefit of Goli |
| Saddle Ranch APG, LLC | PO Box 51930 | Los Angeles | CA | 90051 | USA | Landlord | 9/22/2022 | 543,780.97 | Paid by Goli, deducted from their AR balance |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 12/5/2022 | 284.70 | Employer Sponsored Benefits |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 10/7/2022 | 108.85 | Expense Reimbursement |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 11/4/2022 | 941.65 | Expense Reimbursement |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 12/31/2021 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 1/14/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 1/28/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 2/11/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 2/25/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 3/11/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 3/25/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 4/8/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 4/22/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 5/6/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 5/20/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 6/3/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 6/17/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 7/1/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 7/15/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 7/29/2022 | 9,230.79 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 8/12/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 8/26/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 9/9/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 9/23/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 10/7/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 10/21/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 11/4/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 11/18/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 12/2/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 12/16/2022 | 9,230.77 | Gross Salary |
| TYRE, ROGER | 24804 W PATTON RD | Wittmann | AZ | 85361 | USA | Former COO | 12/16/2022 | 4,536.61 | Expense Reimbursement |

Total    5,063,351.45

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California-RIV

In re  <u>Better Nutritionals LLC</u>

Debtor(s)

Case No.  <u>6:22-bk-14723-MH</u>

Chapter  <u>11</u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 141,490.56 |
| Prior to the filing of this statement I have received | $ | 141,490.56 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):  Payment was made by the Debtor. Debtor borrowed funds from Sharon and Odelya Hoffman to fund/replenish professionals' retainers prior to the Petition date. The Hoffmans borrowed from friends and family to make the loan to the Debtor. The Hoffman's loan proceeds were transferred into one of the Debtor's non bankruptcy attorney's client trust accounts, and disbursed to professionals therefrom.

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: See Employment Application (docket no. 86)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u>1-20-23</u>

Date

John N. Tedford, IV 205537
*Signature of Attorney*
**Danning, Gill, Israel & Krasnoff, LLP**
**1901 Avenue of the Stars, Suite 450**
**Los Angeles, CA 90067-6006**
**(310) 277-0077  Fax: (310) 277-5735**
jtedford@danninggill.com
*Name of law firm*