MICHAEL A. SWEET (SBN 184345)
msweet@foxrothschild.com
KEITH C. OWENS (SBN 184841)
kowens@foxrothschild.com
NICHOLAS A. KOFFROTH (SBN 287854)
nkoffroth@foxrothschild.com
**FOX ROTHSCHILD LLP**
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:    (310) 598-4150
Facsimile:    (310) 556-9828

*Proposed* Counsel for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION**

In re:

BETTER NUTRITIONALS, LLC,

                Debtor.

Case No. 6:22-bk-14723-MH

Chapter 11

**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

Hearing Date: January 31, 2023
Hearing Time: 2:00 p.m.
Location:    Courtroom 301
                3420 Twelfth Street
                Riverside, California

The Official Committee of Unsecured Creditors (the "Committee") in the above-captioned bankruptcy case (the "Bankruptcy Case") filed by Better Nutritionals, LLC (the "Debtor"), by and through its proposed undersigned counsel, hereby submits this statement (the "Statement") in support of the *Stipulation to Continue Hearing on Debtor's Motion for Authority to Use Cash Collateral* [Docket No. 125] (the "Stipulation").[1] In support of the Statement, the Committee respectfully states as follows:

## I.

## **STATEMENT**

1. On January 19, 2023, the Office of the United States Trustee appointed [Docket No. 115] the Committee in this Bankruptcy Case. On January 20, 2023, the Committee selected Fox Rothschild, LLP to serve as counsel to the Committee. An application for employment of the Committee's selected counsel is forthcoming.

2. On December 23, 2022, the Court entered an order [Docket No. 58] (the "Interim Order") granting the Debtor's motion [Docket No. 8] (the "Motion") for authority to use cash collateral on an interim basis and scheduling a final hearing on January 31, 2023. Pursuant to the Interim Order, the Court set January 24, 2023, at 5:00 p.m., as the deadline to file an opposition to the Motion.

3. On January 20, 2023, the Debtor filed the Stipulation requesting, *inter alia*, an extension of the deadline to file an opposition to the Motion to February 9, 2023, at 5:00 p.m. The Stipulation is based, in part, on the parties' observation that the Committee was recently appointed an "anticipates that the Committee's counsel, once selected, likely will request a continuance of the response deadline and the hearing on the Motion." *See* Stipulation at 2.

4. The Committee submits this Statement in support of the requested continuance of the hearing on the Motion and related deadlines. The Committee, through its proposed counsel, has hit the ground running and has initiated communications with various constituencies in this case, including counsel for the Debtor and counsel for Goli Nutrition Inc. The Committee asserts that the

---

[1] Unless otherwise defined herein, all capitalized terms have the definitions set forth in the Stipulation.

1

approximately two-week continuance of the opposition deadline is reasonable and will enable the Committee to offer a more fulsome response to the Motion after expeditiously engaging with the key constituents in this Bankruptcy Case.

## II.

## CONCLUSION

Based on the foregoing, the Committee supports the relief requested in the Stipulation.

Dated: January 23, 2023               **FOX ROTHSCHILD LLP**

                                            */s/ Keith C. Owens*
                                            Michael A. Sweet. (SBN 184345)
                                            Keith C. Owens (SBN 184841)
                                            Nicholas A. Koffroth (SBN 287854)

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 900, Los Angeles, CA 90067.

A true and correct copy of the foregoing documents entitled  STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO USE CASH COLLATERAL on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On 1/23/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Natalie A Alvarado    alvarado.natalie@gmail.com, nalvarado@uprightlaw.com
- Marshall J August    maugust@frandzel.com, rsantamaria@frandzel.com
- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Anthony Bisconti    tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
- Richard D Buckley    richard.buckley@arentfox.com
- Kelly Clark    kclark@stibbsco.com
- Aaron E. DE Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Adam R. Fracht    afracht@stibbsco.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Jeffrey M Goldman    goldmanj@pepperlaw.com, allenjs@pepperlaw.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Everett L Green    everett.l.green@usdoj.gov
- Richard G. Heston    rheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com;HestonRR41032@notify.bestcase.com,handhecf@gmail.com
- Garrick A Hollander    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- Kevin Hutty    BKClaimConfirmation@ftb.ca.gov
- Eve H. Karasik    ehk@lnbyg.com
- Tara LeDay    tleday@mvbalaw.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- Tania M Moyron    tania.moyron@dentons.com, malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers    myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;PHXLitLAAs@ballardspahr.com
- Keith C Owens    kowens@foxrothschild.com, khoang@foxrothschild.com

Active\118774763.v1-1/20/21

- Daniel H Reiss    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
- Cameron C Ridley    Cameron.Ridley@usdoj.gov
- Joseph M Rothberg    jmr@lnbyg.com
- Valerie J Schratz    vschratz@hallgriffin.com, cbrown@hallgriffin.com
- Matthew J Stockl    mstockl@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- Thomas Tysowsky    thomas.tysowsky@bakermckenzie.com, carmen.ayala@bakermckenzie.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Rebecca M Wicks    rebecca.wicks@dentons.com, lverstegen@buchalter.com;docket@buchalter.com
- Christopher K.S. Wong    christopher.wong@afslaw.com, yvonne.li@arentfox.com

**2.    SERVED BY UNITED STATES MAIL**: On January 23, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

Winthrop Golubow Hollander LLP
1301 Dove Street, Suite 500
Newport Bch, CA 92660

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 1/23/2023, I served the following persons and/or entities by personal delivery,  mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
Honorable Mark Houle
United States Bankruptcy Court
3420 Twelfth Street, Suite 325 / Courtroom 301
Riverside, CA 92501-3819

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

| 1/23/2023 | Kimberly Hoang | /s/ Kimberly Hoang |
|---|---|---|
| Date | Printed Name | Signature |

2

Active\118774763.v1-1/20/21