| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JOHN N. TEDFORD, IV (State Bar No. 205537)<br>*jtedford@DanningGill.com*<br>AARON E. DE LEEST (State Bar No. 216832)<br>*adeleest@DanningGill.com*<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Tel.: (310) 277-0077<br>Fax: (310) 277-5735<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Better Nutritionals, LLC* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>BETTER NUTRITIONALS, LLC,<br><br>                                                Debtor(s) | CASE NO.: 6:22-bk-14723-MH<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (title of motion[1]):<br>DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. § 1112(A) |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER ON DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) or 1112(a) was lodged on March 29, 2023, and is attached.  This order relates to the motion which is docket number 369.

---

[1] Please abbreviate if title cannot fit into text field

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012            Page 1            F 9021-1.2.BK.NOTICE.LODGMENT

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JOHN N. TEDFORD, IV (State Bar No. 205537)<br>*jtedford@DanningGill.com*<br>AARON E. DE LEEST (State Bar No. 216832)<br>*adeleest@DanningGill.com*<br>DANNING, GILL, ISRAEL & KRASNOFF, LLP<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, California 90067-6006<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>BETTER NUTRITIONALS, LLC,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:22-bk-14723-MH<br><br>CHAPTER: 11 |
|---|---|
| | **ORDER ON DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) or 1112(a)** |
| | Date:  March 28, 2023<br>Time:  1:00 p.m.<br>Place: Courtroom 301<br>          3420 Twelfth Street<br>          Riverside, California |

Pursuant to LBR 1017-1, Debtor moved to convert this chapter <u>11</u> case to a case under chapter <u>7</u>.

FINDING that this case was not previously converted from another chapter and Debtor is entitled to relief under the chapter to which conversion is sought, the court orders as follows:

1. ☐  Motion granted.  This case is converted to chapter _____ pursuant to 11 U.S.C. § 706(a).  If this case is being converted to chapter 13, Debtor must file a Chapter 13 Plan no later than 14 days after the date of the entry of this order.

2. ☒  Motion granted.  This case is converted to chapter 7 pursuant to 11 U.S.C. § 1112(a).

    a. Within 14 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file a schedule of unpaid debts incurred after commencement of the chapter 11 case.

    b. Within 30 days of the date of this order, the debtor in possession or chapter 11 trustee, if the Debtor is not a debtor in possession, must file and transmit to the United States trustee a final report and account.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 1                    **F 1017-1.1.ORDER.DEBTOR.CONVERT**

1711684.1  27122

    c.    The Debtor or chapter 11 trustee, if the Debtor is not a debtor in possession, must immediately turn over to the chapter 7 trustee all records and property of the estate remaining in its custody and control.

    d.    Within 14 days of the date of this order, the Debtor must file the statements and schedules required by FRBP 1019(1)(A) and 1007, if such documents have not already been filed.

    e.    If the Debtor is an individual, within 30 days of the date of this order or before the first date set for the meeting of creditors, whichever is earlier, Debtor must file a statement of intention with respect to retention or surrender of property securing consumer debts.

    f.    Within 30 days of the date of this order, the Debtor must, if the case is converted AFTER confirmation of a plan, file:

        (1)    A schedule of all property not listed in the final report and account which was acquired after commencement of the chapter 11 case but before entry of this order.

        (2)    A schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the chapter 11 case but before entry of this order, and

        (3)    A schedule of unpaid debts not listed in the final report and account which were incurred after the commencement of the chapter 11 case but before entry of this order.

3.  ☐ Motion denied without prejudice on the following grounds *(specify):*    ☐ See attached page

4.  ☐ Motion denied with prejudice on the following grounds:

    a.  ☐ Case previously converted under 11 U.S.C. §  ☐ 1112  ☐ 1208  ☐ 1307

    b.  ☐ Debtor is not an eligible debtor under the chapter to which conversion is sought

    c.  ☐ Debtor is not acting or has not acted in good faith and, therefore, is not eligible to be a debtor under chapters 11, 12 or 13

    d.  ☐ Debtor is not a debtor in possession as required under 11 U.S.C. § 1112

    e.  ☐ Case was originally commenced as an involuntary chapter 11 case and is not eligible for automatic conversion under 11 U.S.C. § 1112

5  ☐ This matter is set for hearing as follows:    *Date*:    *Time*:    *Courtroom*:
    Address of courtroom:

6.  ☐ Notice is required as follows *(specify):* _____    ☐ See attached page

7.  ☐ Court further orders as follows *(specify):* _____    ☐ See attached page

///

///

///

///

///

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 1017-1.1.ORDER.DEBTOR.CONVERT**

1711684.1  27122

8.  Pursuant to the Court's Order Granting Motion for Relief From Stay Under 11 U.S.C. § 362 (Unlawful Detainer) [Docket No. 374], which order is binding and effective despite conversion of the Debtor's bankruptcy case to a case under chapter 7 (see paragraph 9 of that order), the Court granted relief from the automatic stay to movant Goli Nutrition Inc. ("Goli")  terminating the stay as to the Debtor and the estate and providing, inter alia, that "[o]n and After April 1, 2023, the Debtor is not a subtenant and has no right to occupy, possess and/or enter the Norco Property," which nonresidential property is located at 3300, 3350, 3380 and 3390 Horseless Carriage Drive, Norco, CA 92860.

###

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                      Page 3                            F 1017-1.1.ORDER.DEBTOR.CONVERT
1711684.1  27122

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 29, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 29, 2023 | John N. Tedford, IV | *John N. Tedford, IV* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.BK.NOTICE.LODGMENT

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Matthew R Agren on behalf of Creditor Contemporary Heating & Air Conditioning, Inc.
magren@agrenlaw.com

Natalie A Alvarado on behalf of Interested Party Courtesy NEF
alvarado.natalie@gmail.com

Todd M Arnold on behalf of Interested Party Goli Nutrition, Inc.
tma@lnbyg.com

Marshall J August on behalf of Creditor Suitable Staffing Solutions
maugust@frandzel.com, rsantamaria@frandzel.com

Jessica L Bagdanov on behalf of Interested Party Courtesy NEF
jbagdanov@bg.law, ecf@bg.law

Reem J Bello on behalf of Interested Party Reem J Bello
rbello@goeforlaw.com, kmurphy@goeforlaw.com

Anthony Bisconti on behalf of Interested Party Courtesy NEF
tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com

Richard Dennis Buckley, Jr on behalf of Interested Party Courtesy NEF
rbuckley@safarianchoi.com

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Kelly Clark on behalf of Interested Party Courtesy NEF
kclark@stibbsco.com

Aaron E. de Leest on behalf of Debtor Better Nutritionals, LLC
adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com

Abram Feuerstein, esq on behalf of U.S. Trustee United States Trustee (RS)
abram.s.feuerstein@usdoj.gov

Adam R. Fracht on behalf of Interested Party Courtesy NEF
afracht@stibbsco.com

Danielle R Gabai on behalf of Debtor Better Nutritionals, LLC
dgabai@danninggill.com, dgabai@ecf.courtdrive.com

Robert P Goe on behalf of Interested Party Robert P Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com

Ronald E Gold on behalf of Attorney Cintas Corporation
rgold@fbtlaw.com, eseverini@fbtlaw.com;jkleisinger@fbtlaw.com

Eric D Goldberg on behalf of Interested Party Charlotte's Web Holdings, Inc.
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Jeffrey M Goldman on behalf of Interested Party Polygon US Corporation
goldmanj@pepperlaw.com, allenjs@pepperlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**

Richard H Golubow on behalf of Interested Party Natrol LLC
rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Michael J Gomez on behalf of Interested Party Courtesy NEF
mgomez@frandzel.com, dmoore@frandzel.com

Everett L Green on behalf of U.S. Trustee United States Trustee (RS)
everett.l.green@usdoj.gov

Richard G. Heston on behalf of Interested Party Courtesy NEF
rheston@hestonlaw.com,
yflores@hestonlaw.com,docs@hestonlaw.com;HestonRR41032@notify.bestcase.com,handhecf@gmail.com

Mark S Horoupian on behalf of Interested Party Courtesy NEF
mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com

Kevin Hutty on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

Nicolino Iezza on behalf of Creditor Servicon Systems, Inc.
niezza@spiwakandiezza.com

Eve H. Karasik on behalf of Interested Party Goli Nutrition, Inc.
ehk@lnbyg.com

Joseph Hubert Langerak, IV on behalf of Interested Party Courtesy NEF
joe.langerak@skofirm.com

Tara LeDay on behalf of Creditor Waste Management, Inc.
tleday@mvbalaw.com

Joseph Howard Lemkin on behalf of Creditor De Lage Landen Financial Services, Inc.
jlemkin@stark-stark.com

Daniel J McCarthy on behalf of Interested Party Courtesy NEF
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com

Tania M Moyron on behalf of Interested Party Courtesy NEF
tania.moyron@dentons.com,
malka.zeefe@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Michael S Myers on behalf of Creditor Aramark Services, Inc.
myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;PHXLitLAAs@ballardspahr.com

Samuel A Newman on behalf of Interested Party GOLO, LLC
sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com

Keith C Owens on behalf of Creditor Committee Official Committee of Unsecured Creditors
kowens@foxrothschild.com, khoang@foxrothschild.com

Carmela Pagay on behalf of Interested Party Goli Nutrition, Inc.
ctp@lnbyg.com

Daniel H Reiss on behalf of Interested Party Goli Nutrition, Inc.
dhr@lnbyg.com, dhr@ecf.inforuptcy.com

Matthew D. Resnik on behalf of Interested Party Courtesy NEF
Matt@rhmfirm.com,roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 4                              F 9021-1.2.BK.NOTICE.LODGMENT

Cameron C Ridley on behalf of U.S. Trustee United States Trustee (RS)
Cameron.Ridley@usdoj.gov

Joseph M Rothberg on behalf of Interested Party Goli Nutrition, Inc.
jmr@lnbyg.com

Valerie J Schratz on behalf of Creditor The Flavor Factory
vschratz@hallgriffin.com, cbrown@hallgriffin.com

Yaron Shaham on behalf of Creditor Chancey Martin Corporation dba Taral Plastics
yshaham@kahanafeld.com, crico@mcglinchey.com;selizondo@mcglinchey.com

Charles C Slater on behalf of Interested Party CitiStaff Solutions Inc.
cslater@citistaffsolutions.com, jpogosian@citistaffsolutions.com

Evan R Sorem on behalf of Creditor Total Transportation Logistics, Inc.
evan.sorem@fennelllaw.com,
luralene.schultz@fennelllaw.com;samantha.larimer@fennelllaw.com;Naomi.Cwalinski@fennelllaw.com

Michael A Sweet on behalf of Creditor Committee Official Committee of Unsecured Creditors
msweet@foxrothschild.com, swillis@foxrothschild.com;pbasa@foxrothschild.com

Thomas Tysowsky on behalf of Creditor Atos IT Solutions and Services, Inc.
thomas.tysowsky@bakermckenzie.com, carmen.ayala@bakermckenzie.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Joshua J. Wes on behalf of Creditor Bhagwati Devi Baldwa dba Shri Kartikeya
joshua.wes@tuckerellis.com, jennifer.polzin@tuckerellis.com;kristen.chic@tuckerellis.com;docket-LAX@tuckerellis.com;jack.crawford@butlersnow.com;cindy.grantham@butlersnow.com;ecf.notices@butlersnow.com;felicia.wilson@butlersnow.com;karen.evans@

Joshua J. Wes on behalf of Creditor Ixoreal Biomed Inc.
joshua.wes@tuckerellis.com, jennifer.polzin@tuckerellis.com;kristen.chic@tuckerellis.com;docket-LAX@tuckerellis.com;jack.crawford@butlersnow.com;cindy.grantham@butlersnow.com;ecf.notices@butlersnow.com;felicia.wilson@butlersnow.com;

Rebecca M Wicks on behalf of Interested Party Courtesy NEF
rebecca.wicks@dentons.com, docket@buchalter.com

Christopher K.S. Wong on behalf of Interested Party Courtesy NEF
christopher.wong@afslaw.com, yvonne.li@arentfox.com

S Christopher Yoo on behalf of Attorney Cintas Corporation
cyoo@alvaradosmith.com, vdelgado@fbtlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 5    **F 9021-1.2.BK.NOTICE.LODGMENT**