EVE H. KARASIK (State Bar No. 155356)
DANIEL H. REISS (State Bar No. 150573)
CARMELA T. PAGAY (State Bar No. 195603)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: EHK@LNBYG.COM; DHR@LNBYG.COM;
CTP@LNBYG.COM

Counsel for Goli Nutrition Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>BETTER NUTRITIONALS, LLC., a California limited liability company,<br><br>Debtor. | Case No.: 6:22-BK-14723-MH<br><br>Chapter 7<br><br>**STIPULATION AUTHORIZING CHAPTER 7 TRUSTEE TO PAY GOLI NUTRITION INC. THE PROCEEDS FROM THE SALE OF PROPERTY SOLD DURING THE TRUSTEE'S AUCTION OF ESTATE PROPERTY**<br><br>[No Hearing Required] |

This Stipulation is made by and between Larry D. Simons, solely in his capacity as Chapter 7 Trustee (the "Trustee") for the estate of Better Nutritionals, LLC (the "Debtor"), on the one hand, and Goli Nutrition Inc. ("Goli," and together with the Trustee, the "Parties"), on the other hand. The Parties hereby represent as follows:

## RECITALS

1. On December 20, 2022, the Debtor commenced its bankruptcy case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.   On October 12, 2023, the Trustee filed a motion to sell the Debtor's personal property assets (the "Personal Property") [Doc 707] (the "Sale Motion").

3.   The Sale Motion provided that the Personal Property to be sold included assets claimed to be owned by Goli, but Goli would consent to the inclusion of certain assets in the auction provided that the Trustee hold the net proceeds from such sale and remit such proceeds to Goli. The assets claimed to be owned by Goli ("Goli Claimed Assets") were identified in a supplement to the Sale Motion filed on October 17, 2023 [Doc 726].

4.   The Sale Motion was granted by order entered on November 3, 2023 [Doc 772].

5.   On December 9, 2023, the Court entered an order authorizing Trustee to abandon unsold tangible personal property located at the Norco Facility as of December 1, 2023 [Doc. 804].

6.   Trustee's auctioneer, with Goli's consent, sold the fifteen lots identified in the exhibit attached hereto as Exhibit "A", receiving gross proceeds from in the amount of $14,546.25 ("Gross Proceeds"). Goli contends that these proceeds are not property of the Estate and should be remitted to Goli. From the Gross Proceeds, Trustee's auctioneer deducted $5,784,89 in pro-rated expenses and compensation, and Trustee is currently holding $8,761.36, representing the remainder of the Gross Proceeds.

## STIPULATION

**NOW, THEREFORE**, in consideration of the foregoing, the Parties stipulate as follows:

1. The Trustee shall issue a check in the amount of $8,761.36 payable to Goli Nutrition, Inc. upon entry of an order approving this Stipulation.

2. The check shall be mailed to Goli's counsel, Eve H. Karasik, Levene, Neale, Bender, Yoo & Golubchik LLP, 2818 La Cienega Avenue, Los Angeles, California 90034.

3. Upon delivery of the proceeds check in the amount of $8,761.36 in accordance with this Stipulation, neither the Estate, Trustee, nor any of Trustee's agents or professionals (including specifically Trustee's auctioneers, the joint venture of Onyx Asset Advisors, LLC; Gordon Brothers Commercial and Industrial, LLC, and

Branford Auctions, LLC, and their affiliates) shall have any liability to Goli arising from the Goli Claimed Assets.

4. Nothing in this Stipulation shall be construed as a waiver of any party's rights with respect to the ownership of any asset.

Dated: February 14, 2024

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ Carmela T. Pagay*
    EVE H. KARASIK
    CARMELA T. PAGAY
Attorneys for Goli Nutrition Inc.

Dated: February 22, 2024

By: _____
    LARRY D. SIMONS
    Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **STIPULATION AUTHORIZING CHAPTER 7 TRUSTEE TO PAY GOLI NUTRITION INC. THE PROCEEDS FROM THE SALE OF PROPERTY SOLD DURING THE TRUSTEE'S AUCTION OF ESTATE PROPERTY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 23, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Matthew R Agren    magren@agrenlaw.com
- Natalie A Alvarado    natalie@nalvaradolaw.com, natalie@nalvaradolaw.com
- Todd M Arnold    tma@lnbyg.com
- Marshall J August    maugust@frandzel.com, rsantamaria@frandzel.com
- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Anthony Bisconti    tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
- Richard Dennis Buckley    rbuckley@safarianchoi.com
- Max Casal    mcasal@shulmanbastian.com, avernon@shulmanbastian.com
- Stephanie Chau    schau@carltonfields.com, darlajones@carltonfields.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Kelly Clark    kclark@stibbsco.com
- Claudia Coleman    ccoleman@atllp.com, ccoleman@ecf.courtdrive.com
- Andrew Michael Cummings    andrew.cummings@hklaw.com, philip.dobbs@hklaw.com;hapi@hklaw.com;reena.kaur@hklaw.com
- Aaron E. DE Leest    adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- Jamie L Edmonson    jedmonson@rc.com, lshaw@rc.com
- Jeremy Faith    Jeremy@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
- William P Fennell    william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com;wpf@ecf.courtdrive.com;hala.hammi@fennelllaw.com;naomi.cwalinski@fennelllaw.com;samantha.larimer@fennelllaw.com
- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Adam R. Fracht    afracht@stibbsco.com
- Danielle R Gabai    dgabai@danninggill.com, dgabai@ecf.courtdrive.com
- Beth Gaschen    bgaschen@go2.law, kadele@go2.law;cmeeker@go2.law;cyoshonis@go2.law;bgaschen@ecf.courtdrive.com;dfitzgerald@go2.law
- David L. Gay    dgay@carltonfields.com, cguzman@carltonfields.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- Ronald E Gold    rgold@fbtlaw.com, eseverini@fbtlaw.com;jkleisinger@fbtlaw.com
- Eric D Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Jeffrey M Goldman    goldmanj@pepperlaw.com, allenjs@pepperlaw.com
- Richard H Golubow    rgolubow@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- David M Goodrich    dgoodrich@go2.law, kadele@go2.law;dfitzgerald@go2.law;wgllp@ecf.courtdrive.com
- Everett L Green    everett.l.green@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- Richard G. Heston    rheston@hestonlaw.com, yflores@hestonlaw.com,docs@hestonlaw.com;HestonRR41032@notify.bestcase.com,handhecf@gmail.com
- Mark S Horoupian    mark.horoupian@gmlaw.com, mhoroupian@ecf.courtdrive.com;cheryl.caldwell@gmlaw.com;karen.files@gmlaw.com
- Kevin Hutty    BKClaimConfirmation@ftb.ca.gov
- Nicolino Iezza    niezza@spiwakandiezza.com
- Eve H. Karasik    ehk@lnbyg.com
- Duane Kumagai    dkumagai@mkpc.law, mshabpareh@maynardcooper.com
- Joseph Hubert Langerak    joe.langerak@skofirm.com, laurie.nevil@skofirm.com
- Tara LeDay    tleday@mvbalaw.com
- Joseph Howard Lemkin    jlemkin@stark-stark.com
- Marc A Lieberman    marc.lieberman@flpllp.com, safa.saleem@flpllp.com,addy@flpllp.com
- Tinho Mang    tmang@marshackhays.com, tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- David W. Meadows    david@davidwmeadowslaw.com
- Tania M Moyron    tania.moyron@dentons.com, rebecca.wicks@dentons.com;kathryn.howard@dentons.com;derry.kalve@dentons.com;glenda.spratt@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Michael S Myers    myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;PHXLitLAAs@ballardspahr.com
- Samuel A Newman    sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- Keith C Owens    kowens@foxrothschild.com, khoang@foxrothschild.com
- Carmela Pagay    ctp@lnbyg.com
- Daniel H Reiss    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Matthew D. Resnik    Matt@rhmfirm.com, roksana@rhmfirm.com;rosario@rhmfirm.com;sloan@rhmfirm.com;priscilla@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;russ@rhmfirm.com
- Cameron C Ridley    Cameron.Ridley@usdoj.gov
- Samuel J Romero    sromero@carnolaw.com, drobison@carnolaw.com
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Valerie J Schratz    vschratz@hallgriffin.com, cbrown@hallgriffin.com
- Yaron Shaham    yshaham@kahanafeld.com, crico@mcglinchey.com;selizondo@mcglinchey.com
- Larry D Simons (TR)    larry@lsimonslaw.com, c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;kareng@lsimonslaw.com
- Charles C Slater    cslater@citistaffsolutions.com, jpogosian@citistaffsolutions.com
- Evan R Sorem    evan.sorem@fennelllaw.com, luralene.schultz@fennelllaw.com;samantha.larimer@fennelllaw.com;Naomi.Cwalinski@fennelllaw.com
- Michael A Sweet    msweet@foxrothschild.com, khoang@foxrothschild.com
- John N Tedford    jtedford@DanningGill.com, danninggill@gmail.com;jtedford@ecf.courtdrive.com
- Thomas Tysowsky    thomas.tysowsky@bakermckenzie.com, carmen.ayala@bakermckenzie.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

- Gerrick Warrington    gwarrington@frandzel.com, achase@frandzel.com
- Rebecca M Wicks    rebecca.wicks@dentons.com, docket@buchalter.com
- Christopher K.S. Wong    christopher.wong@afslaw.com, yvonne.li@afslaw.com;kevin.chen@afslaw.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- S Christopher Yoo    cyoo@fbtlaw.com, vdelgado@fbtlaw.com
- John D Zemanek    jz@zmlawpc.com

**2. SERVED BY UNITED STATES MAIL**: On **February 23, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Honorable Mark D. Houle<br>United States Bankruptcy Court<br>3420 Twelfth Street, Suite 325, Courtroom 301<br>Riverside, CA 92501-3819 | Better Nutritionals, LLC<br>3390 Horseless Carriage Drive<br>Norco, CA 92860 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 23, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 23, 2024 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**